Certificate Number: 02114-iln-cc-001261377

# CERTIFICATE OF COUNSELING

I CERTIFY that on 01/05/07, at 06:15 o'clock PM EST, DARRELL ORTIZ received from Consumer Credit Counseling Service of Greater Atlanta, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of Illinois, an individual [or group] briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111. A debt repayment Plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted  by telephone  .

Date: 01-05-2007          By      /s/VIOLETTA ARDOIN

                          Name    VIOLETTA ARDOIN

                          Title   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

Official Form 1 (10/06)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ortiz, Darrell K.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-0591** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**15425 S. Cherrywood Ct.**<br>**Orland Park, IL**<br>ZIP Code **60462** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7       ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9           of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13          of a Foreign Nonmain Proceeding |

Tax-Exempt Entity
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ■ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information       *** SCOTT R. CLAR 06183741 *****

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1000-<br>5,000 | 5001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 100,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to<br>$10,000 | ☐ $10,001 to<br>$100,000 | ■ $100,001 to<br>$1 million | ☐ $1,000,001 to<br>$100 million | ☐ More than<br>$100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to<br>$50,000 | ☐ $50,001 to<br>$100,000 | ■ $100,001 to<br>$1 million | ☐ $1,000,001 to<br>$100 million | ☐ More than<br>$100 million |
|---|---|---|---|---|

Official Form 1 (10/06)                                                                     FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Ortiz, Darrell K.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)                (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ☑ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Statement by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____<br>   (Name of landlord that obtained judgment) |
| _____<br>   (Address of landlord) |
| ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |

Official Form 1 (10/06)                                                                    FORM B1, Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Ortiz, Darrell K.**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Darrell K. Ortiz**
Signature of Debtor **Darrell K. Ortiz**

X
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**January 12, 2007**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Attorney

X **/s/ SCOTT R. CLAR**
Signature of Attorney for Debtor(s)

**SCOTT R. CLAR 06183741**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**

Address

**312-641-6777**
Telephone Number

**January 12, 2007**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankrptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Darrell K. Ortiz** _____    Case No. _____
Debtor(s)                              Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:      **/s/ Darrell K. Ortiz**
                          **Darrell K. Ortiz**

Date:   **January 12, 2007**

Form 6-Summary (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Darrell K. Ortiz**                                                    ,         Case No. _____

                                    Debtor

                                              Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 303,179.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 126 | | 631,088.76 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 49 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,902.76 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 6,869.73 |
| Total Number of Sheets of ALL Schedules | | 186 | | | |
| Total Assets | | | 303,179.00 | | |
| Total Liabilities | | | | 631,088.76 | |

Official Form 6 - Statistical Summary (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Darrell K. Ortiz**                                              ,   Case No. _____

_____
                          Debtor

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Form B6A
(10/05)

In re   **Darrell K. Ortiz**                                         ,          Case No. _____
                                    Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | | | Sub-Total > | **0.00** | (Total of this page) |
|  | | | Total > | **0.00** | |

  __0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

Form B6B
(10/05)

In re  **Darrell K. Ortiz**
_____,    Case No. _____
                            Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | - | 35.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account - Chase Bank, 15100 S. LaGrane Rd, Orland Pk, IL 60462, a/c# 1110010225306** | - | 60.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture 1/2 of household goods at 15425 S. Cherrywood Ct., Orland Park, IL** | - | 150.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **clothing** | - | 200.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **handgun - 45 caliber pistol** | - | 80.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **First Penn Life Insurance, Insured and Owner Darrell Ortiz, beneficiary, Christine Ortiz, Policy No. D26889** | - | 17,500.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | | | Sub-Total > | **18,025.00** |
|  | | | (Total of this page) | |

_____**3**_____  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6B
(10/05)

In re    **Darrell K. Ortiz**                                         ,    Case No. _____
                                                                            Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Darrell Ortiz 401k** | H | 98,000.00 |
| | | **Darrell Ortiz IRA's** | - | 134,254.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Darre** | - | 0.00 |
| | | **Ortiz Mechanical Contractors, Inc. - insolvent** | H | 0.00 |
| | | **2000 shares of Hologic, Inc. and 200 shares Smurfit Stone Container** | J | 51,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        283,254.00
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re    **Darrell K. Ortiz**                                                    ,    Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **four (4) - 2001 ATV Bikes - $400 each** | J | 1,600.00 |
| | | **one (1) ATV Trailer** | - | 300.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >                    **1,900.00**
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6B
(10/05)

In re    **Darrell K. Ortiz**                                              ,        Case No. _____
                                        Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **303,179.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6C
(10/05)

In re   **Darrell K. Ortiz**                                    ,      Case No. _____
                                                     **Debtor**

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $125,000.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash** | **735 ILCS 5/12-1001(b)** | **35.00** | **35.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account - Chase Bank, 15100 S. LaGrane Rd, Orland Pk, IL 60462, a/c# 1110010225306** | **735 ILCS 5/12-1001(b)** | **60.00** | **60.00** |
| **Household Goods and Furnishings** | | | |
| **Furniture 1/2 of household goods at 15425 S. Cherrywood Ct., Orland Park, IL** | **735 ILCS 5/12-1001(b)** | **150.00** | **150.00** |
| **Wearing Apparel** | | | |
| **clothing** | **735 ILCS 5/12-1001(a)** | **200.00** | **200.00** |
| **Interests in Insurance Policies** | | | |
| **First Penn Life Insurance, Insured and Owner Darrell Ortiz, beneficiary, Christine Ortiz, Policy No. D26889** | **215 ILCS 5/238** | **17,500.00** | **17,500.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Darrell Ortiz 401k** | **735 ILCS 5/12-704** | **98,000.00** | **98,000.00** |
| **Darrell Ortiz IRA's** | **735 ILCS 5/12-704** | **134,254.00** | **134,254.00** |
| **Stock and Interests in Businesses** | | | |
| **Ortiz Mechanical Contractors, Inc. - insolvent** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |
| **2000 shares of Hologic, Inc. and 200 shares Smurfit Stone Container** | **735 ILCS 5/12-1001(b)** | **3,755.00** | **51,000.00** |

|  | Total: | **253,954.00** | **301,199.00** |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

Official Form 6D (10/06)

In re  **Darrell K. Ortiz**                                                                                    Case No. _____
_____,
                              Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

__0__  continuation sheets attached

Subtotal
(Total of this page)

Total                                0.00        0.00
(Report on Summary of Schedules)

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6E (10/06)

In re    **Darrell K. Ortiz**                                                    ,    Case No. _____
_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____ continuation sheets attached

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Official Form 6F (10/06)

In re  **Darrell K. Ortiz**
                                                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **AFMS/Jiffy Lube** P.O. Box 1610 Ellicott City, MD 21041-1610 | X | - | | | | | | | **Unknown** |
| Account No. **AIM Investment Services, Inc.** P.O. Box 4739 Houston, TX 77210-4739 | X | - | | | | | | | **Unknown** |
| Account No. **Fred J. Albrecht** 245 Chatuga Way Loudon, TN 37774 | X | - | | | | | | | **Unknown** |
| Account No. **All Electric Motor Repair & Service** 6726 S. Ashland Ave. Chicago, IL 60636 | X | - | | | | | | | **Unknown** |

__**125**__ continuation sheets attached

Subtotal
(Total of this page)                                                                    **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    S/N:21307-061102    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Darrell K. Ortiz**                                                                    ,         Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| All Power Took, Inc.<br>921 Estes Ct.<br>Schaumburg, IL 60193 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| All Seasons Uniforms Inc.<br>1319 Howard St.<br>Elk Grove Village, IL 60007 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| All Steel Ind. Metal FAB, Inc.<br>53-3 W/ 123rd {;ace<br>Alsip, IL 60803 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Allied Building Products<br>2512 S. Clearbrook<br>Arlington Heights, IL 60005 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Allied Wast Services #721<br>P. O. Box 9001154<br>Louisville, KY 40290-1154 | X | - | | | | | | Unknown |

Sheet no. __1__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re __Darrell K. Ortiz_____,        Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Amber Mechanical Contractors** <br> **11950 Central Ave.** <br> **Alsip, IL 60803-3402** | X | - | | | | | | **Unknown** |
| Account No. <br><br> **American Chamber of Commerce P** <br> **5515 N. Cumberland Ave., Ste. 815** <br> **Chicago, IL 60656** | X | - | | | | | | **Unknown** |
| Account No. <br><br> **American Engineers, Inc.** <br> **3 W. College Dr.** <br> **Arlington Heights, IL 60004** | X | - | | | | | | **Unknown** |
| Account No. **3782 617426 01000** <br><br> **American Express** | X | - | | Business Card | | | | **17,316.64** |
| Account No. **3783 403114 43000** <br><br> **American Express** <br> **P.O. Box 297879** <br> **Fort Lauderdale, FL 33329-7879** | X | - | | | | | | **49,103.00** |

Sheet no. __2__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**66,419.64**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Darrell K. Ortiz**                                                    ,   Case No. _____
                                         Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Dec. 2005 | | | | | |
| **American Express** **2965 W. Corporate Lakes Blvd.** **Fort Lauderdale, FL 33331** | - | | | | | | | **49,103.94** |
| Account No. | | | | | | | | |
| **American Hoist And Manlift, Inc.** **10300 S. Cicero Ave., Suite 325** **Oak Lawn, IL 60453** | X - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **American Igloo Builders, Inc.** **504 North Ave.** **Libertyville, IL 60048** | X - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **American Society of Professional Estimators** | X - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Ameritemp Ltd.** **9246 Trinity Drive** **Lake In The Hills, IL 60156** | X - | | | | | | | **Unknown** |

Sheet no. __3___ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         **49,103.94**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Darrell K. Ortiz**        Case No. _____

_____,
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Amico Corporation 85 Fulton Way Richmond Hill ON L4B 2n4 | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Analysts, Inc. P.O. Box 2955 Torrance, CA 90509-2955 | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Andee Boiler & Welding Co. 7649 S. State St. Chicago, IL 60619-2316 | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Apex Supply Co., Inc. d/b/a The Home Depot Supply P.O. Box 101802 Atlanta, GA 30392-1802 | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Apple Chevrolet 8585 W. 159th St. Tinley Park, IL 60477 | X | - | | | | | | **Unknown** |

Sheet no. __4__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal      **0.00**
(Total of this page)

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Darrell K. Ortiz**                                                    ,        Case No. _____
                                      Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Applied Controls and Contractors**<br>**539-541 W. Taft Drive**<br>**South Holland, IL 60473-2030** | X | - | | | | | | **Unknown** |
| Account No.<br><br>**Applied Mechanical Sales, Inc.**<br>**770 N. Church Rd., Ste. J**<br>**Elmhurst, IL 60126** | X | - | | | | | | **Unknown** |
| Account No.<br><br>**ARCO Mechanical Equipment**<br>**Sales Co.**<br>**1000 Industrial Dr., Unit B 1C**<br>**Bensenville, IL 60106-1258** | X | - | | | | | | **Unknown** |
| Account No.<br><br>**Arthur R. Baker, Inc.**<br>**140 W. 168th St.**<br>**South Holland, IL 60473** | X | - | | | | | | **Unknown** |
| Account No.<br><br>**ASC Pumping Equipment**<br>**P.O. Box 68-5043**<br>**Milwaukee, WI 53268-5043** | X | - | | | | | | **Unknown** |

Sheet no. __5__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Darrell K. Ortiz**                                                      ,   Case No. _____
                                                  Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Ashland Propane** 61525 Vincennes P.O. Box 1108 South Holland, IL 60473-7108 | X | - | | | | | **Unknown** |
| Account No. **Associated Opthamologists SC** 219 N. Hammes Ave. Joliet, IL 60435-8114 | X | - | | | | | **Unknown** |
| Account No. **AT&T Broadband** P.O. Box 277019 Atlanta, GA 30384-7019 | X | - | | | | | **Unknown** |
| Account No. **AT&T Office Long Distance** P.O. Box 9001309 Louisville, KY 40290-1309 | X | - | | | | | **Unknown** |
| Account No. **ATC** 1300 Remington Rd., Ste. N Schaumburg, IL 60173 | X | - | | | | | **Unknown** |

Sheet no. __6__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Atlas Companies** 5050 N. River Rd. Schiller Park, IL 60176 | X | - | | | | | **Unknown** |
| Account No. **Atlas Copco Compressors, Inc.** P.O. Box 91730 Chicago, IL 60693 | X | - | | | | | **Unknown** |
| Account No. **Austin Electric, Inc.** 231 S. Frontage Rd., Unit 14 Hinsdale, IL 60521 | X | - | | | | | **Unknown** |
| Account No. **Automated Control Technologies** 8330 S. Madison St., Ste. 900 Hinsdale, IL 60521 | X | - | | | | | **Unknown** |
| Account No. **Automatic Building Controls** 1580 N. Northwest Highway Park Ridge, IL 60068 | X | - | | | | | **Unknown** |

Sheet no.  **7**  of  **125**  sheets attached to Schedule of                            Subtotal                          **0.00**
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                        ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**B&H Technical Services, Inc.** <br>**9100 Louisiana St.** <br>**Building A** <br>**Merrillville, IN 46410** | X | - | | | | | Unknown |
| Account No. <br><br>**B.E.S.T.** <br>**233 Eisenhower Lane So.** <br>**Lombard, IL 60148-5407** | X | - | | | | | Unknown |
| Account No. <br><br>**Baer Associates Engineers, Ltd** <br>**5225 West Tough Ave.** <br>**Skokie, IL 60077** | X | - | | | | | Unknown |
| Account No. <br><br>**Baker Miller Markoff & Krasny, LLC** <br>**29 N. Wacker Dr. 5th Fl.** <br>**Chicago, IL 60606** | X | - | **may have interest in Ortiz Mechanical Contractor's/Zurich North America** | | | | Unknown |
| Account No. <br><br>**Banner Plumbing Supply** <br>**7255 Cottage Grove Ave.** <br>**Chicago, IL 60619** | X | - | | | | | Unknown |

Sheet no. __8__ of __125__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                          ,    Case No. _____
                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No.<br><br>**Barker Metalcraft**<br>**1701 W. Belmont**<br>**Chicago, IL 60657** | X | - | | | | | | | **Unknown** |
| Account No.<br><br>**Barlow Mechanical Sales**<br>**P.O. Box 801**<br>**Plainfield, IL 60544** | X | - | | | | | | | **Unknown** |
| Account No.<br><br>**Barr Mechanical Sales**<br>**28140 Bradley Rd.**<br>**Libertyville, IL 60048** | X | - | | | | | | | **Unknown** |
| Account No.<br><br>**Barry Amin & Associates**<br>**P.O. Box 681309**<br>**Schaumburg, IL 60168-1309** | X | - | | | | | | | **Unknown** |
| Account No.<br><br>**BBM**<br>**Engineering**<br>**38715 N. Drexel Boulevard**<br>**Antioch, IL 60002** | X | - | | | | | | | **Unknown** |

Sheet no. __**9**__ of __**125**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Darrell K. Ortiz** _____,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Beaconmedaes P.O. Box 601452 Charlotte, NC 28260-1452 | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Bearing Headquarters Co. A. Headco Co. P.O. Box 6267 Broadview, IL 60155 | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| BECO Electric Co., Inc. 5627 W. 120th St. Alsip, IL 60803 | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Bennett & Brosseau Roofing, Inc. 1316 Marquette Dr. Romeoville, IL 60446 | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Benshaw, Inc. 1659 E. Sutter Rd. Glenshaw, PA 15116-1745 | X | - | | | | | | **Unknown** |

Sheet no. __10__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                          ,    Case No. _____
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Berner International Corp.** **Lockbox 360415 M** **Pittsburgh, PA 15251** | X | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Berry Machine & Fabricating** **%Merchants Capital Corp.** **135 S. LaSalle St., Dept. 1401** **Chicago, IL 60674-1401** | X | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Best Messenger Service** **671 Executive Dr.** **Hinsdale, IL 60521-5603** | X | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Binzel Industries, Inc.** **3320 Tollway Drive** **Rolling Meadows, IL 60008** | X | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Bluegrass Promotional** **Marketing, LLC, Non Alliance** **P.O. Box 890194** **Charlotte, NC 28289-0194** | X | - | | | | | **Unknown** |

Sheet no. __11__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                          ,    Case No. _____
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** | | | | | | | | | |
| **Bornquist, Inc.** **4539 Paysphere Circle** **Chicago, IL 60674-4539** | X | - | | | | | | | **Unknown** |
| **Account No.** | | | | | | | | | |
| **Bowman and Assoc., Inc.** **3802 34th St.** **Moline, IL 61265** | X | - | | | | | | | **Unknown** |
| **Account No.** | | | | | | | | | |
| **Bruker Co.** **1200 Greenleaf Ave.** **Elk Grove Village, IL 60007-5534** | X | - | | | | | | | **Unknown** |
| **Account No.** | | | | | | | | | |
| **BTU Company, Inc.** **770 Pasquinelli Drive** **Westmont, IL 60559** | X | - | | | | | | | **Unknown** |
| **Account No.** | | | | | | | | | |
| **Bullock Logan & Assoc.** **169 Crossen Ave.** **Elk Grove Village, IL 60007** | X | - | | | | | | | **Unknown** |

Sheet no. __12__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          **0.00**

Official Form 6F (10/06) - Cont.

In re  **Darrell K. Ortiz**                                            ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Burbank's Complete Auto and Truck Repair, Inc. 8410 S. Oketo Ave. Bridgeview, IL 60455** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Bushnell, Inc. 2110 Oxford Rd. Des Plaines, IL 60018-1920** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **C.I.M.M., INC. 7400 Channel Rd. Skokie, IL 60076** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **CADD/CAMM Tools, Inc. 3350 Salt Creek Lane Ste. 114 Arlington Heights, IL 60005** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Cambridge Electric, Inc. P.O. Box 727 Elburn, IL 60119** | X | - | | | | | | **Unknown** |

Sheet no. __13__ of __125__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                              ,        Case No. _____
                                     Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Captive Aire Systems, Inc.** P.O. Box 60270 Charlotte, NC 28260 | X | - | | | | | **Unknown** |
| Account No. **Carrier Corporation** P.O. Box 93844 Chicago, IL 60673-3844 | X | - | | | | | **Unknown** |
| Account No. **Carts of Chicago Catering** P.O. Box 895 Elk Grove Village, IL 60007 | X | - | | | | | **Unknown** |
| Account No. **Castle Construction** 3062 W. 167th St. Harvey, IL 60426 | X | - | | | | | **Unknown** |
| Account No. **CB Kramer Sales & Service** Dept. 4043, Box 2088 Milwaukee, WI 53201-2088 | X | - | | | | | **Unknown** |

Sheet no. __14__ of __125__ sheets attached to Schedule of                            Subtotal
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)         **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Darrell K. Ortiz**                                          ,      Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Centimark** **845 Hawthorne Lane** **West Chicago, IL 60185** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Central Contractors, Inc.** **4655 W. 137th St.** **Bridgeview, IL 60455** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Central Steel & Wire Co.** **P.O. Box 5100** **Chicago, IL 60680** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **CFI Computer Forms** **P.O. Box 23456** **Portland, OR 97281-3456** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Charcoal Supply** **1186 N. Cherry Ave.** **Chicago, IL 60622** | X | - | | | | | | **Unknown** |

Sheet no. __15__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re __Darrell K. Ortiz_____,    Case No. _____
                                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Chase Automotive Finance** P.O. Box 15700 Wilmington, DE 19886-5700 | X | - | | | | | **0.00** |
| Account No. **Chicago Dept. of Revenue** City of Chicago, Gen. Cont. LIC. P.O. Box 388249 Chicago, IL 60638-8249 | X | - | | | | | **Unknown** |
| Account No. **Chicago Pipe & Boiler Covering Co.** 1570 Barclay Blvd. Buffalo Grove, IL 60089 | X | - | | | | | **Unknown** |
| Account No. **Chicago Suburban Express, Inc.** P.O. Box 388568 Chicago, IL 60638 | X | - | | | | | **Unknown** |
| Account No. **Chicago Wilcox Mfg. Co.** 16928 State Street P.O. Box 126 South Holland, IL 60473 | X | - | | | | | **Unknown** |

Sheet no. __16__ of __125__ sheets attached to Schedule of                                    Subtotal                   **0.00**
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **CIMCO Refridgeration 65 Villiers St. Toronto, Ontario Canada M5A3S1** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Cipher Electric Ld. 110 W. 2nd St. Aurora, IL 60506** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Citi Gold Advantage Card Citi Cards P.O. Box 6412 The Lakes, NV 88901-6412** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Citibank AAdvantage Business Card P.O. Box 6309 The Lakes, NV 88901-6309** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **CitiBank USA NA 701 E. 60th St. Sioux Falls, SD 57104** | | - | | | | | | **53,154.08** |

Sheet no. __17__ of __125__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **53,154.08**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Darrell K. Ortiz**                                            ,          Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Citizens Automobile Finance** <br> **One Citizens Dr.** <br> **Riverside, RI 02915-3000** | X | - | | | | | **Unknown** |
| Account No. <br><br> **City of Chicago** <br> **General Contractors License** <br> **P.O. Box 388249** <br> **Chicago, IL 60638-8249** | X | | | | | | **Unknown** |
| Account No. <br><br> **City of Chicago-Dept. of Rev.** <br> **City of Chicago** <br> **P.O. Box 88298** <br> **Chicago, IL 60680-1298** | X | - | | | | | **Unknown** |
| Account No. <br><br> **City of Oak Forest** <br> **15440 S. Central Ave.** <br> **Oak Forest, IL 60452** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Clark Gasket** <br> **500 W. 31st St.** <br> **Chicago, IL 60616** | X | - | | | | | **Unknown** |

Sheet no. __18__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cleats Manufacturing Co., Inc.**<br>**1855 S. Kilbourn Ave.**<br>**Chicago, IL 60623** | X | - | | | | | | **Unknown** |
| Account No.<br><br>**CNA Insurance**<br>**CCC Third Party Deductibles**<br>**23400 Network Place**<br>**Chicago, IL 60673-1234** | X | - | | | | | | **Unknown** |
| Account No.<br><br>**CNA Surety**<br>**8137 Innovation Way**<br>**Chicago, IL 60682-0081** | X | - | | | | | | **Unknown** |
| Account No.<br><br>**Cochrane Compressor Co.**<br>**P.O. Box 1458**<br>**Olympia Fields, IL 60461-1458** | X | - | | | | | | **Unknown** |
| Account No.<br><br>**Coil Company**<br>**P.O. Box 956**<br>**Paoli, PA 19301** | X | - | | | | | | **Unknown** |

Sheet no. __19__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Darrell K. Ortiz**                                    , Case No. _____
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Collision Revision-Joliet West** 901 S. Larkin Ave. Joliet, IL 60436 | X | - | | | | | **Unknown** |
| Account No. **Columbia Pipe & Supply Co.** 1209 Paysphere Circle Chicago, IL 60674 | X | - | | | | | **Unknown** |
| Account No. **ComEd** Bill Payment Center Chicago, IL 60668 | X | - | | | | | **Unknown** |
| Account No. **Composite Steele Products, Inc.** 1220 W. Main St. Melrose Park, IL 60160 | X | - | | | | | **Unknown** |
| Account No. **Compressed Air Co.** 2401 Gardner Rd. Broadview, IL 60155 | X | - | | | | | **Unknown** |

Sheet no. __20__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **0.00**

Official Form 6F (10/06) - Cont.

In re  **Darrell K. Ortiz**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Computer Maintenance Service, Inc. 19231 Henry Dr. Mokena, IL 60448 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Con-Way Central Express 10080 S. Harlem Ave. Bridgeview, IL 60455 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Concepts and Designs, MS P.O. Box 1013 Wixom, MI 48393-1013 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Concord Excavating, LLC 12157 Oxford Court Lemont, IL 60439 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Conserv, Inc. 9190 Corporation Dr., Ste. 104 Indianapolis, IN 46256 | X | - | | | | | | Unknown |

Sheet no. __21__ of __125__ sheets attached to Schedule of        Subtotal             0.00
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Darrell K. Ortiz**                                          ,      Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Consolidated Freightways** **P.O. Box 73615** **Chicago, IL 60673-7615** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Constant Communications** **4139 W. 123rd St.** **Alsip, IL 60658** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Construction Resource Technology, Inc.** **1515 Indian River Blvd., Bld.A-2** **Vero Beach, FL 32960** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Continental Electrical** **5900 Howard St.** **Skokie, IL 60077** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Contractor Express, Inc.** **7474 S. Madison St.** **Willowbrook, IL 60527** | X | - | | | | | | **Unknown** |

Sheet no. __22__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Darrell K. Ortiz**                                                                ,        Case No. _____
                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Contractors Credit** <br> **1001 Warrenville Rd.** <br> **Lisle, IL 60532** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Contractors Industrial Supply Co.** <br> **3080-84 N. Lake Terrace** <br> **Glenview, IL 60025** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Control Engineering Corp.** <br> **2000 York Rd.** <br> **Suite 102** <br> **Oak Brook, IL 60523** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Control Solutions** <br> **811 Ogden Ave.** <br> **Lisle, IL 60532** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Control'd Engineering** <br> **P.O. Box 2474** <br> **Glen Ellyn, IL 60138-2474** | X | - | | | | | **Unknown** |

Sheet no. __23__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Controlled Environment Testing & Balancing**<br>**1350 Remington Rd., Ste. U**<br>**Schaumburg, IL 60173** | X | - | | | | | Unknown |
| Account No. <br><br>**Convergint Technologies, LLC**<br>**35257 Eagle Way**<br>**Chicago, IL 60678-1352** | X | - | | | | | Unknown |
| Account No. <br><br>**Cornerstone Solutions**<br>**4731 Willow Springs Rd.**<br>**La Grange, IL 60525-6130** | X | - | | | | | Unknown |
| Account No. <br><br>**Corporate Express, Inc.**<br>**1301 International Pkwy.**<br>**Woodridge, IL 60517** | X | - | | | | | Unknown |
| Account No. <br><br>**CRG Auto Repair**<br>**8035 W. 189th St.**<br>**Mokena, IL 60448** | X | - | | | | | Unknown |

Sheet no. __24__ of __125__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                                              , Case No. _____
                                      Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Critical Data Solutions 1432 Druid Hills Ct. Naperville, IL 60563** | X | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Critical Data Solutions 1432 Druid Hills Ct. Naperville, IL 60563** | X | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Culligan 9400 W. Enterprise Dr. Mokena, IL 60448-8321** | X | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Current Labels P.O. Box 310 Athens, PA 18810-0301** | X | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Custom Connection, Inc. 55 W. Irving Park, Rd. Roselle, IL 60172** | X | - | | | | | | | **Unknown** |

Sheet no. __25__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Custom Design Tile** <br> **P.O. Box 128** <br> **Crete, IL 60417** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Custom Electric Systems** <br> **714 Foster Ave.** <br> **Bensenville, IL 60106** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Custom Sheetmetal & Supply** <br> **7053 Barry Street** <br> **Des Plaines, IL 60018** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Custom Tire, Inc.** <br> **4201 W. Midlothian Turnpike** <br> **Midlothian, IL 60445** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Cyrus Shank Company** <br> **4645 W. Roosevelt Rd.** <br> **Cicero, IL 60804** | X | - | | | | | **Unknown** |

Sheet no. __26__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                              ,    Case No. _____
_____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **D. Wexler & Sons, Inc.** <br> **4821 S. Aberdeen St.** <br> **Chicago, IL 60609** | X | - | | | | | **Unknown** |
| Account No. <br><br> **DC Transport, Inc.** <br> **1300 E. Devon Ave.** <br> **Elk Grove Village, IL 60007** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Deerbart Financial Services, Inc.** <br> **2590 E. Devon Ave., Ste. 207** <br> **Des Plaines, IL 60018-4937** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Delta Control Products** <br> **2031 W. Rose Garden Lane** <br> **Phoenix, AZ 85027** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Deltha-Therm Corp.** <br> **398 W. Liberty St.** <br> **Wauconda, IL 60084** | X | - | | | | | **Unknown** |

Sheet no. __27__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                          ,    Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Des Champs Labs. 'ECore'Hts** <br> **P.O. Box 798-211** <br> **Saint Louis, MO 63179-8000** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Designtek Assoc., Inc.** <br> **301 White Street** <br> **Suite E&F** <br> **Frankfort, IL 60413** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Diamond Threaded Products** <br> **5125 W. 123rd St.** <br> **Alsip, IL 60803** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Digital Blue, Inc.** <br> **8200 W. 185th Street, Ste. L** <br> **Tinley Park, IL 60477** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Digital Printing Center** <br> **832 W. Erie Street** <br> **Chicago, IL 60622** | X | - | | | | | **Unknown** |

Sheet no. __28__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| **Diversified Machinery, Inc.** **11497 Lakewood St.** **Crown Point, IN 46307** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Don Falls** **12753 LaCrosse Ave.** **Alsip, IL 60658** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Dorian Electric Co.** **3502 W. 95th St.** **Evergreen Park, IL 60805** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **DP Systems, LLC** **1041 Republic Dr.** **Addison, IL 60101-0828** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Dreisilker Electric Motor** **36249 Treasury Center** **Chicago, IL 60694-6200** | X | - | | | | | | **Unknown** |

Sheet no. __29__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                    **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Darrell K. Ortiz**                                                      ,      Case No. _____
                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Dreyer Medical Clinic P.O. Box 2091 Aurora, IL 60507 | X | - | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Drywall Design, Inc. 262 Sherry Lane Chicago Heights, IL 60411 | X | - | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Dualtemp Companies 4301 S. Packers Ave. Chicago, IL 60609 | X | - | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| DunBar Insulation Co. 445 Madison Calumet City, IL 60409 | X | - | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Dynamic Electric, Inc. 12800 S. Cicero Alsip, IL 60803 | X | - | | | | | | | 0.00 |

Sheet no. __30__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Official Form 6F (10/06) - Cont.

In re   **Darrell K. Ortiz**                                                    ,   Case No. _____
                                         Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Dynamic Fastner** **P.O. Drawer 16837** **Kansas City, MO 64133-0937** | X | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **E.F. Wood/C.A.S.H.** **2300 Hammond Drive** **Schaumburg, IL 60173** | X | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **E.L. Pruitt Co.** **P.O. Box 3306-3090 Colt Rd.** **Springfield, IL 62708** | X | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **E/C Vibrations & Balancing Services** **726 Lunt** **Schaumburg, IL 60193** | X | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Eagle Truck Rebuilders** **3030 W. 139th St.** **Blue Island, IL 60406** | X | - | | | | | **Unknown** |

Sheet no. __31__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Earthwise Environmental Inc.**<br>**21 W. 415 N. Ave., Ste. 200**<br>**Lombard, IL 60148-1107** | X | - | | | | | **Unknown** |
| Account No.<br><br>**Eclipse Combustion, Inc.**<br>**P.O. Box 71424**<br>**Chicago, IL 60694** | X | | | | | | **Unknown** |
| Account No.<br><br>**ECS Electrical Contractors, Inc.**<br>**3845 W. 166th Place**<br>**Markham, IL 60428** | X | - | | | | | **Unknown** |
| Account No.<br><br>**Edstrom Industries, Inc.**<br>**819 Bakke Ave.**<br>**Waterford, WI 53185-4299** | X | - | | | | | **Unknown** |
| Account No.<br><br>**EFR Fire Equipment**<br>**P.O. Box 635**<br>**Mokena, IL 60448** | X | - | | | | | **Unknown** |

Sheet no. __32__ of __125__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Eighner's Flowers** **17928 Dixie Highway** **Homewood, IL 60430** | X | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Electric Medic** **30W260 Butterfield Rd., Ste. 281** **Warrenville, IL 60555** | X | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Elfco** **7613 W. 100th Place** **Bridgeview, IL 60455** | X | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Elgin Roofing Company** **366 Bluff City Blvd.** **Elgin, IL 60120-8324** | X | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Elite Roofing & Construction, Inc.** **15016 S. Hamlin** **Midlothian, IL 60445** | X | - | | | | | | | **Unknown** |

Sheet no. __33__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Official Form 6F (10/06) - Cont.

In re   **Darrell K. Ortiz**                                                                                      ,    Case No. _____
                                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Empire Home Services, LLC**<br>**7045 N. Ridgeway Ave.**<br>**Lincolnwood, IL 60712** | X | - | | | | | **Unknown** |
| Account No.<br><br>**Energy Improvement Products, Inc.**<br>**2200 W. Higgins Rd., Ste. 355**<br>**Schaumburg, IL 60195** | X | - | | | | | **Unknown** |
| Account No.<br><br>**Englewood Electrical Supply**<br>**P.O. Box 91426**<br>**Chicago, IL 60693** | X | - | | | | | **Unknown** |
| Account No.<br><br>**Equipment Storage Corp.**<br>**7450 S. Ashland**<br>**Chicago, IL 60636** | X | - | | | | | **Unknown** |
| Account No.<br><br>**Erie Vehicle Body**<br>**60 E. 51st St.**<br>**Chicago, IL 60615** | X | - | | | | | **Unknown** |

Sheet no. __34__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re __Darrell K. Ortiz__ , Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| ESP Assoc., Ltd. 999 Remington Blvd., Ste. E Bolingbrook, IL 60440 | X | - | | | | | Unknown |
| Account No. | | | | | | | |
| Evapco c/o Bullock Logan & Assoc. 169 Crossen Ave. Elk Grove Village, IL 60007 | X | - | | | | | Unknown |
| Account No. | | | | | | | |
| Evapco, Inc. P.O. Box 630272 Baltimore, MD 21263 | X | - | | | | | Unknown |
| Account No. | | | 12/05 | | | | |
| Evergreen Oak Electric P.O. Box 549 Midlothian, IL 60445 | | - | | | | | 500.00 |
| Account No. | | | | | | | |
| Evergreen Oak Electric P.O. Box 549 Midlothian, IL 60445-0549 | X | - | | | | | Unknown |

Sheet no. __35__ of __125__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) __500.00__

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                    Case No. _____
                                              ,
                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **EZ Electrical** 7243 S. Jeffrey Blvd. Chicago, IL 60649 | X | - | | | | | Unknown |
| Account No. **F.H. Paschen** 8725 W. Higgins Rd. Chicago, IL 60630 | X | - | | | | | Unknown |
| Account No. **Falls Mechanical Insulation** 7703 W. 99th St. Hickory Hills, IL 60457 | X | - | | | | | 0.00 |
| Account No. **Falson Supply Co., Inc.** P.O. Box 158 Franklin Park, IL 60131 | X | - | | | | | Unknown |
| Account No. **Fastway** 19152 S. Blackhawk Parkway Mokena, IL 60448 | X | - | | | | | Unknown |

Sheet no. __36__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       0.00

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Darrell K. Ortiz**                                          ,   Case No. _____
                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**FDC Corporation**<br>**P.O. Box 1047**<br>**Elk Grove Village, IL 60009-1047** | X | - | | | | | **Unknown** |
| Account No.<br><br>**Ferguson Enterprises, Inc.**<br>**#968**<br>**4558 Collections Center Dr.**<br>**Chicago, IL 60693** | X | - | | | | | **Unknown** |
| Account No.<br><br>**FES Midwest, Inc.**<br>**167 Country Commons Rd.**<br>**Cary, IL 60013** | X | - | | | | | **Unknown** |
| Account No.<br><br>**FES Systems, Inc.**<br>**3475 Board Rd.**<br>**York, PA 17402-6934** | X | - | | | | | **Unknown** |
| Account No.<br><br>**Fifth Third Bank**<br>**P.O. Box 630337**<br>**Cincinnati, OH 45263-0001** | X | - | | | | | **Unknown** |

Sheet no. __37__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Filter Services Illinois** <br> **2555 United Lane** <br> **Elk Grove Village, IL 60007** | X | - | | | | | **Unknown** |
| Account No. <br><br> **First Insurance Funding Corp.** <br> **135 S. LaSalle St., Dept. 8075** <br> **Chicago, IL 60674-8075** | X | | | | | | **Unknown** |
| Account No. <br><br> **First Midwest Bank** <br> **P.O. Box 9003** <br> **Gurnee, IL 60031** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Five Star Safety Equipment, Inc.** <br> **4N240 Cavalry Dr., Unit D** <br> **Bloomingdale, IL 60108-2301** | X | - | | | | | **Unknown** |
| Account No. <br><br> **FLC Instruments,Inc.** <br> **1019 Airpark Dr.** <br> **Sugar Grove, IL 60554-9585** | X | - | | | | | **Unknown** |

Sheet no. __38__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re     **Darrell K. Ortiz**                                                                    ,     Case No. _____
                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Fleet Fueling** P.O. Box 6293 Carol Stream, IL 60197-6293 | X | - | | | | | **Unknown** |
| Account No. **Fleet Pro, Inc.** 7911 W. 157th St. Orland Park, IL 60462 | X | - | | | | | **Unknown** |
| Account No. **Fleming Hanson Sales** 3010 Woodcreek Dr., Ste. E Downers Grove, IL 60515 | X | - | | | | | **Unknown** |
| Account No. **Flomech, Inc.** 4253 Elm St. Downers Grove, IL 60515 | X | - | | | | | **Unknown** |
| Account No. **Flowserve US, Inc.** P.O. Box 91329 Chicago, IL 60693 | X | - | | | | | **Unknown** |

Sheet no. __39__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Darrell K. Ortiz**                                    ,        Case No. _____
                                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Fluid Air Products** <br> **7535 Plaza Ct.** <br> **Hinsdale, IL 60521** | X | - | | | | | Unknown |
| Account No. <br><br> **Fluid Sealing Consultants, Inc.** <br> **502 Doral Dr.** <br> **Schererville, IN 46375** | X | - | | | | | Unknown |
| Account No. <br><br> **FMSI** <br> **1001 Warrenville Rd.** <br> **Lisle, IL 60532** | X | - | | | | | Unknown |
| Account No. <br><br> **Ford Credit** <br> **P.O. Box 219825** <br> **Kansas City, MO 64121-9825** | X | - | | | | | Unknown |
| Account No. <br><br> **Freeway Ford Truck Sales** <br> **8448 45th St.** <br> **Lyons, IL 60534** | X | - | | | | | Unknown |

Sheet no. __40__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | | | | | |
| **Fresh Aire, Inc.** **38 Waitkus Drive** **Lemont, IL 60439** | X | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Full Circle, Inc.** **P.O. Box 911386** **Dallas, TX 75391-1386** | X | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **G&O Thermal Supply Co.** **5435 Northwest Highway** **Chicago, IL 60630-1191** | X | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **G.W. Berkheimer Co., Inc.** **P.O. Box 1247** **Portage, IN 46368-9047** | X | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Gatwood Crane Service, Inc.** **2345 E. Hamilton Rd.** **Arlington Heights, IL 60005** | X | - | | | | | | | **0.00** |

Sheet no. __41__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Official Form 6F (10/06) - Cont.

In re **Darrell K. Ortiz**                                    , Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Gem Electric Supply, Inc. 3135 W. 95th St. Evergreen Park, IL 60805 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Gems Sensors Inc. P.O. Box 96860 Chicago, IL 60693 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Gladwin Machinery & Supply Co. 131 N. Lively Blvd. Elk Grove Village, IL 60007 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Glass America 1440 Momentum Place Chicago, IL 60689-5314 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Global Energy Solutions, Inc. 531 East Roosevelt Rd. Wheaton, IL 60187 | X | - | | | | | | Unknown |

Sheet no. __42__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

Official Form 6F (10/06) - Cont.

In re  **Darrell K. Ortiz**                                                    ,    Case No. _____
_____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Global Watr Technology** <br> **The OakBrook Terrace Atrium** <br> **17W220-22nd St., Ste. 240** <br> **OakBrook Terrace, IL 60181** | X | - | | | | | Unknown |
| Account No. <br><br> **Glow Electric** <br> **13437 Kolmar Lane** <br> **Midlothian, IL 60445** | X | - | | | | | Unknown |
| Account No. <br><br> **Gradebeam, LLC** <br> **343W. Erie St., Ste. 420** <br> **Chicago, IL 60610** | X | - | | | | | Unknown |
| Account No. <br><br> **Graphic Screen Printing** <br> **15640 S. 70th Ct.** <br> **Orland Park, IL 60462** | X | - | | | | | Unknown |
| Account No. <br><br> **Great Lakes Metals Corp.** <br> **8920 S. Octavia Ave.** <br> **Bridgeview, IL 60455** | X | - | | | | | Unknown |

Sheet no. __43__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            0.00

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Great Lakes Reit**<br>**1011 E. Touhy**<br>**Des Plaines, IL 60018** | X | - | | | | | Unknown |
| Account No. <br><br>**GreatBank Algonquin**<br>**234 S. Randall Rd.**<br>**Algonquin, IL 60102** | X | - | | | | | Unknown |
| Account No. <br><br>**Greenheck**<br>**Bin 145**<br>**Milwaukee, WI 53288-0145** | X | - | | | | | Unknown |
| Account No. <br><br>**Gus Berthold Electric Co.**<br>**1900 W. Carroll Ave.**<br>**Chicago, IL 60612** | X | - | | | | | Unknown |
| Account No. <br><br>**Guzinski Builders, Inc.**<br>**5705 Midlothian Turnpike**<br>**Midlothian, IL 60445** | X | - | | | | | Unknown |

Sheet no. __**44**__ of __**125**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims
             Subtotal
          (Total of this page)      **0.00**

Official Form 6F (10/06) - Cont.

In re  **Darrell K. Ortiz**                                          , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **H.A. Phillips & Co.** **1775 Wallace Ave.** **Saint Charles, IL 60174-3402** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Hacia** **901 W. Jackson Blvd.** **Suite 205** **Chicago, IL 60607** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Halogen Supply Company** **4653 W. Lawrence Ave.** **Chicago, IL 60630** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Hansen Technologies Corp.** **P.O. Box 945917** **Atlanta, GA 30394-5917** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Hard Rock Concrete Cutters, Inc.** **984 Lee St.** **Des Plaines, IL 60016-6646** | X | - | | | | | | **Unknown** |

Sheet no. __45__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

Official Form 6F (10/06) - Cont.

In re   **Darrell K. Ortiz**                                                                    ,   Case No. _____
_____
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Harrington Industrial Plastics P.O. Box 5128 14480 Yorba Ave. Chino, CA 91708-5128** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Harris and Associates 809 W. Joliet Highway New Lenox, IL 60451** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Harris Bank Barrington NA P.O. Box 6201 Carol Stream, IL 60197-6201** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Harrison Publishing House P.O. Box 320 995 Industrial Pk. Rd. Littleton, NH 03561-0320** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Harry J. Kloepper 1832 Johns Drive Glenview, IL 60025** | X | - | | | | | **Unknown** |

Sheet no. __46__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      **0.00**

Official Form 6F (10/06) - Cont.

In re   **Darrell K. Ortiz**                                                    ,     Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.**<br><br>**Hartzell Fan, Inc.**<br>**P.O. Box 919**<br>**Piqua, OH 45356** | X | - | | | | | | **Unknown** |
| **Account No.**<br><br>**Hatchell and Associates**<br>**414 W. Fullerton**<br>**Elmhurst, IL 60126-1435** | | - | | | | | | **Unknown** |
| **Account No.**<br><br>**Heisler Green Chemical**<br>**1116 W. 47th Place**<br>**Chicago, IL 60609** | X | - | | | | | | **Unknown** |
| **Account No.**<br><br>**Helsel-Jefferson Elec., Inc.**<br>**P.O. Box 310**<br>**Chicago Heights, IL 60144-0310** | X | - | | | | | | **Unknown** |
| **Account No.**<br><br>**Hemingway, Inc.**<br>**15300 Greenwood Road**<br>**South Holland, IL 60473-1998** | X | - | | | | | | **Unknown** |

Sheet no. __**47**__ of __**125**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | | | | | | |
| **Hennig Gasket & Seals, Inc.** 2350 W. Cullerton St. Chicago, IL 60608-2515 | X | - | | | | | | Unknown |
| **Account No.** | | | | | | | | |
| **Henry Pratt Co.** Dept. CH 10355 Palatine, IL 60055-0355 | X | - | | | | | | Unknown |
| **Account No.** | | | | | | | | |
| **Hertz Equipment Rental Corp.** P.O. Box 26390 Oklahoma City, OK 73126-0360 | X | - | | | | | | Unknown |
| **Account No.** | | | | | | | | |
| **Highpoint Construction** 7860 Steger Rd. Frankfort, IL 60423 | X | - | | | | | | Unknown |
| **Account No.** | | | | | | | | |
| **Hilco Distributing** 1501 N. Kingsbury Chicago, IL 60622 | X | - | | | | | | Unknown |

Sheet no. __48__ of __125__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re     **Darrell K. Ortiz**                                                    ,          Case No. _____
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Hill-Rom** <br>**1069 State Rd. 46 East** <br>**Batesville, IN 47006** | X | - | | | | | Unknown |
| Account No. <br><br>**Hilti Inc.** <br>**P.O. Box 382002** <br>**Pittsburgh, PA 15250-8002** | X | - | | | | | Unknown |
| Account No. <br><br>**Hiram Electrical Contractors, Inc.** <br>**1351 W. Foster Ave.** <br>**Chicago, IL 60640** | X | - | | | | | Unknown |
| Account No. <br><br>**Hoh Chemicals, Inc.** <br>**500 S. Vermont St.** <br>**Palatine, IL 60078** | X | - | | | | | Unknown |
| Account No. <br><br>**Holland Applied Technologies** <br>**7050 High Grove Blvd.** <br>**Willowbrook, IL 60527** | X | - | | | | | Unknown |

Sheet no. __49__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Holland Printing, Inc.** <br> **1007 E. 162nd St.** <br> **South Holland, IL 60473** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Homer Tree Service, Inc.** <br> **P.O. Box 584** <br> **Lockport, IL 60441** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Hometite Insulation** <br> **9418 Corsair Rd., Unit A** <br> **Frankfort, IL 60423** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Houston Roof Curbs & Sheet Metal, I** <br> **4108 W. Division St.** <br> **Chicago, IL 60651** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Hudson Technologies Co.** <br> **P.O. Box 33132** <br> **Hartford, CT 06150-3132** | X | - | | | | | **Unknown** |

Sheet no. __50__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Huey Reprographics 19 S. Wabash Ave., 3rd Fl. Chicago, IL 60603 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Humana, Inc. Employers Health Insurance P.O. Box 0599 Carol Stream, IL 60132-0599 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Hyre Electric Co. 2320 W. Ogden Ave. Chicago, IL 60608 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Illco, Inc. P.O. Box 1330 Aurora, IL 60507 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Illini Hi Reach Inc. 13633 Main Street Lemont, IL 60439-3776 | X | - | | | | | | Unknown |

Sheet no. __51__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                              ,    Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Illinois Dept. Empl. Security**<br>**P.O. Box 803412**<br>**Chicago, IL 60680** | X | - | | | | | Unknown |
| Account No.<br><br>**Illinois Dept. of Public Aid**<br>**State Disbursement Unit**<br>**P.O. Box 8000**<br>**Wheaton, IL 60189-8000** | X | - | | | | | Unknown |
| Account No.<br><br>**Illinois Dept. of Revenue**<br>**Retailers Occupation Tax**<br>**62797-0001** | X | - | | | | | Unknown |
| Account No.<br><br>**Illinois Dept. of Revenue**<br>**P.O. Box 88294**<br>**Chicago, IL 60680-1294** | X | - | | | | | Unknown |
| Account No.<br><br>**Illinois Dept. of Revenue**<br>**P.O. Box 19045**<br>**Springfield, IL 62794-9045** | X | - | | | | | Unknown |

Sheet no. __52__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                      Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                           , Case No. _____
                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Illinois Mechanical Sales 2627 N. Western Ave. Chicago, IL 60647-2086** | X | - | | | | | **Unknown** |
| Account No. **Illinois Pump Repairs, Inc. 301 Amendodge Drive Joliet, IL 60431** | X | - | | | | | **Unknown** |
| Account No. **Illinois State Toll Hwy Authority-Vilation Proc. Cntr. 135 S. LaSalle, Dept. 8021 Chicago, IL 60674-8021** | X | - | | | | | **Unknown** |
| Account No. **Illinois Student Assistance Comm P.O. Box 904 Deerfield, IL 60015** | X | - | | | | | **Unknown** |
| Account No. **IMC Instruments, Inc. N60W14434 Kaul Ave. Menomonee Falls, WI 53051** | X | - | | | | | **Unknown** |

Sheet no. __53__ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                          ,    Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Imperial Crane Services, Inc.** <br> **7500 W. Imperial Dr.** <br> **Bridgeview, IL 60455** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Independent Testing & Balancing** <br> **28365 Davis Parkway** <br> **Suite 202** <br> **Warrenville, IL 60555** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Industrial Commercial Design** <br> **8706 Timbers Pointe Dr.** <br> **Tinley Park, IL 60477** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Industrial Consultants, LLC** <br> **P.O. Box 833** <br> **Owasso, OK 74055** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Industrial Welder Rebuilders** <br> **11706 S. Mayfield** <br> **Alsip, IL 60803** | X | - | | | | | **Unknown** |

Sheet no. __**54**__ of __**125**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Darrell K. Ortiz**                                                                      ,        Case No. _____
                                            Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Integrated Technology Group**<br>**17475 Palmer Blvd.**<br>**Homewood, IL 60430** | X | - | | | | | **Unknown** |
| Account No. <br><br>**International Environmental**<br>**P.O. Box 270544**<br>**Oklahoma City, OK 73127** | X | - | | | | | **Unknown** |
| Account No. <br><br>**International Equipment, Inc.**<br>**619 South Maple**<br>**Grant Park, IL 60940** | X | - | | | | | **Unknown** |
| Account No. <br><br>**International Test & Balance**<br>**380 Northwest Highway**<br>**Des Plaines, IL 60016-2201** | X | - | | | | | **Unknown** |
| Account No. <br><br>**Invevnsys**<br>**Dept. CH10099**<br>**Palatine, IL 60055-0099** | X | - | | | | | **Unknown** |

Sheet no. __55__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                                    ,        Case No. _____
                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**IVM Corporation**<br>**399 Hammond Ave.**<br>**Elgin, IL 60120** | X | - | | | | | **Unknown** |
| Account No.<br><br>**J&L Metal Doors, Inc.**<br>**8305 W. 183rd Place**<br>**Tinley Park, IL 60477** | X | - | | | | | **Unknown** |
| Account No.<br><br>**J. Mooncotch Crane Rental**<br>**9735 Industrial Dr.**<br>**Bridgeview, IL 60455** | X | - | | | | | **Unknown** |
| Account No.<br><br>**J.A. Frate, Inc.**<br>**P.O. Box 497**<br>**Crystal Lake, IL 60039-0497** | X | - | | | | | **Unknown** |
| Account No.<br><br>**J.P. Larsen, Inc.**<br>**5615 W. 120th Place**<br>**Alsip, IL 60803** | X | - | | | | | **Unknown** |

Sheet no. __56__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Darrell K. Ortiz**                                                          ,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Jack's 6638-44 West 26th Place Berwyn, IL 60402 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Jack's Specialized Services, Inc. 4947 W. 173rd St. Country Club Hills, IL 60478 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Jacobs Facilities, Inc. 2222 S. Riverside Plaza Chicago, IL 60606 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Jadco Research & Engineering 4006 N. Nashville Ave. Chicago, IL 60634 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Jadco/Air Design Systems, Inc. 4006 N. Nashville Ave. Chicago, IL 60634 | X | - | | | | | | Unknown |

Sheet no. __57__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                    ,    Case No. _____
                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Jadco/Air Filter Engineers** <br> **4006 N. Nashville Ave.** <br> **Chicago, IL 60634** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Jadco/Applied Mechanical Sales** <br> **4006 N. Nashville Ave.** <br> **Chicago, IL 60634** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Jadco/Automatic Building Contr** <br> **4006 N. Nashville Ave.** <br> **Chicago, IL 60634** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Jadco/Barr Mechanical** <br> **4006 N. Nashville Ave.** <br> **Chicago, IL 60634** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Jadco/Brucker Co.** <br> **4006 N. Nashville Ave.** <br> **Chicago, IL 60634** | X | - | | | | | **Unknown** |

Sheet no. __**58**__ of __**125**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                              ,      Case No. _____

                                     Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Jadco/Bullock Logan** <br> **4006 N. Nashville Ave.** <br> **Chicago, IL 60634** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Jadco/Control Solutions** <br> **4006 N. Nashville Ave.** <br> **Chicago, IL 60634** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Jadco/Evapco** <br> **c/o Bullock Logan** <br> **4006 N. Nashville Ave.** <br> **Chicago, IL 60634** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Jadco/Falls Mechanical Insulation** <br> **4006 N. Nashville Ave.** <br> **Chicago, IL 60634** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Jadco/Fluid Air Products** <br> **4006 N. Nashville Ave.** <br> **Chicago, IL 60634** | X | - | | | | | **Unknown** |

Sheet no. __**59**__ of __**125**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

           Subtotal     **0.00**
       (Total of this page)

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Jadco/Hatchell & Assoc., Inc. 4006 N. Nashville Ave. Chicago, IL 60634 | X | - | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Jadco/Hemmingway 4006 N. Nashvile Ave. Chicago, IL 60634 | X | - | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Jadco/HOH Chemicals 4006 N. Nashville Ave. Chicago, IL 60634 | X | - | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Jadco/International Test & Balance 4006 N. Nashville Ave. Chicago, IL 60634 | X | - | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Jadco/Invensys Bldg System 4006 N. Nashville Ave. Chicago, IL 60634 | X | - | | | | | | | Unknown |

Sheet no. __60__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Darrell K. Ortiz**                                                    ,          Case No. _____
                                                    **Debtor**

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Jadco/Kewanee Builder** <br> **4006 N. Nashville Ave.** <br> **Chicago, IL 60634** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Jadco/McQuay Intl.** <br> **4006 N. Nashville Ave.** <br> **Chicago, IL 60634** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Jadco/Nickelson Industrial Service, Inc.** <br> **4006 N. Nashville Ave.** <br> **Chicago, IL 60634** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Jadco/Super Radiator Sales/Maddock** <br> **4006 N. Nashville Ave.** <br> **Chicago, IL 60634** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Jadco/Temperature Equipment Corp.** <br> **4006 N. Nashville Ave.** <br> **Chicago, IL 60634** | X | - | | | | | **Unknown** |

Sheet no. __61__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re     **Darrell K. Ortiz**                                                          ,     Case No. _____
                                      Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **JDL Systems, Inc.** <br> **13222 Meadowlark Dr.** <br> **Orland Park, IL 60462** | X | - | | | | | Unknown |
| Account No. <br><br> **JEM Concrete Cutters** <br> **6334 N. Natoma** <br> **Chicago, IL 60631** | X | - | | | | | Unknown |
| Account No. <br><br> **Jiffy Lube** <br> **Sound Billing** <br> **P.O. Box 620130** <br> **Middleton, WI 53562** | X | - | | | | | Unknown |
| Account No. <br><br> **JM Polcurr, Inc.** <br> **907 E. 31st** <br> **La Grange Park, IL 60526** | X | - | | | | | Unknown |
| Account No. <br><br> **Joe Rizza Ford** <br> **8100 W. 159th St.** <br> **Orland Park, IL 60462** | X | - | | | | | Unknown |

Sheet no. __62__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Darrell K. Ortiz**                                    , Case No. _____

                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **John J. Moroney & Co.** <br> **P.O. Box 320** <br> **Summit Argo, IL 60501** | X | - | | | | | Unknown |
| Account No. <br><br> **John W. Thomson Co.** <br> **8803 S. Genoa Ave.** <br> **Chicago, IL 60620** | X | - | | | | | Unknown |
| Account No. <br><br> **Johnson Controls, Inc.** <br> **3007 Malmo Dr.** <br> **Arlington Heights, IL 60005** | X | - | | | | | Unknown |
| Account No. <br><br> **Johnson Marcraft** <br> **P.O. Box 790051** <br> **Saint Louis, MO 63179** | X | - | | | | | Unknown |
| Account No. <br><br> **Johnson Pipe & Supply Co.** <br> **999 W. 37th St.** <br> **Chicago, IL 60609** | X | - | | | | | Unknown |

Sheet no. __63__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz** _____,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Johnstone Supply** <br>**4606 W. 138th St.** <br>**Midlothian, IL 60445** | X | - | | | | | **Unknown** |
| Account No. <br><br>**Joliet Jr. College** <br>**1215 Houbolt Rd.** <br>**Joliet, IL 60431-8938** | X | - | | | | | **Unknown** |
| Account No. <br><br>**Jones & Cleary Roofing** <br>**and Sheetmetal** <br>**6838 S. Chicago Ave.** <br>**Chicago, IL 60637** | X | - | | | | | **Unknown** |
| Account No. <br><br>**Jordan Valve c/o Antel Corp.** <br>**669 Executive D.** <br>**Hinsdale, IL 60521** | X | - | | | | | **Unknown** |
| Account No. <br><br>**JRS Construction Co.** <br>**25668 N. Gilmer Rd.** <br>**Mundelein, IL 60060** | X | - | | | | | **Unknown** |

Sheet no. __64__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                                    ,    Case No. _____
                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  **K & K Iron Works, Inc. 5100 S. Lawndale La Grange, IL 60525** | X | - | | | | | | Unknown |
| Account No.  **K-Hvac Ind. Inc. d/b/a AAA Services 161 Ontario-Unit 2 Frankfort, IL 60423** | X | - | | | | | | Unknown |
| Account No.  **Kallemeyn Kallemeyn Auto Center, Inc. 12145 S. Ridgeland Ave. Palos Heights, IL 60463** | X | - | | | | | | Unknown |
| Account No.  **Kara Company, Inc. 5255 Dansher Rd. La Grange, IL 60525** | X | - | | | | | | Unknown |
| Account No.  **Keeprite Refrigeration 159 Roy Blvd., P.O. Box 2020 Brantford, Ontario CN N3T5y6** | X | - | | | | | | Unknown |

Sheet no. __65__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                              ,        Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.

**Kel-Tech Electric**
**229 E. Hellen Rd.**
**Palatine, IL 60067** | X | - | | | | | | | Unknown |
| Account No.

**Key Equipment Finance**
**Payment Processing Center**
**P.O. Box 203901**
**Houston, TX 77216-3901** | X | - | | | | | | | Unknown |
| Account No.

**Key West Metal Industries, Inc.**
**7415 W. 90th Ct.**
**Bridgeview, IL 60455** | X | - | | | | | | | Unknown |
| Account No.

**Klever Green**
**11649 W. 194th St.**
**Mokena, IL 60448** | X | - | | | | | | | Unknown |
| Account No.

**Klotz Environmental Prod. Inc.**
**P.O. Box 2258**
**Schiller Park, IL 60176** | X | - | | | | | | | Unknown |

Sheet no. __66__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Darrell K. Ortiz**                                          ,        Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | | | | | |
| Knickerbocker Roofing and Pavi 1628 S. Lathrop Harvey, IL 60426 | X | - | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Knight Security Alarms, Inc. P.O. Box 333 New Lenox, IL 60451-0333 | X | - | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Kolbi Pipe Marker Co. 2304 Foster Ave. Wheeling, IL 60090 | X | - | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Krack Corporation 2437 Collections Center Dr. Chicago, IL 60693 | X | - | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Krause Constuction LLC 3330 Edison Ave. Blue Island, IL 60406 | X | - | | | | | | | Unknown |

Sheet no. __67__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Darrell K. Ortiz**                                          ,        Case No. _____
                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kropp Equipment, Inc.** <br> **1020 Kennedy Ave.** <br> **Schererville, IN 46375** | X | - | | | | | Unknown |
| Account No. <br><br> **L.R. Miller, Inc.** <br> **P.O. Box 277707** <br> **Riverdale, IL 60827-7707** | X | - | | | | | Unknown |
| Account No. <br><br> **LaGrange Crane Service, Inc.** <br> **6180 River Rd.** <br> **La Grange, IL 60525** | X | - | | | | | Unknown |
| Account No. <br><br> **Lakeland Heating and Cooling** <br> **219 Lake Ave.** <br> **Lake Villa, IL 60046** | X | - | | | | | Unknown |
| Account No. <br><br> **Lancaster Transportation** <br> **8020 Alabama Ave.** <br> **Willowbrook, IL 60527** | X | - | | | | | Unknown |

Sheet no. __68__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            0.00

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Darrell K. Ortiz**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Lance Construction Supply** <br>**4225 W. Ogden Ave.** <br>**Chicago, IL 60623** | X | - | | | | | Unknown |
| Account No. <br><br>**Lanier Worldwide, Inc.** <br>**820 Jorie, Suite 120** <br>**Oak Brook, IL 60523** | X | - | | | | | Unknown |
| Account No. <br><br>**Lara McDonald Design, Inc.** <br>**3108 S. Rt. 59** <br>**Naperville, IL 60564** | X | - | | | | | Unknown |
| Account No. <br><br>**LaRoche Industries, Inc.** <br>**P.O. Box 532414** <br>**Atlanta, GA 30353-2414** | X | - | | | | | Unknown |
| Account No. <br><br>**Law Office of Burton A. Brown** <br>**205 W. Wacker Dr., Ste. 922** <br>**Chicago, IL 60606** | X | - | | | | | Unknown |

Sheet no. __69__ of __125__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                                            , Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Legend Electrical Sales** **553 W. Carboy Rd.** **Mount Prospect, IL 60056-5775** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Lelund Enterprises, Inc.** **1040 Main St.** **Lombard, IL 60148** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Lennox Industries, Inc.** **P.O. Box 910549** **Dallas, TX 75391-0549** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Letterman/Signage, Inc.** **19912 S. Wolf Rd.** **Mokena, IL 60448** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Levy Restaurants** **7994 Collections Center Drive** **Chicago, IL 60693** | X | - | | | | | | **Unknown** |

Sheet no. __**70**__ of __**125**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                            ,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Liebert Corporation** <br> **P.O. Box 70474** <br> **Chicago, IL 60673** | X | - | | | | | Unknown |
| Account No. <br><br> **Lienguard, Inc.** <br> **1000 Jorie Blvd.** <br> **Oak Brook, IL 60523** | X | - | | | | | Unknown |
| Account No. <br><br> **Lift Works, Inc.** <br> **1201 W. Hawthorne Lane** <br> **West Chicago, IL 60185** | X | - | | | | | Unknown |
| Account No. <br><br> **Lifting Gear Hire Corporation** <br> **7431 W. 90th St.** <br> **Midlothian, IL 60445** | X | - | | | | | Unknown |
| Account No. <br><br> **Lindab, Inc.** <br> **W. 501896** <br> **P.O. Box 7777** <br> **Philadelphia, PA 19175-1896** | X | - | | | | | Unknown |

Sheet no. __71__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                                            ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Linear Electric, Inc. 15346 S. 70th Ct. Orland Park, IL 60462 | X | - | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Litgen Concrete Cutting 1020 Nerge Rd. Elk Grove Village, IL 60007 | X | - | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Loftus & Loftus Attorneys at Law 646 Busse Highway Park Ridge, IL 60068 | X | - | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Louis Imbert Corporation 7030 N. Austin Ave. Niles, IL 60714 | X | - | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| M&O Insulation Co. P.O. Box 759 Homewood, IL 60430-8759 | X | - | | | | | | | Unknown |

Sheet no. __72__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz** _____,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **M.Difoggio & Sons** **13929 S. Kostner Ave.** **Midlothian, IL 60445** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **M.G. Electric Service, Inc.** **1450 E. Algonquin Rd.** **Arlington Heights, IL 60005** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Maddock Industries** **2720 W. Chicago Ave.** **Chicago, IL 60622** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Magnum Construction Services, Inc.** **17405 W. 145th St.** **Lockport, IL 60441** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Mammoth, Inc.** **P.O. Box 9333** **Minneapolis, MN 55440-9333** | X | - | | | | | | **Unknown** |

Sheet no. __73__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Manning Systems, Inc.** <br> **P. O. Box 419429** <br> **Kansas City, MO 64141** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Marc Promotions** <br> **7172 Lakeview Parkway W. Dr.** <br> **Indianapolis, IN 46268** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Marco Supply Company** <br> **P.O. Box 78293** <br> **Milwaukee, WI 53278-0293** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Martin Whalen Office Solutions, Inc** <br> **18630 S. 81st Ave.** <br> **Tinley Park, IL 60477** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Marzullo Supply** <br> **8833 S. Kedzie Ave.** <br> **Evergreen Park, IL 60805** | X | - | | | | | **Unknown** |

Sheet no. __**74**__ of __**125**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re     **Darrell K. Ortiz** _____ ,          Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Material Handling Services, Inc. 336 W. Armory Drive South Holland, IL 60473** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Maund, Richard & Assoc. 2505 W. 1437th St. Posen, IL 60469** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **McMaster - Carr Supply Company P.O. Box 7690 Chicago, IL 60680-7690** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **McQuay c/o Brucker Co. 1200 Greenleaf Ave. Elk Grove Village, IL 60007** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **McQuay c/o Thermosystems 1153 N. Main St. Lombard, IL 60148** | X | - | | | | | | **Unknown** |

Sheet no. __**75**__ of __**125**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re   **Darrell K. Ortiz**                                                                  ,   Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **McQuay International** <br> **1056 Solution Court** <br> **Chicago, IL 60677-1000** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Med. Con., Inc.** <br> **P.O. Box 244** <br> **Antioch, IL 60002** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Meilner Mechanical Sales** <br> **19 W. College Drive** <br> **Arlington Heights, IL 60004-1954** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Meineke** <br> **9502 W. 179th St.** <br> **Tinley Park, IL 60477** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Metal Products** <br> **15700 S. Parker Rd.** <br> **Lockport, IL 60441** | X | - | | | | | **Unknown** |

Sheet no. __**76**__ of __**125**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                                          , Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Meters & Controls** <br> **505 W. Wrightwood Ave.** <br> **Elmhurst, IL 60126** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Metro Electric Co.** <br> **3723 N. Milwaukee Ave.** <br> **Chicago, IL 60641-3035** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Metrolift, Inc.** <br> **679 Heartland Dr.** <br> **Sugar Grove, IL 60554** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Michael Goss Photography** <br> **2448 W. Chicago Ave.** <br> **Orland Park, IL 60462** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Michuda Construction** <br> **11204 S. Western Ave.** <br> **Chicago, IL 60643** | X | - | | | | | **Unknown** |

Sheet no. __77__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **0.00**

Official Form 6F (10/06) - Cont.

In re  **Darrell K. Ortiz**
                                                                          ,    Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Mid Lakes Distributing** **1029-37 W. Adams St.** **Chicago, IL 60607-2995** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Mid-States Refrigeration Supply Inc.** **P.O. Box 11005** **South Bend, IN 46634** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Mid-Town Petroleum, Inc.** **9707 S. 76th Ave.** **Bridgeview, IL 60455** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Midwest Environmental Sales, Inc.** **415 S. William St.** **Mount Prospect, IL 60056** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Midwest Glass Co.** **2630 W. Bradley Place** **Chicago, IL 60618** | X | - | | | | | | **Unknown** |

Sheet no. __**78**__ of __**125**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                ,      Case No. _____
                                          **Debtor**

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Midwest Helecopter Airways, Inc.<br>525 Executive Dr.<br>Willowbrook, IL 60527** | X | - | | | | | | **Unknown** |
| Account No.<br><br>**Midwest Masonry, Inc.<br>1335 Wilhelm<br>Suite A<br>Mundelein, IL 60060** | X | - | | | | | | **Unknown** |
| Account No.<br><br>**Midwest Suburban Publishing<br>P.O. Box 757<br>Tinley Park, IL 60477** | X | - | | | | | | **Unknown** |
| Account No.<br><br>**Midwest Trading Co.<br>12349 S. LaTrobe<br>Alsip, IL 60658** | X | - | | | | | | **Unknown** |
| Account No.<br><br>**Midwest Welding Supply, Inc.<br>5318 S. Kedzie Ave.<br>Chicago, IL 60632** | X | - | | | | | | **Unknown** |

Sheet no. __79__ of __125__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal         | **0.00**
                            (Total of this page)

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Millipore Corporation** **80 Asby Rd.** **Bedford, MA 01730** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Minster Mechanical Sales** **2120 Halsted St.** **Chicago Heights, IL 60411** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Mobile Air, Inc.** **800 E. Mandoline Ave.** **Madison Heights, MI 48071** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Mobile Mini, Inc.** **P.O. Box 79149** **Phoenix, AZ 85062-9149** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Monarch Marketing Group** **3357 Collection Center Drive** **Chicago, IL 60693** | X | - | | | | | | **Unknown** |

Sheet no. __80__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                                    ,    Case No. _____
                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Monroe Transportation Services** **1051 S. Westwood Ave.** **Addison, IL 60101** | X | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Moore Supply Company** **2100 W. 80th St.** **Chicago, IL 60620** | X | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Motion Industries** **P.O. Box 98412** **Chicago, IL 60693** | X | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **MSI Marking Services** **P.O. Box 240027** **8625 N. Faulkner Rd.** **Milwaukee, WI 53224** | X | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Muck Engineering, Inc.** **9972 Pacific Ave.** **Franklin Park, IL 60131** | X | - | | | | | | | **Unknown** |

Sheet no. __81__ of __125__ sheets attached to Schedule of                    Subtotal                    **0.00**
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                                                    ,    Case No. _____
                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Munch's Supply** <br> **1901 Ferro Dr.** <br> **New Lenox, IL 60451** | X | - | | | | | | Unknown |
| Account No. <br><br> **Mycom North America, Inc.** <br> **P.O. Box 31001-0812** <br> **Pasadena, CA 91110-0812** | X | - | | | | | | Unknown |
| Account No. <br><br> **Nalco** <br> **P.O. Box 70716** <br> **Chicago, IL 60673-0716** | X | - | | | | | | Unknown |
| Account No. <br><br> **National City Bank** <br> **P.O. Box 856153** <br> **Louisville, KY 40285-6153** | X | - | | | | | | Unknown |
| Account No. <br><br> **National Construction Rentals** <br> **1894 Plain Ave.** <br> **Aurora, IL 60505** | X | - | | | | | | Unknown |

Sheet no. __82__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

Official Form 6F (10/06) - Cont.

In re   **Darrell K. Ortiz**                                                          ,   Case No. _____

_____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**National Roofing Corp.**<br>**7641 S. Kedzie Ave.**<br>**Chicago, IL 60652-1507** | X | - | | | | | Unknown |
| Account No.<br><br>**National Waste Services & IRS**<br>**P.O. Box 900154**<br>**Louisville, KY 40290-1154** | X | - | | | | | Unknown |
| Account No.<br><br>**National Welding Supply Co., Inc.**<br>**P.O. Box 1407**<br>**Bloomington, IL 61702-1407** | X | - | | | | | Unknown |
| Account No.<br><br>**Nelson Insulation Company**<br>**386 Hollow Hill Dr.**<br>**North Chicago, IL 60064** | X | - | | | | | Unknown |
| Account No.<br><br>**NES Rentals**<br>**P. O. Box 8500-1226**<br>**Philadelphia, PA 19178-1226** | X | - | | | | | Unknown |

Sheet no. __83__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| New York Blower 7660 Quincy St. Suite 100 Willowbrook, IL 60527 | X | - | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Newark In One P.O. Box 94151 Palatine, IL 60094-4151 | X | - | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Newman & Boyer, Ltd. 900 Maple Road Homewood, IL 60430 | X | - | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Next Day Toner 11411 W. 183rd St. Suite H Orland Park, IL 60467 | X | - | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| NH3 Team, Inc. P.O. Box 152 Delphos, OH 45833 | X | - | | | | | | | Unknown |

Sheet no. __84__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Darrell K. Ortiz**                                                          ,   Case No. _____
                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Niagara Blower Co.** <br> **673 Ontario St.** <br> **Buffalo, NY 14207** | X | - | | | | | Unknown |
| Account No. <br><br> **Nickelson Industrial Service** <br> **8501 S. Baltimore Ave.** <br> **Chicago, IL 60617-2636** | X | - | | | | | Unknown |
| Account No. <br><br> **Nicor Gas** <br> **P.O. Box 416** <br> **Aurora, IL 60568-0001** | X | - | | | | | Unknown |
| Account No. <br><br> **NMACP, Inc.** <br> **1501 Lee Highway** <br> **Suite 202** <br> **Arlington, VA 22209** | X | - | | | | | Unknown |
| Account No. <br><br> **Nolan Builder & Tank Service** <br> **8531 Vincennes** <br> **Chicago, IL 60620-1929** | X | - | | | | | Unknown |

Sheet no. __85__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                 Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                    ,          Case No. _____
                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Norgas Controls, Inc.** <br>**1512 Resource Dr.** <br>**Burlington, KY 41005** | X | - | | | | | Unknown |
| Account No. <br><br>**North States Steel** <br>**811 Eagle Drive** <br>**Bensenville, IL 60106** | X | - | | | | | Unknown |
| Account No. <br><br>**Northern Illinois** <br>**Steele Supply Co.** <br>**P.O. Box 2146** <br>**Joliet, IL 60434-2146** | X | - | | | | | Unknown |
| Account No. <br><br>**Northwest Electric Supply** <br>**600 E. Rand Road** <br>**Mount Prospect, IL 60056** | X | - | | | | | Unknown |
| Account No. <br><br>**Northwestern Memorial Hosp.** <br>**259 E. Erie, Ste. 300** <br>**Chicago, IL 60611** | X | - | | | | | Unknown |

Sheet no. __86__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Official Form 6F (10/06) - Cont.

In re   **Darrell K. Ortiz**                                          ,   Case No. _____
                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Northwestern Memorial Physicians Gr 75 Remittance Dr., #1865 Chicago, IL 60675-1865 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Northwestern Mutual Life P.O. Box 3009 Milwaukee, WI 53201-3009 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Novaspect 1776 Commerce Dr. Elk Grove Village, IL 60007 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Nu Way Disposal Service, Inc. 19012 S. Wolf Rd. Mokena, IL 60448 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Nutemp 3348 S. Pulaski Rd. Chicago, IL 60623 | X | - | | | | | | Unknown |

Sheet no. **87** of **125** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                          ,        Case No. _____
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Occupational Training Supply Co.** <br> **12601 S. Springfield** <br> **Alsip, IL 60803** | X | - | | | | | Unknown |
| Account No. <br><br> **Omega Engineering, Inc.** <br> **One Omega Dr., Box 4047** <br> **Stamford, CT 06907-0047** | X | - | | | | | Unknown |
| Account No. <br><br> **Omni Pumps** <br> **9224 Chestnut Ave.** <br> **Franklin Park, IL 60131** | X | - | | | | | Unknown |
| Account No. <br><br> **Ortiz Mechanical Contractors, Inc.** <br> **15343 S. 70th Court** <br> **Orland Park, IL 60462** | | - | | | | | Unknown |
| Account No. <br><br> **Outokumpu Heatcraft USA LLC** <br> **P.O. Box 7247-6785** <br> **Philadelphia, PA 19170-6785** | X | - | | | | | Unknown |

Sheet no. __88__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re __Darrell K. Ortiz_____,    Case No. _____
                                Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Overnite Transportation Co. P.O. Box 79755 Baltimore, MD 21279-0755 | X | - | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| P and G. Engineering Co. 11924 S. 88th Ave. Palos Park, IL 60464 | X | - | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| P&M National Sales 708 County Line Rd. Streamwood, IL 60107 | X | - | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Pameco Corporation Dept. 77102 P.O. Box 77000 Detroit, MI 48277-0102 | X | - | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Park Supply, A. Ferguson Enterprise, Inc. #1408 12808 Collections Center Dr. Chicago, IL 60693 | X | - | | | | | | | Unknown |

Sheet no. __89__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                                    ,    Case No. _____
                                                Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Parker Hannifen Corp. Refrigeration Specialties 7867 Collection Center Dr. Chicago, IL 60693** | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Phoenix Air Control 219 Williams St. Bensenville, IL 60106** | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Pipe Freezing Services P.O. Box 387 Antioch, IL 60002** | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Piping Technology & Products, Inc. P.O. Box 34506 Houston, TX 77234-4506** | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Pitney Bowes, Inc. P.O. Box 856042 Louisville, KY 40285-6042** | X | - | | | | | | Unknown |

Sheet no. __90__ of __125__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                            ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Plumbing Express, Inc.** <br> **9526 Corsair Rd.** <br> **Frankfort, IL 60423** | X | - | | | | | Unknown |
| Account No. <br><br> **Porter Pipe and Supply** <br> **35049 Eagle Way** <br> **Chicago, IL 60678-1350** | X | - | | | | | Unknown |
| Account No. <br><br> **Powertron Power Systems** <br> **1250 Touhy Ave.** <br> **Elk Grove Village, IL 60007** | X | - | | | | | Unknown |
| Account No. <br><br> **Praxair Distribution, Inc.** <br> **Dept. CH 10660** <br> **Palatine, IL 60055-0660** | X | - | | | | | Unknown |
| Account No. <br><br> **Precision Blue** <br> **3010 Woodcreek Lane** <br> **Downers Grove, IL 60515** | X | - | | | | | Unknown |

Sheet no. __91__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Official Form 6F (10/06) - Cont.

In re   **Darrell K. Ortiz**                                                    ,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Precision Control Systems, Inc.** **405 E. Ridge Rd.** **Griffith, IN 46319** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Precision Powder Coating** **371 E. Praire Street, Unit D** **Crystal Lake, IL 60014** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Premium Assignment Corp.** **P.O. Box 3100** **Tallahassee, FL 32315-3100** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Preservation Services, Inc.** **221 E. Rocbarr** **Romeoville, IL 60446** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Pro Fastening Systems, Inc.** **44 E. University Dr.** **Arlington Heights, IL 60004** | X | - | | | | | | **Unknown** |

Sheet no. __92__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  **0.00**

Official Form 6F (10/06) - Cont.

In re  **Darrell K. Ortiz**                                    ,      Case No. _____
_____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Pro-Fab Sheet Metal, Inc.** **852 Lively Blvd.** **Wood Dale, IL 60191-1202** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Professional Computer Group** **11302 S. Harlem Ave.** **Worth, IL 60482** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Profile Systems LLC** **1000 E. 80th Place** **Suite 777** **Merrillville, IN 46410-5644** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Proforma Corporate** **Marketing Solutions** **P.O. Box 640814** **Cincinnati, OH 45264-0814** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Proven Business Systems** **9726 W. 194th St.** **Mokena, IL 60448** | X | - | | | | | | **Unknown** |

Sheet no. __93__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Darrell K. Ortiz**                                              ,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Pump Specialties, Inc.** **9428 W. 47th St.** **Brookfield, IL 60513** | X | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **QBE Insurance Corp.** **119 N. Park Ave.** **Suite 310, Rovkville Center** **Rockville Centre, NY 11570** | X | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Quality Crane Service, Inc.** **P.O. Box 1175** **Frankfort, IL 60423** | X | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Quick Wrap Bag** **P.O. Box 290** **Cobb, CA 95426** | X | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Quickpen International** **384 Inverness Dr. South** **Suite 200** **Englewood, CO 80112** | X | - | | | | | **Unknown** |

Sheet no. __**94**__ of __**125**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  **0.00**

Official Form 6F (10/06) - Cont.

In re   **Darrell K. Ortiz**                          ,       Case No. _____

                           Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Quill Corporation** <br>**P.O. Box 94081** <br>**Palatine, IL 60094-4081** | X | - | | | | | **Unknown** |
| Account No. <br><br>**R & J Construction Supply Company, Inc.** <br>**30 W. 180 Butterfield Rd.** | X | - | | | | | **Unknown** |
| Account No. <br><br>**R. Cleveland** <br>**U.G. Technologies Corp.** <br>**95 Center Drive** <br>**Gilberts, IL 60136** | X | - | | | | | **Unknown** |
| Account No. <br><br>**R. Gingerich Co.** <br>**820 N. Nebraska** <br>**Shabbona, IL 60550** | X | - | | | | | **Unknown** |
| Account No. <br><br>**R.B. Hayward Co.** <br>**9556 River Street** <br>**Schiller Park, IL 60176** | X | - | | | | | **Unknown** |

Sheet no. __**95**__ of __**125**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Darrell K. Ortiz** _____,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**R.S. Means Co., Inc.**<br>**P.O. Box 7247 - 6961**<br>**Philadelphia, PA 19170-6961** | X | - | | | | | **Unknown** |
| Account No. <br><br>**Radiant Optics, Inc.**<br>**19510 144th Ave. NE**<br>**Suite B-7**<br>**Woodinville, WA 98072** | X | | | | | | **Unknown** |
| Account No. <br><br>**Randall Industries**<br>**741 S. Route 83**<br>**Elmhurst, IL 60126-4228** | X | - | | | | | **Unknown** |
| Account No. <br><br>**Rankin Construction Heaters, Inc.**<br>**1051 N. Main, Suite D**<br>**Lombard, IL 60148** | X | - | | | | | **Unknown** |
| Account No. <br><br>**Ranshell's Inc.**<br>**Muffler and Brake**<br>**13901 Burnham Ave.**<br>**Chicago, IL 60633** | X | - | | | | | **Unknown** |

Sheet no. __**96**__ of __**125**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                          ,    Case No. _____
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Red-D-Arc, Inc.** <br> **P.O. Box 532618** <br> **Atlanta, GA 30353-2618** | X | - | | | | | Unknown |
| Account No. <br><br> **Reed Contruction Data** <br> **P.O. Box 2241** <br> **Carol Stream, IL 60132-2241** | X | - | | | | | Unknown |
| Account No. <br><br> **Rental Max LLC** <br> **908 E. Roosevelt Rd.** <br> **Wheaton, IL 60187** | X | - | | | | | Unknown |
| Account No. <br><br> **RFS Construction, Inc.** <br> **9022 S. Odell** <br> **P.O. Box 1133** <br> **Bridgeview, IL 60455** | X | - | | | | | Unknown |
| Account No. <br><br> **Rich Concrete** <br> **6641 Wyandot Drive** <br> **Palos Heights, IL 60463** | X | - | | | | | Unknown |

Sheet no. __97__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                                                    ,    Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Rick's Sandblasting** **13332 Bell Rd.** **Lemont, IL 60439** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Ricoh Corporation** **P.O. Box 73213** **Chicago, IL 60673-7213** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Ritter Technology, LLC** **P.O. Box 8500-4285** **Philadelphia, PA 19178-4285** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **RJW Transport, Inc.** **P.O. Box 700** **Bloomingdale, IL 60108** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **RKD Construction Supplies** **11633 W. Grand Ave.** **Melrose Park, IL 60164-1302** | X | - | | | | | | **Unknown** |

Sheet no. __98__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Official Form 6F (10/06) - Cont.

In re     **Darrell K. Ortiz**                                                  ,     Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Robert Lloyd & Company** <br> **15127 S. 73rd Ave.** <br> **Orland Park, IL 60462** | X | - | | | | | Unknown |
| Account No. <br><br> **Roeda Signs** <br> **16931 State St.** <br> **South Holland, IL 60473** | X | - | | | | | Unknown |
| Account No. <br><br> **Roof Products & Systems** <br> **P.O. Box 6500** <br> **Chicago, IL 60680-6500** | X | - | | | | | Unknown |
| Account No. <br><br> **Root Bros. Mfg & Supply co.** <br> **10307-25 S. Mighigan Ave.** <br> **Chicago, IL 60628** | X | - | | | | | Unknown |
| Account No. <br><br> **Root Consulting** <br> **P.O. Box 841** <br> **Wheaton, IL 60189** | X | - | | | | | Unknown |

Sheet no. __99__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                                    , Case No. _____
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | | | | | |
| **Roughneck Concrete Drilling and Sawing Co. 8400 Lehigh Ave. Morton Grove, IL 60053** | X | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Rovanco Piping Systems 20535 SE Frontage Rd. Joliet, IL 60431** | X | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Royal Crane Service, Inc. P.O. Box 1858 Bridgeview, IL 60455** | X | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **Ryan Herco Products Corp. P.O. Box 10369 Burbank, CA 91510-0369** | X | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **S.G. Supply Co. 12900 Throop St. Riverdale, IL 60827-6424** | X | - | | | | | | | **Unknown** |

Sheet no. **100** of **125** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Darrell K. Ortiz**                                                    ,        Case No. _____
_____
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **S.S.O., LLC** **N 3714 20th Ct.** **Montello, WI 53949** | X | - | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| **Safety Meeting Outlines** **P.O. Box 700** **Frankfort, IL 60423** | X | - | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| **Safeway Services, Inc.** **O.S. 490 Route 83** **Oakbrook, IL 60181** | X | - | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| **Safeway Steel Products** **O.S. 490 Route 83** **Oakbrook Terrace, IL 60181** | X | - | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| **Sage Software** **P.O. Box 728** **Beaverton, OR 97075-0728** | X | - | | | | | | | Unknown |

Sheet no. __**101**__ of __**125**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Darrell K. Ortiz**                                                                          ,        Case No. _____
                                                  Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **SBC** <br> **Bill Payment Center** <br> **Chicago, IL 60663-0001** | X | - | | | | | Unknown |
| Account No. <br><br> **SBC** <br> **P.O. Box 5082** <br> **Saginaw, MI 48605-5082** | X | - | | | | | Unknown |
| Account No. <br><br> **Schindler Elevator Corp.** <br> **P.O. Box 93050** <br> **Chicago, IL 60673-3050** | X | - | | | | | Unknown |
| Account No. <br><br> **Secretary of State** <br> **Jesse White Dept. Bus. Services** <br> **501 S. 2nd St.** <br> **Springfield, IL 62756-5510** | X | - | | | | | Unknown |
| Account No. <br><br> **Self-Tech Communications** <br> **3807 W. 46th St.** <br> **Chicago, IL 60632** | X | - | | | | | Unknown |

Sheet no. __102_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz** _____,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Sellers Engineering Co. P.O. Box 48 Danville, KY 40423-0048** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Selling Dynamics, LLC 715 W. Algonquin Rd. Arlington Heights, IL 60005** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Sen Tech Corporation 5745 Progress Rd. Indianapolis, IN 46241** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Service Systems Mechanical Contractors, Inc. 7206 Stonweir Point Mchenry, IL 60050** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Severn Trent Pipeline Services, Inc. P.O. Box 7777-W4120 Philadelphia, PA 19175-4120** | X | - | | | | | | **Unknown** |

Sheet no. __**103**__ of __**125**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Darrell K. Ortiz** _____, Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **0059 0109**<br><br>**SG Supply<br>12900 Throop<br>Riverdale, IL 60827** | - | | **Dec. 2005** | | | | | **148,348.10** |
| Account No.<br><br>**Sharlen Electric Co.<br>P.O. Box 17597<br>Chicago, IL 60617** | X - | | | | | | | **Unknown** |
| Account No.<br><br>**Sheet Metal Werks<br>455 E. Algonquin Rd.<br>Arlington Heights, IL 60005** | X - | | | | | | | **Unknown** |
| Account No.<br><br>**Shefsky & Froelich<br>111 E. Wacker Dr., Ste. 2800<br>Chicago, IL 60601** | X - | | **approximately** | | | | | **8,000.00** |
| Account No.<br><br>**Si-Tech<br>12057 S. Page<br>Riverdale, IL 60827** | X - | | | | | | | **Unknown** |

Sheet no. __**104**__ of __**125**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **156,348.10**

Official Form 6F (10/06) - Cont.

In re   **Darrell K. Ortiz**_____,   Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Siemens Building Technology, Inc.** <br> **Building Automation** <br> **7850 Collections Center Drive** <br> **Chicago, IL 60693** | X | - | | | | | Unknown |
| Account No. <br><br> **Signs of Success** <br> **Presidents Plaza** <br> **8600 N. Bryn Mawr Ave. St. 800** <br> **Chicago, IL 60631** | X | - | | | | | Unknown |
| Account No. <br><br> **Snook Equipment Rental** <br> **1200 N. Divisioin** <br> **Morris, IL 60450** | X | - | | | | | Unknown |
| Account No. <br><br> **South Side Control Supply** <br> **488 N. Milwaukee Ave.** <br> **Chicago, IL 60610** | X | - | | | | | Unknown |
| Account No. <br><br> **Southside Controls** <br> **488 W. Milwaukee** <br> **Chicago, IL 60602** | | - | | | | | 15,563.00 |

Sheet no. **105** of **125** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 15,563.00 |
|---|---|---|

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Southwest Town** **10450 W. 163rd Place** **Orland Park, IL 60467-5445** | X | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Spencer Turbine Company** **P.O. Box 530678** **Atlanta, GA 30353-0678** | X | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Springer Bule Print** **Service Inc.** **10640 S. Western Ave.** **Chicago, IL 60643** | X | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Squire Cogswell** **1111 Lakeside Dr.** **Gurnee, IL 60031-4099** | X | - | | | | | **Unknown** |
| Account No. | | | Line of Credit | | | | |
| **Standard Bank & Trust** **2400 W. 95th St.** **Evergreen Park, IL 60642** | X | - | | | | | **Unknown** |

Sheet no. __**106**_ of _**125**_ sheets attached to Schedule of          Subtotal          | **0.00**
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**
_____,    Case No. _____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Payroll Taxes | | | | |
| **Standard Bank & Trust 9700 W. 131st St. Palos Park, IL 60464** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Standard Bank & Trust Co. 2400 W. 95th St. Evergreen Park, IL 60805** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Standard Cartage Co., Inc. 2400 S. 27th Ave. Broadview, IL 60155** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Staples Dept. 51 - 7819499236 P.O. Box 9020 Des Moines, IA 50368-9020** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Steam Sales Corporation 55A Stonehill Rd. Oswego, IL 60543** | X | - | | | | | | **Unknown** |

Sheet no. __**107**__ of __**125**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re   **Darrell K. Ortiz**                                                    ,      Case No. _____
                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Steiner Electric Company** <br> **2665 Paysphere Circle** <br> **Chicago, IL 60674-2665** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Stevenson Crane Service** <br> **410 Stevenson Dr.** <br> **Bolingbrook, IL 60440** | X | - | | | | | **Unknown** |
| Account No. <br><br> **STG Commercial Credit** <br> **P.O. Box 419327** <br> **Kansas City, MO 64141** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Stock Yards Hardware** <br> **& Supply Co, Inc.** <br> **4187 S. Halsted St.** <br> **Chicago, IL 60609** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Sugar, Friedberg & Felsenthal** <br> **30 N. LaSalle St., Ste. 3000** <br> **Chicago, IL 60602** | X | - | | | | | **Unknown** |

Sheet no. __**108**__ of __**125**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                                    ,    Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Sun Air Conditioning, Inc.** **Dept. 1009** **P.O. Box 121009** **Dallas, TX 75312-1009** | X | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **SunBelt Rentals** **P.O. Box 409211** **Atlanta, GA 30384-9211** | X | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Sunscource** **P. O. Box 73063** **Chicago, IL 60673-7063** | X | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **SunSource Technologies** **NW 7806** **P.O. Box 1450** **Minneapolis, MN 55485-7809** | X | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Super Electric Construction Co.** **Dept. 77-7361** **Chicago, IL 60678-7361** | X | - | | | | | **Unknown** |

Sheet no. __**109**__ of __**125**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

Official Form 6F (10/06) - Cont.

In re  **Darrell K. Ortiz**                                              ,  Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Super Radiator Coils** <br> **c/0o Maddock Industries, Inc.** <br> **2720 W. Chicago Ave.** <br> **Chicago, IL 60634** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Super Radiator Coils** <br> **104 Peavy Rd.** <br> **Chaska, MN 55318** | X | - | | | | | **Unknown** |
| Account No. <br><br> **Superamerica Group** <br> **P.O. Box 740587** <br> **Cincinnati, OH 45274-0587** | X | - | | | | | **Unknown** |
| Account No. <br><br> **T.B.I. Inc.** <br> **626 Thomas Drive** <br> **Bensenville, IL 60106** | X | - | | | | | **Unknown** |
| Account No. <br><br> **T.J. Harrington** <br> **19024 Harding Ave.** <br> **Flossmoor, IL 60422** | X | - | | | | | **Unknown** |

Sheet no. __**110**__ of __**125**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                                                    , Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| T/R Construction Services, J.V. 200 S. Michigan Ave. #200 Chicago, IL 60604 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Technical Systems Dept. 73 Tulsa, OK 74182 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Telephonics, Inc. P.O. Box 817 Huntley, IL 60142 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Temperature Equipment Corp. 1778 Paysphere Circle Chicago, IL 60674 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| The Drawing Board P.O. Box 6213 Carol Stream, IL 60197-6213 | X | - | | | | | | Unknown |

Sheet no. __111__ of __125__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Darrell K. Ortiz**                                            ,        Case No. _____
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| The Glenrock Co. 135 S. LaSalle St. Dept. 4206 Chicago, IL 60674-4206 | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| The Home Depot Dept. 32-2003688649 Credit Services-PO.O Box 6029 The Lakes, NV 88901-6029 | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| The Lombard Co. 4245 W. 123rd St. Alsip, IL 60803 | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| The Mobile Storage Group P.O. Box 12058 La Crescenta, CA 91224 | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| The Pate Company 245 Eisenhower Lane South Lombard, IL 60148 | X | - | | | | | | **Unknown** |

Sheet no. __**112**__ of __**125**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Darrell K. Ortiz**                                                      ,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| The Trane Company P.O. Box 98167 Chicago, IL 60693 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| The Welding Center, Inc. 7400 S. Central Ave. Chicago, IL 60638 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| The Whalen Co. P.O. Box 1390 Easton, MD 21601 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Thermflo, Inc. 251 Holbrook Dr. Wheeling, IL 60090 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Thermosystems, Inc. 1153 N. Main St. Lombard, IL 60148 | X | - | | | | | | Unknown |

Sheet no. __113__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.00

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Darrell K. Ortiz**                                                                                      ,     Case No. _____
                                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | - | | | | | |
| **Thilman and Fillippini, Inc.** **2425 Payshere Circle** **Chicago, IL 60674** | | | | | | | | **Unknown** |
| Account No. | | | - | | | | | |
| **Thomas Pump Co., Inc.** **2301 E. Liberty Street** **Aurora, IL 60504** | X | | | | | | | **Unknown** |
| Account No. | | | - | | | | | |
| **Thorne Associates, Inc.** **1450 W. Randolph** **Chicago, IL 60607** | X | | | | | | | **Unknown** |
| Account No. | | | - | | | | | |
| **Thybar Corporation** **37913 Eagleway** **Chicago, IL 60678-1379** | X | | | | | | | **Unknown** |
| Account No. | | | - | | | | | |
| **Timberline Forms** **P.O. Box 681** **Tarrytown, NY 10591** | | | | | | | | **Unknown** |

Sheet no. __114__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Timberline Softwear Corp.** **P. O. Box 728** **Beaverton, OR 97075-0728** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Tire Kingdom** **P.O. Box 116992** **Atlanta, GA 30368** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Tithe Corp.** **1809 Bayard St.** **Baltimore, MD 21230** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Tony Borik** **1206 Towpath Lane** **Wilmington, IL 60481** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Tramco Pump Company** **1500 W. Adams St.** **Chicago, IL 60607** | X | - | | | | | | **Unknown** |

Sheet no. __115__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Trane Chicago-Aurora Service P.O. Box 98167 Chicago, IL 60693 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Triumph Bearing P.O. Box 2067 Joliet, IL 60434 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| TRS Automatic Transmission Rep 13811 Southwest Highway Orland Park, IL 60462 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| True Comfort Services, Inc. 1056 S. Lewis Ave. Lombard, IL 60148 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Tyco Thermal Controls 2505 W. 147th St. Posen, IL 60469 | X | - | | | | | | Unknown |

Sheet no. __116__ of __125__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Darrell K. Ortiz** _____,   Case No. _____
                            Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Tyco Valves & Controls, LP Dept. 0789 P.O. Box 120001 Dallas, TX 75312-0789** | X | - | | | | | Unknown |
| Account No. **U.S. Data Products, Inc. 17981 Sky Park Circle Building 39, Ste. B Irvine, CA 92614** | X | - | | | | | Unknown |
| Account No. **U.S. Dismantlement, LLC 2600 South Throop St. Chicago, IL 60608** | X | - | | | | | Unknown |
| Account No. **U.S. Treasury Internal Revenue Service Kansas City, MO 64999** | X | - | | | | | Unknown |
| Account No. **U.S.M.M., Inc. 7400 Channel Rd. Skokie, IL 60076-6005** | X | - | | | | | Unknown |

Sheet no. __117__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Darrell K. Ortiz**                                                    ,     Case No. _____
                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Unistrut Corporation** **Dept. CH 10552** **Palatine, IL 60055-0552** | X | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **United Parcel Services** **Lock Box 577** **Carol Stream, IL 60132** | X | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **United Rebuilders, Inc.** **450 E. Sandfrd Blvd.** **Mount Vernon, NY 10550-7046** | X | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **United Refridgeration, Inc.** **P.O. Box 951333** **Dallas, TX 75395** | X | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **United Rentals** **P.O. Box 503330** **Saint Louis, MO 63150-3330** | X | - | | | | | **Unknown** |

Sheet no. __**118**__ of __**125**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Darrell K. Ortiz**                                              ,     Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Universal Asbestos Removal, Inc.** <br>**20W201 101st, Ste. D** <br>**Lemont, IL 60439** | X | - | | | | | **Unknown** |
| Account No. <br><br>**Universal Power & Control** <br>**146 Easy Stree** <br>**Carol Stream, IL 60188** | X | - | | | | | **Unknown** |
| Account No. <br><br>**US Filter** <br>**P.O. Box 360766** <br>**Pittsburgh, PA 15250-6766** | X | - | | | | | **Unknown** |
| Account No. <br><br>**US Gas** <br>**P.O. Box 592** <br>**Willow Springs, IL 60480** | X | - | | | | | **Unknown** |
| Account No. <br><br>**US Gas** <br>**P.O. Box 592** <br>**Willow Springs, IL 60480** | X | - | | | | | **Unknown** |

Sheet no. __119_ of _125_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                                          , Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**USA Coil & Air**<br>**P.O. Box 578**<br>**Devault, PA 19432** | X | - | | | | | Unknown |
| Account No.<br><br>**USF Holland, Inc.**<br>**P.O. Box 9021**<br>**Holland, MI 49422-9021** | X | - | | | | | Unknown |
| Account No.<br><br>**V.J. Mattson Company**<br>**9200 W. 191st St.**<br>**Mokena, IL 60448** | X | - | | | | | Unknown |
| Account No.<br><br>**Vent Products Co., Inc.**<br>**1901 S. Kilbourn Ave.**<br>**Chicago, IL 60623** | X | - | | | | | Unknown |
| Account No.<br><br>**Vent-A Klin**<br>**51 Botsford Place**<br>**Buffalo, NY 14216** | X | - | | | | | Unknown |

Sheet no. __120__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re  **Darrell K. Ortiz**                                                        ,    Case No. _____

                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Victaulic Tool Co. P.O. Box 31 Easton, PA 18044-0031 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| W.L. Engler 1035 N. Throop St. Chicago, IL 60622-4097 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| W.W. Grainger, Inc. Dept. 136-836370411 Palatine, IL 60038-0001 | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Wallproz, Inc. 781 S. Midlothian Rd., #385 Mundelein, IL 60060 | | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| Warehouse Direct Office Products 1601 W. Algonquin Rd. Mount Prospect, IL 60056 | X | - | | | | | | Unknown |

Sheet no. __121__ of __125__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re   **Darrell K. Ortiz**                                                        , Case No. _____
_____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Water Energizers, Inc.** **3008 Middle Rd., Ste. A** **Jeffersonville, IN 47130** | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Webco** **711 N. Prince Lane** **Springfield, MO 65802** | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Wellbuilt Equipment** **617 S. Maple** **Grant Park, IL 60940** | X | - | | | | | | Unknown |
| Account No. | | | | | | | | |
| **Wells Fargo Home Mortgage** **P.O. Box 10335** **Des Moines, IA 50306** | X | - | | | | | | 290,000.00 |
| Account No. | | | | | | | | |
| **Wesco** **P.O. Box 96404** **Chicago, IL 60693-6404** | X | - | | | | | | Unknown |

Sheet no. __122__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                290,000.00

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Darrell K. Ortiz**                                    ,   Case No. _____
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Westbend Mutual Insurance**<br>**Commercial Insurance Dept.**<br>**1900 S. 18th Ave.**<br>**West Bend, WI 53095** | X | - | | | | | **Unknown** |
| Account No.<br><br>**Westside Rub-R-Wall, Inc.**<br>**P.O. Box 4159**<br>**Lisle, IL 60532** | X | - | | | | | **Unknown** |
| Account No.<br><br>**Will County Clerk**<br>**Will County Office Building**<br>**302 N. Chicago St.**<br>**Joliet, IL 60432** | X | - | | | | | **Unknown** |
| Account No.<br><br>**Will County Treasurer**<br>**302 N. Chicago**<br>**Joliet, IL 60432** | X | - | | | | | **Unknown** |
| Account No.<br><br>**Williamson & Co.**<br>**3334 Main St.**<br>**Skokie, IL 60076** | | - | | | | | **Unknown** |

Sheet no. __123__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Official Form 6F (10/06) - Cont.

In re __Darrell K. Ortiz_____,     Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Willrent, Inc.**<br>**3228 S. Wood St.**<br>**Chicago, IL 60608** | X | - | | | | | Unknown |
| Account No.<br><br>**Winternitz, Inc.**<br>**235 Anthony Trail**<br>**Northbrook, IL 60062-2000** | X | - | | | | | Unknown |
| Account No.<br><br>**Wisco**<br>**2200 N. Western Ave.**<br>**Chicago, IL 60647** | X | - | | | | | Unknown |
| Account No.<br><br>**WM. J. Matthews, Inc.**<br>**215 N. Laflin St.**<br>**Chicago, IL 60607-1407** | X | - | | | | | Unknown |
| Account No.<br><br>**Wrisco Industries, Inc.**<br>**6075 W. 115th St.**<br>**Alsip, IL 60803** | X | - | | | | | Unknown |

Sheet no. __124__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Darrell K. Ortiz**                                              ,        Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**York International Corp.**<br>**Unitary Products Group**<br>**P.O. Box 601390**<br>**Charlotte, NC 28260** | X | - | | | | | | **Unknown** |
| Account No.<br><br>**Zonatherm Products, Inc.**<br>**251 Holbrook Drive**<br>**Wheeling, IL 60090-5826** | X | - | | | | | | **Unknown** |
| Account No.<br><br>**Zurich North America**<br>**NW 5131-05-P.O. Box 1450**<br>**Minneapolis, MN 55485-1450** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __125__ of __125__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **0.00** |
| Total (Report on Summary of Schedules) | | **631,088.76** |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6G
(10/05)

In re  **Darrell K. Ortiz**                                    ,   Case No. _____

                           Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

  **0**   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6H
(10/05)

In re   **Darrell K. Ortiz**                                                                    ,   Case No. _____

                                                    **Debtor**

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Christine Ortiz**<br>**15425 S. Cherrywood C.t**<br>**Orland Park, IL 60462** | **Wells Fargo Home Mortgage**<br>**P.O. Box 10335**<br>**Des Moines, IA 50306** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Ct.**<br>**Orland Park, IL 60462** | **All Electric Motor Repair & Service**<br>**6726 S. Ashland Ave.**<br>**Chicago, IL 60636** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **All Power Took, Inc.**<br>**921 Estes Ct.**<br>**Schaumburg, IL 60193** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **All Seasons Uniforms Inc.**<br>**1319 Howard St.**<br>**Elk Grove Village, IL 60007** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **G.W. Berkheimer Co., Inc.**<br>**P.O. Box 1247**<br>**Portage, IN 46368-9047** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Berner International Corp.**<br>**Lockbox 360415 M**<br>**Pittsburgh, PA 15251** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **B.E.S.T.**<br>**233 Eisenhower Lane So.**<br>**Lombard, IL 60148-5407** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Binzel Industries, Inc.**<br>**3320 Tollway Drive**<br>**Rolling Meadows, IL 60008** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Bluegrass Promotional**<br>**Marketing, LLC, Non Alliance**<br>**P.O. Box 890194**<br>**Charlotte, NC 28289-0194** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Tony Borik**<br>**1206 Towpath Lane**<br>**Wilmington, IL 60481** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Bornquist, Inc.**<br>**4539 Paysphere Circle**<br>**Chicago, IL 60674-4539** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Bowman and Assoc., Inc.**<br>**3802 34th St.**<br>**Moline, IL 61265** |

  **48**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

In re   **Darrell K. Ortiz**                                                           ,   Case No. _____
                                                           Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Bruker Co.**<br>**1200 Greenleaf Ave.**<br>**Elk Grove Village, IL 60007-5534** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Bullock Logan & Assoc.**<br>**169 Crossen Ave.**<br>**Elk Grove Village, IL 60007** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Law Office of Burton A. Brown**<br>**205 W. Wacker Dr., Ste. 922**<br>**Chicago, IL 60606** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Bushnell, Inc.**<br>**2110 Oxford Rd.**<br>**Des Plaines, IL 60018-1920** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **CADD/CAMM Tools, Inc.**<br>**3350 Salt Creek Lane**<br>**Ste. 114**<br>**Arlington Heights, IL 60005** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Cambridge Electric, Inc.**<br>**P.O. Box 727**<br>**Elburn, IL 60119** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Captive Aire Systems, Inc.**<br>**P.O. Box 60270**<br>**Charlotte, NC 28260** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Carrier Corporation**<br>**P.O. Box 93844**<br>**Chicago, IL 60673-3844** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Castle Construction**<br>**3062 W. 167th St.**<br>**Harvey, IL 60426** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Chicago Dept. of Revenue**<br>**City of Chicago, Gen. Cont. LIC.**<br>**P.O. Box 388249**<br>**Chicago, IL 60638-8249** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Central Contractors, Inc.**<br>**4655 W. 137th St.**<br>**Bridgeview, IL 60455** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Centimark**<br>**845 Hawthorne Lane**<br>**West Chicago, IL 60185** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Central Steel & Wire Co.**<br>**P.O. Box 5100**<br>**Chicago, IL 60680** |

Sheet ___1___ of ___48___ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                           Best Case Bankruptcy

In re    **Darrell K. Ortiz**
_____,    Case No. _____
                          Debtor

## SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Controlled Environment**<br>**Testing & Balancing**<br>**1350 Remington Rd., Ste. U**<br>**Schaumburg, IL 60173** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **CFI Computer Forms**<br>**P.O. Box 23456**<br>**Portland, OR 97281-3456** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Charcoal Supply**<br>**1186 N. Cherry Ave.**<br>**Chicago, IL 60622** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Chase Automotive Finance**<br>**P.O. Box 15700**<br>**Wilmington, DE 19886-5700** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **City of Chicago-Dept. of Rev.**<br>**City of Chicago**<br>**P.O. Box 88298**<br>**Chicago, IL 60680-1298** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Chicago Pipe & Boiler**<br>**Covering Co.**<br>**1570 Barclay Blvd.**<br>**Buffalo Grove, IL 60089** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Citibank AAdvantage Business Card**<br>**P.O. Box 6309**<br>**The Lakes, NV 88901-6309** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **CIMCO Refridgeration**<br>**65 Villiers St.**<br>**Toronto, Ontario**<br>**Canada M5A3S1** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **C.I.M.M., INC.**<br>**7400 Channel Rd.**<br>**Skokie, IL 60076** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Cipher Electric Ld.**<br>**110 W. 2nd St.**<br>**Aurora, IL 60506** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Citi Gold Advantage Card**<br>**Citi Cards**<br>**P.O. Box 6412**<br>**The Lakes, NV 88901-6412** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Citizens Automobile Finance**<br>**One Citizens Dr.**<br>**Riverside, RI 02915-3000** |

Sheet __2__ of __48__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Darrell K. Ortiz**                                                                    ,    Case No. _____
                                                                Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **City of Oak Forest**<br>**15440 S. Central Ave.**<br>**Oak Forest, IL 60452** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Clark Gasket**<br>**500 W. 31st St.**<br>**Chicago, IL 60616** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Cleats Manufacturing Co., Inc.**<br>**1855 S. Kilbourn Ave.**<br>**Chicago, IL 60623** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **CNA Insurance**<br>**CCC Third Party Deductibles**<br>**23400 Network Place**<br>**Chicago, IL 60673-1234** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **CNA Surety**<br>**8137 Innovation Way**<br>**Chicago, IL 60682-0081** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Cochrane Compressor Co.**<br>**P.O. Box 1458**<br>**Olympia Fields, IL 60461-1458** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Coil Company**<br>**P.O. Box 956**<br>**Paoli, PA 19301** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Collision Revision-Joliet West**<br>**901 S. Larkin Ave.**<br>**Joliet, IL 60436** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Columbia Pipe & Supply Co.**<br>**1209 Paysphere Circle**<br>**Chicago, IL 60674** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **ComEd**<br>**Bill Payment Center**<br>**Chicago, IL 60668** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Computer Maintenance Service, Inc.**<br>**19231 Henry Dr.**<br>**Mokena, IL 60448** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Composite Steele Products, Inc.**<br>**1220 W. Main St.**<br>**Melrose Park, IL 60160** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Compressed Air Co.**<br>**2401 Gardner Rd.**<br>**Broadview, IL 60155** |

Sheet __3__ of __48__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

In re      **Darrell K. Ortiz**                                                    ,      Case No. _____
                                                 Debtor

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Concepts and Designs, MS**<br>**P.O. Box 1013**<br>**Wixom, MI 48393-1013** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Concord Excavating, LLC**<br>**12157 Oxford Court**<br>**Lemont, IL 60439** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Contractor Express, Inc.**<br>**7474 S. Madison St.**<br>**Willowbrook, IL 60527** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **FMSI**<br>**1001 Warrenville Rd.**<br>**Lisle, IL 60532** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Conserv, Inc.**<br>**9190 Corporation Dr., Ste. 104**<br>**Indianapolis, IN 46256** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Consolidated Freightways**<br>**P.O. Box 73615**<br>**Chicago, IL 60673-7615** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Constant Communications**<br>**4139 W. 123rd St.**<br>**Alsip, IL 60658** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Continental Electrical**<br>**5900 Howard St.**<br>**Skokie, IL 60077** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Contractors Industrial Supply Co.**<br>**3080-84 N. Lake Terrace**<br>**Glenview, IL 60025** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Contractors Credit**<br>**1001 Warrenville Rd.**<br>**Lisle, IL 60532** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Control'd Engineering**<br>**P.O. Box 2474**<br>**Glen Ellyn, IL 60138-2474** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Control Engineering Corp.**<br>**2000 York Rd.**<br>**Suite 102**<br>**Oak Brook, IL 60523** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Control Solutions**<br>**811 Ogden Ave.**<br>**Lisle, IL 60532** |

Sheet __**4**__ of __**48**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

In re    **Darrell K. Ortiz**                                                                   ,    Case No. _____

                                                        Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Convergint Technologies, LLC**<br>**35257 Eagle Way**<br>**Chicago, IL 60678-1352** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Con-Way Central Express**<br>**10080 S. Harlem Ave.**<br>**Bridgeview, IL 60455** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Cornerstone Solutions**<br>**4731 Willow Springs Rd.**<br>**La Grange, IL 60525-6130** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **CRG Auto Repair**<br>**8035 W. 189th St.**<br>**Mokena, IL 60448** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Critical Data Solutions**<br>**1432 Druid Hills Ct.**<br>**Naperville, IL 60563** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Construction Resource**<br>**Technology, Inc.**<br>**1515 Indian River Blvd., Bld.A-2**<br>**Vero Beach, FL 32960** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Chicago Suburban Express, Inc.**<br>**P.O. Box 388568**<br>**Chicago, IL 60638** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **City of Chicago**<br>**General Contractors License**<br>**P.O. Box 388249**<br>**Chicago, IL 60638-8249** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Culligan**<br>**9400 W. Enterprise Dr.**<br>**Mokena, IL 60448-8321** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Current Labels**<br>**P.O. Box 310**<br>**Athens, PA 18810-0301** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Custom Electric Systems**<br>**714 Foster Ave.**<br>**Bensenville, IL 60106** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Custom Sheetmetal & Supply**<br>**7053 Barry Street**<br>**Des Plaines, IL 60018** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Custom Connection, Inc.**<br>**55 W. Irving Park, Rd.**<br>**Roselle, IL 60172** |

Sheet __5__ of __48__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

In re    **Darrell K. Ortiz**                                            ,    Case No. _____
                                    Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Custom Design Tile**<br>**P.O. Box 128**<br>**Crete, IL 60417** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Custom Tire, Inc.**<br>**4201 W. Midlothian Turnpike**<br>**Midlothian, IL 60445** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Cyrus Shank Company**<br>**4645 W. Roosevelt Rd.**<br>**Cicero, IL 60804** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **DC Transport, Inc.**<br>**1300 E. Devon Ave.**<br>**Elk Grove Village, IL 60007** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Deerbart Financial Services, Inc.**<br>**2590 E. Devon Ave., Ste. 207**<br>**Des Plaines, IL 60018-4937** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Delta Control Products**<br>**2031 W. Rose Garden Lane**<br>**Phoenix, AZ 85027** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Deltha-Therm Corp.**<br>**398 W. Liberty St.**<br>**Wauconda, IL 60084** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Des Champs Labs. 'ECore'Hts**<br>**P.O. Box 798-211**<br>**Saint Louis, MO 63179-8000** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Diamond Threaded Products**<br>**5125 W. 123rd St.**<br>**Alsip, IL 60803** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Designtek Assoc., Inc.**<br>**301 White Street**<br>**Suite E&F**<br>**Frankfort, IL 60413** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Digital Blue, Inc.**<br>**8200 W. 185th Street, Ste. L**<br>**Tinley Park, IL 60477** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Amico Corporation**<br>**85 Fulton Way**<br>**Richmond Hill**<br>**ON L4B 2n4** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Diversified Machinery, Inc.**<br>**11497 Lakewood St.**<br>**Crown Point, IN 46307** |

Sheet __6__ of __48__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Darrell K. Ortiz**                                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Don Falls**<br>**12753 LaCrosse Ave.**<br>**Alsip, IL 60658** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Dorian Electric Co.**<br>**3502 W. 95th St.**<br>**Evergreen Park, IL 60805** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **DP Systems, LLC**<br>**1041 Republic Dr.**<br>**Addison, IL 60101-0828** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **The Drawing Board**<br>**P.O. Box 6213**<br>**Carol Stream, IL 60197-6213** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Dreisilker Electric Motor**<br>**36249 Treasury Center**<br>**Chicago, IL 60694-6200** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Dreyer Medical Clinic**<br>**P.O. Box 2091**<br>**Aurora, IL 60507** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Drywall Design, Inc.**<br>**262 Sherry Lane**<br>**Chicago Heights, IL 60411** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Dualtemp Companies**<br>**4301 S. Packers Ave.**<br>**Chicago, IL 60609** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **DunBar Insulation Co.**<br>**445 Madison**<br>**Calumet City, IL 60409** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Dynamic Electric, Inc.**<br>**12800 S. Cicero**<br>**Alsip, IL 60803** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Dynamic Fastner**<br>**P.O. Drawer 16837**<br>**Kansas City, MO 64133-0937** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Eagle Truck Rebuilders**<br>**3030 W. 139th St.**<br>**Blue Island, IL 60406** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Earthwise Environmental Inc.**<br>**21 W. 415 N. Ave., Ste. 200**<br>**Lombard, IL 60148-1107** |

Sheet    **7**    of    **48**    continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Darrell K. Ortiz**                                              ,    Case No. _____
                                              Debtor

## SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Eclipse Combustion, Inc.**<br>**P.O. Box 71424**<br>**Chicago, IL 60694** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **ECS Electrical Contractors, Inc.**<br>**3845 W. 166th Place**<br>**Markham, IL 60428** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **E/C Vibrations & Balancing Services**<br>**726 Lunt**<br>**Schaumburg, IL 60193** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Edstrom Industries, Inc.**<br>**819 Bakke Ave.**<br>**Waterford, WI 53185-4299** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **EFR Fire Equipment**<br>**P.O. Box 635**<br>**Mokena, IL 60448** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **E.F. Wood/C.A.S.H.**<br>**2300 Hammond Drive**<br>**Schaumburg, IL 60173** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Eighner's Flowers**<br>**17928 Dixie Highway**<br>**Homewood, IL 60430** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Electric Medic**<br>**30W260 Butterfield Rd., Ste. 281**<br>**Warrenville, IL 60555** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Elfco**<br>**7613 W. 100th Place**<br>**Bridgeview, IL 60455** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Elgin Roofing Company**<br>**366 Bluff City Blvd.**<br>**Elgin, IL 60120-8324** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Elite Roofing & Construction, Inc.**<br>**15016 S. Hamlin**<br>**Midlothian, IL 60445** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Empire Home Services, LLC**<br>**7045 N. Ridgeway Ave.**<br>**Lincolnwood, IL 60712** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Energy Improvement Products, Inc.**<br>**2200 W. Higgins Rd., Ste. 355**<br>**Schaumburg, IL 60195** |

Sheet __**8**__ of __**48**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Darrell K. Ortiz**                                                        ,   Case No. _____
                                    Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Englewood Electrical Supply**<br>**P.O. Box 91426**<br>**Chicago, IL 60693** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Equipment Storage Corp.**<br>**7450 S. Ashland**<br>**Chicago, IL 60636** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Erie Vehicle Body**<br>**60 E. 51st St.**<br>**Chicago, IL 60615** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **ESP Assoc., Ltd.**<br>**999 Remington Blvd., Ste. E**<br>**Bolingbrook, IL 60440** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Evapco c/o Bullock Logan & Assoc.**<br>**169 Crossen Ave.**<br>**Elk Grove Village, IL 60007** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Evapco, Inc.**<br>**P.O. Box 630272**<br>**Baltimore, MD 21263** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Evergreen Oak Electric**<br>**P.O. Box 549**<br>**Midlothian, IL 60445-0549** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **EZ Electrical**<br>**7243 S. Jeffrey Blvd.**<br>**Chicago, IL 60649** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Fluid Air Products**<br>**7535 Plaza Ct.**<br>**Hinsdale, IL 60521** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Falson Supply Co., Inc.**<br>**P.O. Box 158**<br>**Franklin Park, IL 60131** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **All Steel Ind. Metal FAB, Inc.**<br>**53-3 W/ 123rd {;ace**<br>**Alsip, IL 60803** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Allied Building Products**<br>**2512 S. Clearbrook**<br>**Arlington Heights, IL 60005** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Amber Mechanical Contractors**<br>**11950 Central Ave.**<br>**Alsip, IL 60803-3402** |

Sheet   **9**   of   **48**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re    **Darrell K. Ortiz**                                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **American Chamber of Commerce P**<br>**5515 N. Cumberland Ave., Ste. 815**<br>**Chicago, IL 60656** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **American Engineers, Inc.**<br>**3 W. College Dr.**<br>**Arlington Heights, IL 60004** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **American Express** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **American Express**<br>**P.O. Box 297879**<br>**Fort Lauderdale, FL 33329-7879** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **American Hoist And Manlift, Inc.**<br>**10300 S. Cicero Ave., Suite 325**<br>**Oak Lawn, IL 60453** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **American Igloo Builders, Inc.**<br>**504 North Ave.**<br>**Libertyville, IL 60048** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **American Society of Professional**<br>**Estimators** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Ameritemp Ltd.**<br>**9246 Trinity Drive**<br>**Lake In The Hills, IL 60156** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Amico Corporation**<br>**85 Fulton Way**<br>**Richmond Hill**<br>**ON L4B 2n4** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Analysts, Inc.**<br>**P.O. Box 2955**<br>**Torrance, CA 90509-2955** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Andee Boiler & Welding Co.**<br>**7649 S. State St.**<br>**Chicago, IL 60619-2316** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Apple Chevrolet**<br>**8585 W. 159th St.**<br>**Tinley Park, IL 60477** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Applied Controls and Contractors**<br>**539-541 W. Taft Drive**<br>**South Holland, IL 60473-2030** |

Sheet __**10**__ of __**48**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

In re   **Darrell K. Ortiz**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Applied Mechanical Sales, Inc.**<br>**770 N. Church Rd., Ste. J**<br>**Elmhurst, IL 60126** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **ARCO Mechanical Equipment**<br>**Sales Co.**<br>**1000 Industrial Dr., Unit B 1C**<br>**Bensenville, IL 60106-1258** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Arthur R. Baker, Inc.**<br>**140 W. 168th St.**<br>**South Holland, IL 60473** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **ASC Pumping Equipment**<br>**P.O. Box 68-5043**<br>**Milwaukee, WI 53268-5043** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Ashland Propane**<br>**61525 Vincennes**<br>**P.O. Box 1108**<br>**South Holland, IL 60473-7108** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Associated Opthamologists SC**<br>**219 N. Hammes Ave.**<br>**Joliet, IL 60435-8114** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **AT&T Broadband**<br>**P.O. Box 277019**<br>**Atlanta, GA 30384-7019** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **AT&T Office Long Distance**<br>**P.O. Box 9001309**<br>**Louisville, KY 40290-1309** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **ATC**<br>**1300 Remington Rd., Ste. N**<br>**Schaumburg, IL 60173** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Atlas Companies**<br>**5050 N. River Rd.**<br>**Schiller Park, IL 60176** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Atlas Copco**<br>**Compressors, Inc.**<br>**P.O. Box 91730**<br>**Chicago, IL 60693** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Austin Electric, Inc.**<br>**231 S. Frontage Rd., Unit 14**<br>**Hinsdale, IL 60521** |

Sheet   **11**   of   **48**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Darrell K. Ortiz**                                          ,   Case No. _____

                                          Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Automated Control Technologies**<br>**8330 S. Madison St., Ste. 900**<br>**Hinsdale, IL 60521** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Automatic Building Controls**<br>**1580 N. Northwest Highway**<br>**Park Ridge, IL 60068** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **B&H Technical Services, Inc.**<br>**9100 Louisiana St.**<br>**Building A**<br>**Merrillville, IN 46410** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Baer Associates Engineers, Ltd**<br>**5225 West Tough Ave.**<br>**Skokie, IL 60077** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Banner Plumbing Supply**<br>**7255 Cottage Grove Ave.**<br>**Chicago, IL 60619** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Barker Metalcraft**<br>**1701 W. Belmont**<br>**Chicago, IL 60657** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Barlow Mechanical Sales**<br>**P.O. Box 801**<br>**Plainfield, IL 60544** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Barr Mechanical Sales**<br>**28140 Bradley Rd.**<br>**Libertyville, IL 60048** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Barry Amin & Associates**<br>**P.O. Box 681309**<br>**Schaumburg, IL 60168-1309** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **BBM**<br>**Engineering**<br>**38715 N. Drexel Boulevard**<br>**Antioch, IL 60002** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Beaconmedaes**<br>**P.O. Box 601452**<br>**Charlotte, NC 28260-1452** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Bearing Headquarters Co.**<br>**A. Headco Co.**<br>**P.O. Box 6267**<br>**Broadview, IL 60155** |

Sheet   **12**   of   **48**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re      **Darrell K. Ortiz**                                                    ,      Case No. _____
_____
Debtor

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **BECO Electric Co., Inc.**<br>**5627 W. 120th St.**<br>**Alsip, IL 60803** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Bennett & Brosseau**<br>**Roofing, Inc.**<br>**1316 Marquette Dr.**<br>**Romeoville, IL 60446** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Benshaw, Inc.**<br>**1659 E. Sutter Rd.**<br>**Glenshaw, PA 15116-1745** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Berry Machine & Fabricating**<br>**%Merchants Capital Corp.**<br>**135 S. LaSalle St., Dept. 1401**<br>**Chicago, IL 60674-1401** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Ferguson Enterprises, Inc.**<br>**#968**<br>**4558 Collections Center Dr.**<br>**Chicago, IL 60693** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **FES Systems, Inc.**<br>**3475 Board Rd.**<br>**York, PA 17402-6934** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Falls Mechanical Insulation**<br>**7703 W. 99th St.**<br>**Hickory Hills, IL 60457** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **FDC Corporation**<br>**P.O. Box 1047**<br>**Elk Grove Village, IL 60009-1047** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **SBC**<br>**Bill Payment Center**<br>**Chicago, IL 60663-0001** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **SBC**<br>**P.O. Box 5082**<br>**Saginaw, MI 48605-5082** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **FES Midwest, Inc.**<br>**167 Country Commons Rd.**<br>**Cary, IL 60013** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **F.H. Paschen**<br>**8725 W. Higgins Rd.**<br>**Chicago, IL 60630** |

Sheet __13__ of __48__ continuation sheets attached to the Schedule of Codebtors

In re    **Darrell K. Ortiz**                                          ,      Case No. _____
                                    Debtor

## SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Fifth Third Bank**<br>**P.O. Box 630337**<br>**Cincinnati, OH 45263-0001** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Filter Services Illinois**<br>**2555 United Lane**<br>**Elk Grove Village, IL 60007** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **First Insurance Funding Corp.**<br>**135 S. LaSalle St., Dept. 8075**<br>**Chicago, IL 60674-8075** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **First Midwest Bank**<br>**P.O. Box 9003**<br>**Gurnee, IL 60031** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Five Star Safety Equipment, Inc.**<br>**4N240 Cavalry Dr., Unit D**<br>**Bloomingdale, IL 60108-2301** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **FLC Instruments,Inc.**<br>**1019 Airpark Dr.**<br>**Sugar Grove, IL 60554-9585** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Fleet Fueling**<br>**P.O. Box 6293**<br>**Carol Stream, IL 60197-6293** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Fleming Hanson Sales**<br>**3010 Woodcreek Dr., Ste. E**<br>**Downers Grove, IL 60515** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Fleet Pro, Inc.**<br>**7911 W. 157th St.**<br>**Orland Park, IL 60462** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Flomech, Inc.**<br>**4253 Elm St.**<br>**Downers Grove, IL 60515** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Fred J. Albrecht**<br>**245 Chatuga Way**<br>**Loudon, TN 37774** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Flowserve US, Inc.**<br>**P.O. Box 91329**<br>**Chicago, IL 60693** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Fluid Sealing Consultants, Inc.**<br>**502 Doral Dr.**<br>**Schererville, IN 46375** |

Sheet __**14**__ of __**48**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Darrell K. Ortiz**                                              ,   Case No. _____
                                                    Debtor

## SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Ford Credit**<br>**P.O. Box 219825**<br>**Kansas City, MO 64121-9825** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Freeway Ford Truck Sales**<br>**8448 45th St.**<br>**Lyons, IL 60534** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Fresh Aire, Inc.**<br>**38 Waitkus Drive**<br>**Lemont, IL 60439** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Full Circle, Inc.**<br>**P.O. Box 911386**<br>**Dallas, TX 75391-1386** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **G&O Thermal Supply Co.**<br>**5435 Northwest Highway**<br>**Chicago, IL 60630-1191** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Gatwood Crane Service, Inc.**<br>**2345 E. Hamilton Rd.**<br>**Arlington Heights, IL 60005** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Gem Electric Supply, Inc.**<br>**3135 W. 95th St.**<br>**Evergreen Park, IL 60805** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Gems Sensors Inc.**<br>**P.O. Box 96860**<br>**Chicago, IL 60693** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Gladwin Machinery & Supply Co.**<br>**131 N. Lively Blvd.**<br>**Elk Grove Village, IL 60007** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Glass America**<br>**1440 Momentum Place**<br>**Chicago, IL 60689-5314** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **The Glenrock Co.**<br>**135 S. LaSalle St.**<br>**Dept. 4206**<br>**Chicago, IL 60674-4206** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Global Watr Technology**<br>**The OakBrook Terrace Atrium**<br>**17W220-22nd St., Ste. 240**<br>**OakBrook Terrace, IL 60181** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Global Energy Solutions, Inc.**<br>**531 East Roosevelt Rd.**<br>**Wheaton, IL 60187** |

Sheet __15__ of __48__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                  Best Case Bankruptcy

In re    **Darrell K. Ortiz**                                                    ,      Case No. _____
                                              Debtor

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Glow Electric**<br>**13437 Kolmar Lane**<br>**Midlothian, IL 60445** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Michael Goss Photography**<br>**2448 W. Chicago Ave.**<br>**Orland Park, IL 60462** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Gradebeam, LLC**<br>**343W. Erie St., Ste. 420**<br>**Chicago, IL 60610** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **W.W. Grainger, Inc.**<br>**Dept. 136-836370411**<br>**Palatine, IL 60038-0001** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Graphic Screen Printing**<br>**15640 S. 70th Ct.**<br>**Orland Park, IL 60462** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **GreatBank Algonquin**<br>**234 S. Randall Rd.**<br>**Algonquin, IL 60102** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Great Lakes Reit**<br>**1011 E. Touhy**<br>**Des Plaines, IL 60018** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Greenheck**<br>**Bin 145**<br>**Milwaukee, WI 53288-0145** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Great Lakes Metals Corp.**<br>**8920 S. Octavia Ave.**<br>**Bridgeview, IL 60455** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Allied Wast Services #721**<br>**P. O. Box 9001154**<br>**Louisville, KY 40290-1154** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Gus Berthold Electric Co.**<br>**1900 W. Carroll Ave.**<br>**Chicago, IL 60612** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Guzinski Builders, Inc.**<br>**5705 Midlothian Turnpike**<br>**Midlothian, IL 60445** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Hacia**<br>**901 W. Jackson Blvd.**<br>**Suite 205**<br>**Chicago, IL 60607** |

Sheet __**16**__ of __**48**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Darrell K. Ortiz**                                                                ,   Case No. _____
                                                    **Debtor**

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Halogen Supply Company**<br>**4653 W. Lawrence Ave.**<br>**Chicago, IL 60630** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Hansen Technologies Corp.**<br>**P.O. Box 945917**<br>**Atlanta, GA 30394-5917** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **H.A. Phillips & Co.**<br>**1775 Wallace Ave.**<br>**Saint Charles, IL 60174-3402** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Hard Rock Concrete Cutters, Inc.**<br>**984 Lee St.**<br>**Des Plaines, IL 60016-6646** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Harrison Publishing House**<br>**P.O. Box 320**<br>**995 Industrial Pk. Rd.**<br>**Littleton, NH 03561-0320** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Harrington Industrial Plastics**<br>**P.O. Box 5128**<br>**14480 Yorba Ave.**<br>**Chino, CA 91708-5128** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Harris and Associates**<br>**809 W. Joliet Highway**<br>**New Lenox, IL 60451** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Harris Bank**<br>**Barrington NA**<br>**P.O. Box 6201**<br>**Carol Stream, IL 60197-6201** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Hartzell Fan, Inc.**<br>**P.O. Box 919**<br>**Piqua, OH 45356** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Apex Supply Co., Inc.**<br>**d/b/a The Home Depot Supply**<br>**P.O. Box 101802**<br>**Atlanta, GA 30392-1802** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Outokumpu Heatcraft**<br>**USA LLC**<br>**P.O. Box 7247-6785**<br>**Philadelphia, PA 19170-6785** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Heisler Green Chemical**<br>**1116 W. 47th Place**<br>**Chicago, IL 60609** |

Sheet __**17**__ of __**48**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re    **Darrell K. Ortiz**
_____,    Case No. _____

                                    Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Helsel-Jefferson Elec., Inc.**<br>**P.O. Box 310**<br>**Chicago Heights, IL 60144-0310** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Hemingway, Inc.**<br>**15300 Greenwood Road**<br>**South Holland, IL 60473-1998** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Hennig Gasket & Seals, Inc.**<br>**2350 W. Cullerton St.**<br>**Chicago, IL 60608-2515** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Hertz Equipment Rental Corp.**<br>**P.O. Box 26390**<br>**Oklahoma City, OK 73126-0360** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Highpoint Construction**<br>**7860 Steger Rd.**<br>**Frankfort, IL 60423** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Hilco Distributing**<br>**1501 N. Kingsbury**<br>**Chicago, IL 60622** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Hill-Rom**<br>**1069 State Rd. 46 East**<br>**Batesville, IN 47006** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Hilti Inc.**<br>**P.O. Box 382002**<br>**Pittsburgh, PA 15250-8002** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Hiram Electrical Contractors, Inc.**<br>**1351 W. Foster Ave.**<br>**Chicago, IL 60640** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Hoh Chemicals, Inc.**<br>**500 S. Vermont St.**<br>**Palatine, IL 60078** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Holland Applied Technologies**<br>**7050 High Grove Blvd.**<br>**Willowbrook, IL 60527** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Holland Printing, Inc.**<br>**1007 E. 162nd St.**<br>**South Holland, IL 60473** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **The Home Depot**<br>**Dept. 32-2003688649**<br>**Credit Services-PO.O Box 6029**<br>**The Lakes, NV 88901-6029** |

Sheet __**18**__ of __**48**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re    **Darrell K. Ortiz**                                                              ,        Case No. _____

_____
Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Homer Tree Service, Inc.**<br>**P.O. Box 584**<br>**Lockport, IL 60441** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Hometite Insulation**<br>**9418 Corsair Rd., Unit A**<br>**Frankfort, IL 60423** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Houston Roof Curbs & Sheet Metal, I**<br>**4108 W. Division St.**<br>**Chicago, IL 60651** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Hudson Technologies Co.**<br>**P.O. Box 33132**<br>**Hartford, CT 06150-3132** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Huey Reporgraphics**<br>**19 S. Wabash Ave., 3rd Fl.**<br>**Chicago, IL 60603** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Humana, Inc.**<br>**Employers Health Insurance**<br>**P.O. Box 0599**<br>**Carol Stream, IL 60132-0599** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Hyre Electric Co.**<br>**2320 W. Ogden Ave.**<br>**Chicago, IL 60608** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Illinois Dept. Empl. Security**<br>**P.O. Box 803412**<br>**Chicago, IL 60680** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Illinois Dept. of Revenue**<br>**Retailers Occupation Tax**<br>**62797-0001** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Illinois Dept. of Revenue**<br>**P.O. Box 88294**<br>**Chicago, IL 60680-1294** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Illinois Dept. of Revenue**<br>**P.O. Box 19045**<br>**Springfield, IL 62794-9045** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Illco, Inc.**<br>**P.O. Box 1330**<br>**Aurora, IL 60507** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Illinois Dept. of Public Aid**<br>**State Disbursement Unit**<br>**P.O. Box 8000**<br>**Wheaton, IL 60189-8000** |

Sheet __**19**__ of __**48**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re    **Darrell K. Ortiz**                                                                ,    Case No. _____
                                                    Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Illini Hi Reach Inc.**<br>**13633 Main Street**<br>**Lemont, IL 60439-3776** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Illinois Pump Repairs, Inc.**<br>**301 Amendodge Drive**<br>**Joliet, IL 60431** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Illinois State Toll Hwy**<br>**Authority-Vilation Proc. Cntr.**<br>**135 S. LaSalle, Dept. 8021**<br>**Chicago, IL 60674-8021** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Illinois Mechanical Sales**<br>**2627 N. Western Ave.**<br>**Chicago, IL 60647-2086** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Louis Imbert Corporation**<br>**7030 N. Austin Ave.**<br>**Niles, IL 60714** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **IMC Instruments, Inc.**<br>**N60W14434 Kaul Ave.**<br>**Menomonee Falls, WI 53051** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Imperial Crane Services, Inc.**<br>**7500 W. Imperial Dr.**<br>**Bridgeview, IL 60455** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Industrial Consultants, LLC**<br>**P.O. Box 833**<br>**Owasso, OK 74055** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Independent Testing & Balancing**<br>**28365 Davis Parkway**<br>**Suite 202**<br>**Warrenville, IL 60555** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Industrial Commercial Design**<br>**8706 Timbers Pointe Dr.**<br>**Tinley Park, IL 60477** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Industrial Welder Rebuilders**<br>**11706 S. Mayfield**<br>**Alsip, IL 60803** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Integrated Technology Group**<br>**17475 Palmer Blvd.**<br>**Homewood, IL 60430** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **International Environmental**<br>**P.O. Box 270544**<br>**Oklahoma City, OK 73127** |

Sheet __**20**__ of __**48**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re    **Darrell K. Ortiz**                                          ,      Case No. _____
                                         Debtor

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **International Equipment, Inc.**<br>**619 South Maple**<br>**Grant Park, IL 60940** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **International Test & Balance**<br>**380 Northwest Highway**<br>**Des Plaines, IL 60016-2201** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Invevnsys**<br>**Dept. CH10099**<br>**Palatine, IL 60055-0099** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **AIM Investment Services, Inc.**<br>**P.O. Box 4739**<br>**Houston, TX 77210-4739** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **U.S. Treasury**<br>**Internal Revenue Service**<br>**Kansas City, MO 64999** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Illinois Student Assistance Comm**<br>**P.O. Box 904**<br>**Deerfield, IL 60015** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **IVM Corporation**<br>**399 Hammond Ave.**<br>**Elgin, IL 60120** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **J&L Metal Doors, Inc.**<br>**8305 W. 183rd Place**<br>**Tinley Park, IL 60477** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Jack's**<br>**6638-44 West 26th Place**<br>**Berwyn, IL 60402** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Jacobs Facilities, Inc.**<br>**2222 S. Riverside Plaza**<br>**Chicago, IL 60606** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Jadco/Air Filter Engineers**<br>**4006 N. Nashville Ave.**<br>**Chicago, IL 60634** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Jadco/Applied Mechanical Sales**<br>**4006 N. Nashville Ave.**<br>**Chicago, IL 60634** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Jadco/Bullock Logan**<br>**4006 N. Nashville Ave.**<br>**Chicago, IL 60634** |

Sheet   **21**   of   **48**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Darrell K. Ortiz**                                                      ,    Case No. _____
                                              Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Jadco/Falls Mechanical Insulation**<br>**4006 N. Nashville Ave.**<br>**Chicago, IL 60634** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Jadco/Hemmingway**<br>**4006 N. Nashvile Ave.**<br>**Chicago, IL 60634** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Jadco/HOH Chemicals**<br>**4006 N. Nashvile Ave.**<br>**Chicago, IL 60634** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Jadco/International**<br>**Test & Balance**<br>**4006 N. Nashvile Ave.**<br>**Chicago, IL 60634** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Jadco/Automatic Building Contr**<br>**4006 N. Nashvile Ave.**<br>**Chicago, IL 60634** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Jadco/Air Design Systems, Inc.**<br>**4006 N. Nashvile Ave.**<br>**Chicago, IL 60634** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Jadco/Barr Mechanical**<br>**4006 N. Nashville Ave.**<br>**Chicago, IL 60634** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Jadco/Brucker Co.**<br>**4006 N. Nashville Ave.**<br>**Chicago, IL 60634** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Jadco/Fluid Air Products**<br>**4006 N. Nashville Ave.**<br>**Chicago, IL 60634** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Jadco/Invensys Bldg System**<br>**4006 N. Nashville Ave.**<br>**Chicago, IL 60634** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Jadco/Kewanee Builder**<br>**4006 N. Nashville Ave.**<br>**Chicago, IL 60634** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Jadco/McQuay Intl.**<br>**4006 N. Nashville Ave.**<br>**Chicago, IL 60634** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Jadco/Control Solutions**<br>**4006 N. Nashville Ave.**<br>**Chicago, IL 60634** |

Sheet __**22**__ of __**48**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Darrell K. Ortiz**                                                                          ,    Case No. _____
_____
Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Jadco Research & Engineering**<br>**4006 N. Nashville Ave.**<br>**Chicago, IL 60634** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Jadco/Super Radiator Sales/Maddock**<br>**4006 N. Nashville Ave.**<br>**Chicago, IL 60634** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Jadco/Temperature Equipment Corp.**<br>**4006 N. Nashville Ave.**<br>**Chicago, IL 60634** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Jadco/Evapco**<br>**c/o Bullock Logan**<br>**4006 N. Nashville Ave.**<br>**Chicago, IL 60634** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Jadco/Hatchell & Assoc., Inc.**<br>**4006 N. Nashville Ave.**<br>**Chicago, IL 60634** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Jadco/Nickelson Industrial**<br>**Service, Inc.**<br>**4006 N. Nashville Ave.**<br>**Chicago, IL 60634** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **J.A. Frate, Inc.**<br>**P.O. Box 497**<br>**Crystal Lake, IL 60039-0497** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Jack's Specialized Services, Inc.**<br>**4947 W. 173rd St.**<br>**Country Club Hills, IL 60478** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **JDL Systems, Inc.**<br>**13222 Meadowlark Dr.**<br>**Orland Park, IL 60462** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **JEM Concrete Cutters**<br>**6334 N. Natoma**<br>**Chicago, IL 60631** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Jiffy Lube**<br>**Sound Billing**<br>**P.O. Box 620130**<br>**Middleton, WI 53562** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **AFMS/Jiffy Lube**<br>**P.O. Box 1610**<br>**Ellicott City, MD 21041-1610** |

Sheet   **23**   of   **48**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

In re    **Darrell K. Ortiz**                                             ,    Case No. _____
                                                                  Debtor

## SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Joe Rizza Ford**<br>**8100 W. 159th St.**<br>**Orland Park, IL 60462** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Johnson Controls, Inc.**<br>**3007 Malmo Dr.**<br>**Arlington Heights, IL 60005** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Johnson Pipe & Supply Co.**<br>**999 W. 37th St.**<br>**Chicago, IL 60609** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Johnson Marcraft**<br>**P.O. Box 790051**<br>**Saint Louis, MO 63179** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Johnstone Supply**<br>**4606 W. 138th St.**<br>**Midlothian, IL 60445** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Joliet Jr. College**<br>**1215 Houbolt Rd.**<br>**Joliet, IL 60431-8938** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Jones & Cleary Roofing**<br>**and Sheetmetal**<br>**6838 S. Chicago Ave.**<br>**Chicago, IL 60637** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Jordan Valve c/o Antel Corp.**<br>**669 Executive D.**<br>**Hinsdale, IL 60521** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **JRS Construction Co.**<br>**25668 N. Gilmer Rd.**<br>**Mundelein, IL 60060** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **K & K Iron Works, Inc.**<br>**5100 S. Lawndale**<br>**La Grange, IL 60525** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Kallemeyn**<br>**Kallemeyn Auto Center, Inc.**<br>**12145 S. Ridgeland Ave.**<br>**Palos Heights, IL 60463** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Kara Company, Inc.**<br>**5255 Dansher Rd.**<br>**La Grange, IL 60525** |

Sheet  __24__  of  __48__  continuation sheets attached to the Schedule of Codebtors

In re   **Darrell K. Ortiz**                                              ,   Case No. _____
                                         Debtor

## SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Keeprite Refrigeration**<br>**159 Roy Blvd., P.O. Box 2020**<br>**Brantford, Ontario**<br>**CN N3T5y6** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Kel-Tech Electric**<br>**229 E. Hellen Rd.**<br>**Palatine, IL 60067** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Key Equipment Finance**<br>**Payment Processing Center**<br>**P.O. Box 203901**<br>**Houston, TX 77216-3901** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Key West Metal Industries, Inc.**<br>**7415 W. 90th Ct.**<br>**Bridgeview, IL 60455** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Critical Data Solutions**<br>**1432 Druid Hills Ct.**<br>**Naperville, IL 60563** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **K-Hvac Ind. Inc. d/b/a AAA Services**<br>**161 Ontario-Unit 2**<br>**Frankfort, IL 60423** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Klever Green**<br>**11649 W. 194th St.**<br>**Mokena, IL 60448** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Harry J. Kloepper**<br>**1832 Johns Drive**<br>**Glenview, IL 60025** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Klotz Environmental Prod. Inc.**<br>**P.O. Box 2258**<br>**Schiller Park, IL 60176** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Knickerbocker Roofing and Pavi**<br>**1628 S. Lathrop**<br>**Harvey, IL 60426** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Knight Security Alarms, Inc.**<br>**P.O. Box 333**<br>**New Lenox, IL 60451-0333** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Kolbi Pipe Marker Co.**<br>**2304 Foster Ave.**<br>**Wheeling, IL 60090** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Krack Corporation**<br>**2437 Collections Center Dr.**<br>**Chicago, IL 60693** |

Sheet __25__ of __48__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

In re    **Darrell K. Ortiz**                                                    ,    Case No. _____
                                              Debtor

## SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **CB Kramer Sales & Service**<br>**Dept. 4043, Box 2088**<br>**Milwaukee, WI 53201-2088** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Krause Constuction LLC**<br>**3330 Edison Ave.**<br>**Blue Island, IL 60406** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Kropp Equipment, Inc.**<br>**1020 Kennedy Ave.**<br>**Schererville, IN 46375** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **LaGrange Crane Service, Inc.**<br>**6180 River Rd.**<br>**La Grange, IL 60525** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Lakeland Heating and Cooling**<br>**219 Lake Ave.**<br>**Lake Villa, IL 60046** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Lancaster Transportation**<br>**8020 Alabama Ave.**<br>**Willowbrook, IL 60527** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Lance Construction Supply**<br>**4225 W. Ogden Ave.**<br>**Chicago, IL 60623** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Lanier Worldwide, Inc.**<br>**820 Jorie, Suite 120**<br>**Oak Brook, IL 60523** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **LaRoche Industries, Inc.**<br>**P.O. Box 532414**<br>**Atlanta, GA 30353-2414** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **J.P. Larsen, Inc.**<br>**5615 W. 120th Place**<br>**Alsip, IL 60803** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Legend Electrical Sales**<br>**553 W. Carboy Rd.**<br>**Mount Prospect, IL 60056-5775** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Lelund Enterprises, Inc.**<br>**1040 Main St.**<br>**Lombard, IL 60148** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Lennox Industries, Inc.**<br>**P.O. Box 910549**<br>**Dallas, TX 75391-0549** |

Sheet __26__ of __48__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Darrell K. Ortiz**                                                    ,   Case No. _____

                                          Debtor

## SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Letterman/Signage, Inc.**<br>**19912 S. Wolf Rd.**<br>**Mokena, IL 60448** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Levy Restaurants**<br>**7994 Collections Center Drive**<br>**Chicago, IL 60693** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Liebert Corporation**<br>**P.O. Box 70474**<br>**Chicago, IL 60673** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Lienguard, Inc.**<br>**1000 Jorie Blvd.**<br>**Oak Brook, IL 60523** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Lifting Gear Hire Corporation**<br>**7431 W. 90th St.**<br>**Midlothian, IL 60445** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Lift Works, Inc.**<br>**1201 W. Hawthorne Lane**<br>**West Chicago, IL 60185** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Lindab, Inc.**<br>**W. 501896**<br>**P.O. Box 7777**<br>**Philadelphia, PA 19175-1896** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Linear Electric, Inc.**<br>**15346 S. 70th Ct.**<br>**Orland Park, IL 60462** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Litgen Concrete Cutting**<br>**1020 Nerge Rd.**<br>**Elk Grove Village, IL 60007** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Robert Lloyd & Company**<br>**15127 S. 73rd Ave.**<br>**Orland Park, IL 60462** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Lara McDonald Design, Inc.**<br>**3108 S. Rt. 59**<br>**Naperville, IL 60564** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Loftus & Loftus**<br>**Attorneys at Law**<br>**646 Busse Highway**<br>**Park Ridge, IL 60068** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **The Lombard Co.**<br>**4245 W. 123rd St.**<br>**Alsip, IL 60803** |

Sheet __27__ of __48__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

In re    **Darrell K. Ortiz**                                              ,    Case No. _____
                                          Debtor

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Maddock Industries**<br>**2720 W. Chicago Ave.**<br>**Chicago, IL 60622** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Magnum Construction Services, Inc.**<br>**17405 W. 145th St.**<br>**Lockport, IL 60441** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Mammoth, Inc.**<br>**P.O. Box 9333**<br>**Minneapolis, MN 55440-9333** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Manning Systems, Inc.**<br>**P. O. Box 419429**<br>**Kansas City, MO 64141** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Marco Supply Company**<br>**P.O. Box 78293**<br>**Milwaukee, WI 53278-0293** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Marc Promotions**<br>**7172 Lakeview Parkway W. Dr.**<br>**Indianapolis, IN 46268** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Martin Whalen Office Solutions, Inc**<br>**18630 S. 81st Ave.**<br>**Tinley Park, IL 60477** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Marzullo Supply**<br>**8833 S. Kedzie Ave.**<br>**Evergreen Park, IL 60805** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Material Handling Services, Inc.**<br>**336 W. Armory Drive**<br>**South Holland, IL 60473** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **V.J. Mattson Company**<br>**9200 W. 191st St.**<br>**Mokena, IL 60448** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Maund, Richard & Assoc.**<br>**2505 W. 1437th St.**<br>**Posen, IL 60469** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **McMaster - Carr Supply Company**<br>**P.O. Box 7690**<br>**Chicago, IL 60680-7690** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **McQuay c/o Brucker Co.**<br>**1200 Greenleaf Ave.**<br>**Elk Grove Village, IL 60007** |

Sheet __28__ of __48__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

In re    **Darrell K. Ortiz**                                                          ,    Case No. _____

                                    Debtor

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **McQuay c/o Thermosystems**<br>**1153 N. Main St.**<br>**Lombard, IL 60148** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **McQuay International**<br>**1056 Solution Court**<br>**Chicago, IL 60677-1000** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **M.Difoggio & Sons**<br>**13929 S. Kostner Ave.**<br>**Midlothian, IL 60445** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Med. Con., Inc.**<br>**P.O. Box 244**<br>**Antioch, IL 60002** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Meilner Mechanical Sales**<br>**19 W. College Drive**<br>**Arlington Heights, IL 60004-1954** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Meineke**<br>**9502 W. 179th St.**<br>**Tinley Park, IL 60477** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Metal Products**<br>**15700 S. Parker Rd.**<br>**Lockport, IL 60441** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Metro Electric Co.**<br>**3723 N. Milwaukee Ave.**<br>**Chicago, IL 60641-3035** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Metrolift, Inc.**<br>**679 Heartland Dr.**<br>**Sugar Grove, IL 60554** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **M.G. Electric Service, Inc.**<br>**1450 E. Algonquin Rd.**<br>**Arlington Heights, IL 60005** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Michuda Construction**<br>**11204 S. Western Ave.**<br>**Chicago, IL 60643** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Midwest Glass Co.**<br>**2630 W. Bradley Place**<br>**Chicago, IL 60618** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Midwest Helecopter**<br>**Airways, Inc.**<br>**525 Executive Dr.**<br>**Willowbrook, IL 60527** |

Sheet __29__ of __48__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Darrell K. Ortiz**                                            ,   Case No. _____

Debtor

## SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Mid Lakes Distributing**<br>**1029-37 W. Adams St.**<br>**Chicago, IL 60607-2995** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Mid-States Refrigeration Supply**<br>**Inc.**<br>**P.O. Box 11005**<br>**South Bend, IN 46634** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Mid-Town Petroleum, Inc.**<br>**9707 S. 76th Ave.**<br>**Bridgeview, IL 60455** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Midwest Trading Co.**<br>**12349 S. LaTrobe**<br>**Alsip, IL 60658** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Midwest Welding Supply, Inc.**<br>**5318 S. Kedzie Ave.**<br>**Chicago, IL 60632** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Midwest Environmental Sales, Inc.**<br>**415 S. William St.**<br>**Mount Prospect, IL 60056** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Midwest Suburban Publishing**<br>**P.O. Box 757**<br>**Tinley Park, IL 60477** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **L.R. Miller, Inc.**<br>**P.O. Box 277707**<br>**Riverdale, IL 60827-7707** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Millipore Corporation**<br>**80 Asby Rd.**<br>**Bedford, MA 01730** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Minster Mechanical Sales**<br>**2120 Halsted St.**<br>**Chicago Heights, IL 60411** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Mobile Mini, Inc.**<br>**P.O. Box 79149**<br>**Phoenix, AZ 85062-9149** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Mobile Air, Inc.**<br>**800 E. Mandoline Ave.**<br>**Madison Heights, MI 48071** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **M&O Insulation Co.**<br>**P.O. Box 759**<br>**Homewood, IL 60430-8759** |

Sheet __**30**__ of __**48**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Darrell K. Ortiz**                                              ,   Case No. _____
                                                    Debtor

## SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Monarch Marketing Group**<br>**3357 Collection Center Drive**<br>**Chicago, IL 60693** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Monroe Transportation Services**<br>**1051 S. Westwood Ave.**<br>**Addison, IL 60101** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **J. Mooncotch Crane Rental**<br>**9735 Industrial Dr.**<br>**Bridgeview, IL 60455** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Moore Supply Company**<br>**2100 W. 80th St.**<br>**Chicago, IL 60620** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **John J. Moroney & Co.**<br>**P.O. Box 320**<br>**Summit Argo, IL 60501** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Motion Industries**<br>**P.O. Box 98412**<br>**Chicago, IL 60693** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **MSI Marking Services**<br>**P.O. Box 240027**<br>**8625 N. Faulkner Rd.**<br>**Milwaukee, WI 53224** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **The Mobile Storage Group**<br>**P.O. Box 12058**<br>**La Crescenta, CA 91224** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Meters & Controls**<br>**505 W. Wrightwood Ave.**<br>**Elmhurst, IL 60126** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Muck Engineering, Inc.**<br>**9972 Pacific Ave.**<br>**Franklin Park, IL 60131** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Munch's Supply**<br>**1901 Ferro Dr.**<br>**New Lenox, IL 60451** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Midwest Masonry, Inc.**<br>**1335 Wilhelm**<br>**Suite A**<br>**Mundelein, IL 60060** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Mycom North America, Inc.**<br>**P.O. Box 31001-0812**<br>**Pasadena, CA 91110-0812** |

Sheet __31__ of __48__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Darrell K. Ortiz**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Nalco**<br>**P.O. Box 70716**<br>**Chicago, IL 60673-0716** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **National City Bank**<br>**P.O. Box 856153**<br>**Louisville, KY 40285-6153** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **National Construction Rentals**<br>**1894 Plain Ave.**<br>**Aurora, IL 60505** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **National Waste Services & IRS**<br>**P.O. Box 900154**<br>**Louisville, KY 40290-1154** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **National Roofing Corp.**<br>**7641 S. Kedzie Ave.**<br>**Chicago, IL 60652-1507** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **National Welding Supply Co., Inc.**<br>**P.O. Box 1407**<br>**Bloomington, IL 61702-1407** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Nelson Insulation Company**<br>**386 Hollow Hill Dr.**<br>**North Chicago, IL 60064** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **NES Rentals**<br>**P. O. Box 8500-1226**<br>**Philadelphia, PA 19178-1226** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Newark In One**<br>**P.O. Box 94151**<br>**Palatine, IL 60094-4151** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Newman & Boyer, Ltd.**<br>**900 Maple Road**<br>**Homewood, IL 60430** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **New York Blower**<br>**7660 Quincy St.**<br>**Suite 100**<br>**Willowbrook, IL 60527** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Next Day Toner**<br>**11411 W. 183rd St.**<br>**Suite H**<br>**Orland Park, IL 60467** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **NH3 Team, Inc.**<br>**P.O. Box 152**<br>**Delphos, OH 45833** |

Sheet __**32**__ of __**48**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Darrell K. Ortiz**                                              ,   Case No. _____
                              Debtor

## SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Niagara Blower Co.**<br>**673 Ontario St.**<br>**Buffalo, NY 14207** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Nickelson Industrial Service**<br>**8501 S. Baltimore Ave.**<br>**Chicago, IL 60617-2636** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Nicor Gas**<br>**P.O. Box 416**<br>**Aurora, IL 60568-0001** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Northern Illinois**<br>**Steele Supply Co.**<br>**P.O. Box 2146**<br>**Joliet, IL 60434-2146** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **NMACP, Inc.**<br>**1501 Lee Highway**<br>**Suite 202**<br>**Arlington, VA 22209** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Nolan Builder & Tank Service**<br>**8531 Vincennes**<br>**Chicago, IL 60620-1929** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Norgas Controls, Inc.**<br>**1512 Resource Dr.**<br>**Burlington, KY 41005** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **North States Steel**<br>**811 Eagle Drive**<br>**Bensenville, IL 60106** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Novaspect**<br>**1776 Commerce Dr.**<br>**Elk Grove Village, IL 60007** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Nutemp**<br>**3348 S. Pulaski Rd.**<br>**Chicago, IL 60623** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Nu Way Disposal Service, Inc.**<br>**19012 S. Wolf Rd.**<br>**Mokena, IL 60448** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Northwest Electric Supply**<br>**600 E. Rand Road**<br>**Mount Prospect, IL 60056** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Northwestern Memorial Hosp.**<br>**259 E. Erie, Ste. 300**<br>**Chicago, IL 60611** |

Sheet __**33**__ of __**48**__ continuation sheets attached to the Schedule of Codebtors

In re     **Darrell K. Ortiz**                                                    ,     Case No. _____
                                                  Debtor

## SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Northwestern Memorial Physicians Gr**<br>**75 Remittance Dr., #1865**<br>**Chicago, IL 60675-1865** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Northwestern Mutual Life**<br>**P.O. Box 3009**<br>**Milwaukee, WI 53201-3009** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Occupational Training Supply Co.**<br>**12601 S. Springfield**<br>**Alsip, IL 60803** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Omega Engineering, Inc.**<br>**One Omega Dr., Box 4047**<br>**Stamford, CT 06907-0047** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Omni Pumps**<br>**9224 Chestnut Ave.**<br>**Franklin Park, IL 60131** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **T.J. Harrington**<br>**19024 Harding Ave.**<br>**Flossmoor, IL 60422** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Overnite Transportation Co.**<br>**P.O. Box 79755**<br>**Baltimore, MD 21279-0755** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Pameco Corporation**<br>**Dept. 77102**<br>**P.O. Box 77000**<br>**Detroit, MI 48277-0102** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **P and G. Engineering Co.**<br>**11924 S. 88th Ave.**<br>**Palos Park, IL 60464** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Parker Hannifen Corp.**<br>**Refrigeration Specialties**<br>**7867 Collection Center Dr.**<br>**Chicago, IL 60693** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Lombard, IL 60462** | **The Pate Company**<br>**245 Eisenhower Lane South**<br>**Lombard, IL 60148** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Park Supply, A. Ferguson**<br>**Enterprise, Inc. #1408**<br>**12808 Collections Center Dr.**<br>**Chicago, IL 60693** |

Sheet __**34**__ of __**48**__ continuation sheets attached to the Schedule of Codebtors

In re    **Darrell K. Ortiz**                                                    ,    Case No. _____
                                              Debtor

## SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Phoenix Air Control**<br>**219 Williams St.**<br>**Bensenville, IL 60106** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Pipe Freezing Services**<br>**P.O. Box 387**<br>**Antioch, IL 60002** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Piping Technology & Products, Inc.**<br>**P.O. Box 34506**<br>**Houston, TX 77234-4506** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Pitney Bowes, Inc.**<br>**P.O. Box 856042**<br>**Louisville, KY 40285-6042** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Plumbing Express, Inc.**<br>**9526 Corsair Rd.**<br>**Frankfort, IL 60423** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **P&M National Sales**<br>**708 County Line Rd.**<br>**Streamwood, IL 60107** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **JM Polcurr, Inc.**<br>**907 E. 31st**<br>**La Grange Park, IL 60526** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Porter Pipe and Supply**<br>**35049 Eagle Way**<br>**Chicago, IL 60678-1350** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Henry Pratt Co.**<br>**Dept. CH 10355**<br>**Palatine, IL 60055-0355** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Praxair Distribution, Inc.**<br>**Dept. CH 10660**<br>**Palatine, IL 60055-0660** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Downers Grove, IL 60515** | **Precision Blue**<br>**3010 Woodcreek Lane**<br>**Downers Grove, IL 60515** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Precision Control Systems, Inc.**<br>**405 E. Ridge Rd.**<br>**Griffith, IN 46319** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Premium Assignment Corp.**<br>**P.O. Box 3100**<br>**Tallahassee, FL 32315-3100** |

Sheet __35__ of __48__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Darrell K. Ortiz**                                          ,   Case No. _____
                                    Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Precision Powder Coating**<br>**371 E. Praire Street, Unit D**<br>**Crystal Lake, IL 60014** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Preservation Services, Inc.**<br>**221 E. Rocbarr**<br>**Romeoville, IL 60446** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Pro-Fab Sheet Metal, Inc.**<br>**852 Lively Blvd.**<br>**Wood Dale, IL 60191-1202** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Pro Fastening Systems, Inc.**<br>**44 E. University Dr.**<br>**Arlington Heights, IL 60004** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Professional Computer Group**<br>**11302 S. Harlem Ave.**<br>**Worth, IL 60482** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Proforma Corporate**<br>**Marketing Solutions**<br>**P.O. Box 640814**<br>**Cincinnati, OH 45264-0814** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Profile Systems LLC**<br>**1000 E. 80th Place**<br>**Suite 777**<br>**Merrillville, IN 46410-5644** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Proven Business Systems**<br>**9726 W. 194th St.**<br>**Mokena, IL 60448** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Powertron Power Systems**<br>**1250 Touhy Ave.**<br>**Elk Grove Village, IL 60007** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **E.L. Pruitt Co.**<br>**P.O. Box 3306-3090 Colt Rd.**<br>**Springfield, IL 62708** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Pump Specialties, Inc.**<br>**9428 W. 47th St.**<br>**Brookfield, IL 60513** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **QBE Insurance Corp.**<br>**119 N. Park Ave.**<br>**Suite 310, Rovkville Center**<br>**Rockville Centre, NY 11570** |

Sheet __**36**__ of __**48**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Darrell K. Ortiz**                                          ,     Case No. _____
                                              Debtor

## SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Quality Crane Service, Inc.**<br>**P.O. Box 1175**<br>**Frankfort, IL 60423** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Quick Wrap Bag**<br>**P.O. Box 290**<br>**Cobb, CA 95426** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Quickpen International**<br>**384 Inverness Dr. South**<br>**Suite 200**<br>**Englewood, CO 80112** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Quill Corporation**<br>**P.O. Box 94081**<br>**Palatine, IL 60094-4081** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **R & J Construction Supply**<br>**Company, Inc.**<br>**30 W. 180 Butterfield Rd.** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Radiant Optics, Inc.**<br>**19510 144th Ave. NE**<br>**Suite B-7**<br>**Woodinville, WA 98072** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Randall Industries**<br>**741 S. Route 83**<br>**Elmhurst, IL 60126-4228** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Rankin Construction Heaters, Inc.**<br>**1051 N. Main, Suite D**<br>**Lombard, IL 60148** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Ranshell's Inc.**<br>**Muffler and Brake**<br>**13901 Burnham Ave.**<br>**Chicago, IL 60633** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **R.B. Hayward Co.**<br>**9556 River Street**<br>**Schiller Park, IL 60176** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **R. Cleveland**<br>**U.G. Technologies Corp.**<br>**95 Center Drive**<br>**Gilberts, IL 60136** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Red-D-Arc, Inc.**<br>**P.O. Box 532618**<br>**Atlanta, GA 30353-2618** |

Sheet __**37**__ of __**48**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Darrell K. Ortiz**                                                              ,   Case No. _____
                                        Debtor

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Reed Contruction Data**<br>**P.O. Box 2241**<br>**Carol Stream, IL 60132-2241** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Rental Max LLC**<br>**908 E. Roosevelt Rd.**<br>**Wheaton, IL 60187** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **RFS Construction, Inc.**<br>**9022 S. Odell**<br>**P.O. Box 1133**<br>**Bridgeview, IL 60455** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **R. Gingerich Co.**<br>**820 N. Nebraska**<br>**Shabbona, IL 60550** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Rich Concrete**<br>**6641 Wyandot Drive**<br>**Palos Heights, IL 60463** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Rick's Sandblasting**<br>**13332 Bell Rd.**<br>**Lemont, IL 60439** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Ricoh Corporation**<br>**P.O. Box 73213**<br>**Chicago, IL 60673-7213** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Ritter Technology, LLC**<br>**P.O. Box 8500-4285**<br>**Philadelphia, PA 19178-4285** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **RJW Transport, Inc.**<br>**P.O. Box 700**<br>**Bloomingdale, IL 60108** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **RKD Construction Supplies**<br>**11633 W. Grand Ave.**<br>**Melrose Park, IL 60164-1302** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Roeda Signs**<br>**16931 State St.**<br>**South Holland, IL 60473** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Roof Products & Systems**<br>**P.O. Box 6500**<br>**Chicago, IL 60680-6500** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Root Bros. Mfg & Supply co.**<br>**10307-25 S. Mighigan Ave.**<br>**Chicago, IL 60628** |

Sheet __**38**__ of __**48**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re    **Darrell K. Ortiz**                                                    ,    Case No. _____
                                              Debtor

## SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Root Consulting**<br>**P.O. Box 841**<br>**Wheaton, IL 60189** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Roughneck Concrete**<br>**Drilling and Sawing Co.**<br>**8400 Lehigh Ave.**<br>**Morton Grove, IL 60053** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Rovanco Piping Systems**<br>**20535 SE Frontage Rd.**<br>**Joliet, IL 60431** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Royal Crane Service, Inc.**<br>**P.O. Box 1858**<br>**Bridgeview, IL 60455** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **R.S. Means Co., Inc.**<br>**P.O. Box 7247 - 6961**<br>**Philadelphia, PA 19170-6961** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Ryan Herco Products Corp.**<br>**P.O. Box 10369**<br>**Burbank, CA 91510-0369** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Safeway Services, Inc.**<br>**O.S. 490 Route 83**<br>**Oakbrook, IL 60181** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Safeway Steel Products**<br>**O.S. 490 Route 83**<br>**Oakbrook Terrace, IL 60181** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Safety Meeting Outlines**<br>**P.O. Box 700**<br>**Frankfort, IL 60423** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Sage Software**<br>**P.O. Box 728**<br>**Beaverton, OR 97075-0728** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Schindler Elevator Corp.**<br>**P.O. Box 93050**<br>**Chicago, IL 60673-3050** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Secretary of State**<br>**Jesse White Dept. Bus. Services**<br>**501 S. 2nd St.**<br>**Springfield, IL 62756-5510** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Self-Tech Communications**<br>**3807 W. 46th St.**<br>**Chicago, IL 60632** |

Sheet __**39**__ of __**48**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Darrell K. Ortiz**                                                        ,   Case No. _____
                                                    Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Sellers Engineering Co.**<br>**P.O. Box 48**<br>**Danville, KY 40423-0048** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Selling Dynamics, LLC**<br>**715 W. Algonquin Rd.**<br>**Arlington Heights, IL 60005** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Sen Tech Corporation**<br>**5745 Progress Rd.**<br>**Indianapolis, IN 46241** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Service Systems Mechanical**<br>**Contractors, Inc.**<br>**7206 Stonweir Point**<br>**Mchenry, IL 60050** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Severn Trent Pipeline**<br>**Services, Inc.**<br>**P.O. Box 7777-W4120**<br>**Philadelphia, PA 19175-4120** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **S.G. Supply Co.**<br>**12900 Throop St.**<br>**Riverdale, IL 60827-6424** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Sharlen Electric Co.**<br>**P.O. Box 17597**<br>**Chicago, IL 60617** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Shefsky & Froelich**<br>**111 E. Wacker Dr., Ste. 2800**<br>**Chicago, IL 60601** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Sheet Metal Werks**<br>**455 E. Algonquin Rd.**<br>**Arlington Heights, IL 60005** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Si-Tech**<br>**12057 S. Page**<br>**Riverdale, IL 60827** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Siemens Building Technology, Inc.**<br>**Building Automation**<br>**7850 Collections Center Drive**<br>**Chicago, IL 60693** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Signs of Success**<br>**Presidents Plaza**<br>**8600 N. Bryn Mawr Ave. St. 800**<br>**Chicago, IL 60631** |

Sheet __**40**__ of __**48**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Darrell K. Ortiz**                                              ,   Case No. _____
                                    Debtor

## SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Snook Equipment Rental**<br>**1200 N. Divisioin**<br>**Morris, IL 60450** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **South Side Control Supply**<br>**488 N. Milwaukee Ave.**<br>**Chicago, IL 60610** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Southwest Town**<br>**10450 W. 163rd Place**<br>**Orland Park, IL 60467-5445** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Spencer Turbine Company**<br>**P.O. Box 530678**<br>**Atlanta, GA 30353-0678** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Springer Bule Print**<br>**Service Inc.**<br>**10640 S. Western Ave.**<br>**Chicago, IL 60643** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Squire Cogswell**<br>**1111 Lakeside Dr.**<br>**Gurnee, IL 60031-4099** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **S.S.O., LLC**<br>**N 3714 20th Ct.**<br>**Montello, WI 53949** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Standard Cartage Co., Inc.**<br>**2400 S. 27th Ave.**<br>**Broadview, IL 60155** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Staples**<br>**Dept. 51 - 7819499236**<br>**P.O. Box 9020**<br>**Des Moines, IA 50368-9020** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Standard Bank & Trust**<br>**2400 W. 95th St.**<br>**Evergreen Park, IL 60642** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Standard Bank & Trust**<br>**9700 W. 131st St.**<br>**Palos Park, IL 60464** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Standard Bank & Trust Co.**<br>**2400 W. 95th St.**<br>**Evergreen Park, IL 60805** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Steam Sales Corporation**<br>**55A Stonehill Rd.**<br>**Oswego, IL 60543** |

Sheet __41__ of __48__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Darrell K. Ortiz**                           ,      Case No. _____

Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Steiner Electric Company**<br>**2665 Paysphere Circle**<br>**Chicago, IL 60674-2665** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Stevenson Crane Service**<br>**410 Stevenson Dr.**<br>**Bolingbrook, IL 60440** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **STG Commercial Credit**<br>**P.O. Box 419327**<br>**Kansas City, MO 64141** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Stock Yards Hardware**<br>**& Supply Co, Inc.**<br>**4187 S. Halsted St.**<br>**Chicago, IL 60609** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Sugar, Friedberg & Felsenthal**<br>**30 N. LaSalle St., Ste. 3000**<br>**Chicago, IL 60602** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Sun Air Conditioning, Inc.**<br>**Dept. 1009**<br>**P.O. Box 121009**<br>**Dallas, TX 75312-1009** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **SunBelt Rentals**<br>**P.O. Box 409211**<br>**Atlanta, GA 30384-9211** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Sunscource**<br>**P. O. Box 73063**<br>**Chicago, IL 60673-7063** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **SunSource Technologies**<br>**NW 7806**<br>**P.O. Box 1450**<br>**Minneapolis, MN 55485-7809** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Superamerica Group**<br>**P.O. Box 740587**<br>**Cincinnati, OH 45274-0587** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Super Electric Construction Co.**<br>**Dept. 77-7361**<br>**Chicago, IL 60678-7361** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Super Radiator Coils**<br>**c/0o Maddock Industries, Inc.**<br>**2720 W. Chicago Ave.**<br>**Chicago, IL 60634** |

Sheet __**42**__ of __**48**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re   **Darrell K. Ortiz**                                   ,   Case No. _____
                                          Debtor

## SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Super Radiator Coils**<br>**104 Peavy Rd.**<br>**Chaska, MN 55318** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **T.B.I. Inc.**<br>**626 Thomas Drive**<br>**Bensenville, IL 60106** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Temperature Equipment Corp.**<br>**1778 Paysphere Circle**<br>**Chicago, IL 60674** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Technical Systems**<br>**Dept. 73**<br>**Tulsa, OK 74182** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Telephonics, Inc.**<br>**P.O. Box 817**<br>**Huntley, IL 60142** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Thermosystems, Inc.**<br>**1153 N. Main St.**<br>**Lombard, IL 60148** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Thomas Pump Co., Inc.**<br>**2301 E. Liberty Street**<br>**Aurora, IL 60504** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **John W. Thomson Co.**<br>**8803 S. Genoa Ave.**<br>**Chicago, IL 60620** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Thorne Associates, Inc.**<br>**1450 W. Randolph**<br>**Chicago, IL 60607** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Thermflo, Inc.**<br>**251 Holbrook Dr.**<br>**Wheeling, IL 60090** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Thybar Corporation**<br>**37913 Eagleway**<br>**Chicago, IL 60678-1379** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Timberline Softwear Corp.**<br>**P. O. Box 728**<br>**Beaverton, OR 97075-0728** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Tire Kingdom**<br>**P.O. Box 116992**<br>**Atlanta, GA 30368** |

Sheet __**43**__ of __**48**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

In re    **Darrell K. Ortiz**                                      ,    Case No. _____
                                    Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Tithe Corp.**<br>**1809 Bayard St.**<br>**Baltimore, MD 21230** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Tramco Pump Company**<br>**1500 W. Adams St.**<br>**Chicago, IL 60607** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Trane Chicago-Aurora Service**<br>**P.O. Box 98167**<br>**Chicago, IL 60693** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **The Trane Company**<br>**P.O. Box 98167**<br>**Chicago, IL 60693** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **T/R Construction Services, J.V.**<br>**200 S. Michigan Ave. #200**<br>**Chicago, IL 60604** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Triumph Bearing**<br>**P.O. Box 2067**<br>**Joliet, IL 60434** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **TRS Automatic Transmission Rep**<br>**13811 Southwest Highway**<br>**Orland Park, IL 60462** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **True Comfort Services, Inc.**<br>**1056 S. Lewis Ave.**<br>**Lombard, IL 60148** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Tyco Thermal Controls**<br>**2505 W. 147th St.**<br>**Posen, IL 60469** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Tyco Valves & Controls, LP**<br>**Dept. 0789**<br>**P.O. Box 120001**<br>**Dallas, TX 75312-0789** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Universal Power & Control**<br>**146 Easy Stree**<br>**Carol Stream, IL 60188** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Unistrut Corporation**<br>**Dept. CH 10552**<br>**Palatine, IL 60055-0552** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **United Rentals**<br>**P.O. Box 503330**<br>**Saint Louis, MO 63150-3330** |

Sheet __44__ of __48__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Darrell K. Ortiz**                                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Universal Asbestos Removal, Inc.**<br>**20W201 101st, Ste. D**<br>**Lemont, IL 60439** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **United Rebuilders, Inc.**<br>**450 E. Sandfrd Blvd.**<br>**Mount Vernon, NY 10550-7046** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **United Refridgeration, Inc.**<br>**P.O. Box 951333**<br>**Dallas, TX 75395** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **United Parcel Services**<br>**Lock Box 577**<br>**Carol Stream, IL 60132** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **USA Coil & Air**<br>**P.O. Box 578**<br>**Devault, PA 19432** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **U.S. Data Products, Inc.**<br>**17981 Sky Park Circle**<br>**Building 39, Ste. B**<br>**Irvine, CA 92614** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **U.S. Dismantlement, LLC**<br>**2600 South Throop St.**<br>**Chicago, IL 60608** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **USF Holland, Inc.**<br>**P.O. Box 9021**<br>**Holland, MI 49422-9021** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **US Filter**<br>**P.O. Box 360766**<br>**Pittsburgh, PA 15250-6766** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **US Gas**<br>**P.O. Box 592**<br>**Willow Springs, IL 60480** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **US Gas**<br>**P.O. Box 592**<br>**Willow Springs, IL 60480** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **U.S.M.M., Inc.**<br>**7400 Channel Rd.**<br>**Skokie, IL 60076-6005** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Corporate Express, Inc.**<br>**1301 International Pkwy.**<br>**Woodridge, IL 60517** |

Sheet   __45__   of   __48__   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Darrell K. Ortiz**                                          ,   Case No. _____

                                        Debtor

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Ortiz Mechanical Contractors, Inc.<br>15343 S. 70th Court<br>Orland Park, IL 60462 | Vent-A Klin<br>51 Botsford Place<br>Buffalo, NY 14216 |
| Ortiz Mechanical Contractors, Inc.<br>15343 S. 70th Court<br>Orland Park, IL 60462 | Vent Products Co., Inc.<br>1901 S. Kilbourn Ave.<br>Chicago, IL 60623 |
| Ortiz Mechanical Contractors, Inc.<br>15343 S. 70th Court<br>Orland Park, IL 60462 | Victaulic Tool Co.<br>P.O. Box 31<br>Easton, PA 18044-0031 |
| Ortiz Mechanical Contractors, Inc.<br>15343 S. 70th Court<br>Orland Park, IL 60462 | Warehouse Direct Office<br>Products<br>1601 W. Algonquin Rd.<br>Mount Prospect, IL 60056 |
| Ortiz Mechanical Contractors, Inc.<br>15343 S. 70th Court<br>Orland Park, IL 60462 | Water Energizers, Inc.<br>3008 Middle Rd., Ste. A<br>Jeffersonville, IN 47130 |
| Ortiz Mechanical Contractors, Inc.<br>15343 S. 70th Court<br>Orland Park, IL 60462 | Webco<br>711 N. Prince Lane<br>Springfield, MO 65802 |
| Ortiz Mechanical Contractors, Inc.<br>15343 S. 70th Court<br>Orland Park, IL 60462 | The Welding Center, Inc.<br>7400 S. Central Ave.<br>Chicago, IL 60638 |
| Ortiz Mechanical Contractors, Inc.<br>15343 S. 70th Court<br>Orland Park, IL 60462 | Wellbuilt Equipment<br>617 S. Maple<br>Grant Park, IL 60940 |
| Ortiz Mechanical Contractors, Inc.<br>15343 S. 70th Court<br>Orland Park, IL 60462 | Wesco<br>P.O. Box 96404<br>Chicago, IL 60693-6404 |
| Ortiz Mechanical Contractors, Inc.<br>15343 S. 70th Court<br>Orland Park, IL 60462 | Westside Rub-R-Wall, Inc.<br>P.O. Box 4159<br>Lisle, IL 60532 |
| Ortiz Mechanical Contractors, Inc.<br>15343 S. 70th Court<br>Orland Park, IL 60462 | D. Wexler & Sons, Inc.<br>4821 S. Aberdeen St.<br>Chicago, IL 60609 |
| Ortiz Mechanical Contractors, Inc.<br>15343 S. 70th Court<br>Orland Park, IL 60462 | The Whalen Co.<br>P.O. Box 1390<br>Easton, MD 21601 |
| Ortiz Mechanical Contractors, Inc.<br>15343 S. 70th Court<br>Orland Park, IL 60462 | Will County Clerk<br>Will County Office Building<br>302 N. Chicago St.<br>Joliet, IL 60432 |

Sheet __46__ of __48__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Darrell K. Ortiz**                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE H. CODEBTORS
#### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Will County Treasurer**<br>**302 N. Chicago**<br>**Joliet, IL 60432** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Willrent, Inc.**<br>**3228 S. Wood St.**<br>**Chicago, IL 60608** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Winternitz, Inc.**<br>**235 Anthony Trail**<br>**Northbrook, IL 60062-2000** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Wisco**<br>**2200 N. Western Ave.**<br>**Chicago, IL 60647** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **WM. J. Matthews, Inc.**<br>**215 N. Laflin St.**<br>**Chicago, IL 60607-1407** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **W.L. Engler**<br>**1035 N. Throop St.**<br>**Chicago, IL 60622-4097** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Wrisco Industries, Inc.**<br>**6075 W. 115th St.**<br>**Alsip, IL 60803** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Westbend Mutual Insurance**<br>**Commercial Insurance Dept.**<br>**1900 S. 18th Ave.**<br>**West Bend, WI 53095** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **York International Corp.**<br>**Unitary Products Group**<br>**P.O. Box 601390**<br>**Charlotte, NC 28260** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Baker Miller Markoff & Krasny, LLC**<br>**29 N. Wacker Dr. 5th Fl.**<br>**Chicago, IL 60606** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Zonatherm Products, Inc.**<br>**251 Holbrook Drive**<br>**Wheeling, IL 60090-5826** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Zurich North America**<br>**NW 5131-05-P.O. Box 1450**<br>**Minneapolis, MN 55485-1450** |

Sheet __**47**__ of __**48**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Darrell K. Ortiz**                                                    ,   Case No. _____
                                                    Debtor

## SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Burbank's Complete Auto**<br>**and Truck Repair, Inc.**<br>**8410 S. Oketo Ave.**<br>**Bridgeview, IL 60455** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **BTU Company, Inc.**<br>**770 Pasquinelli Drive**<br>**Westmont, IL 60559** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Best Messenger Service**<br>**671 Executive Dr.**<br>**Hinsdale, IL 60521-5603** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Carts of Chicago Catering**<br>**P.O. Box 895**<br>**Elk Grove Village, IL 60007** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Chicago Wilcox Mfg. Co.**<br>**16928 State Street**<br>**P.O. Box 126**<br>**South Holland, IL 60473** |
| **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Digital Printing Center**<br>**832 W. Erie Street**<br>**Chicago, IL 60622** |
| **Ortiz Real Mechanical Contractors**<br>**15343 S. 70th Court**<br>**Orland Park, IL 60462** | **Fastway**<br>**19152 S. Blackhawk Parkway**<br>**Mokena, IL 60448** |

Sheet __48__ of __48__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6I (10/06)

In re  **Darrell K. Ortiz** _____    Case No. _____
                                    Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**wife** | AGE(S):<br>**57** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Pipefitter** | |
| Name of Employer | **Heatmasters Inc.** | |
| How long employed | **3 months** | |
| Address of Employer | **5540 W. Lawrence Ave.**<br>**Chicago, IL** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **6,924.00** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **6,924.00** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a.  Payroll taxes and social security | $ | **1,229.44** | $ | **N/A** |
|    b.  Insurance | $ | **0.00** | $ | **N/A** |
|    c.  Union dues | $ | **60.80** | $ | **N/A** |
|    d.  Other (Specify):  **Union 401K** | $ | **1,731.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **3,021.24** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **3,902.76** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance | | | | |
| (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income | | | | |
| (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **3,902.76** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported in line 15) | | | $ | **3,902.76** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Currently my pay includes a $10,000 Salary Advance which my employer gave me based on future performance.**

Official Form 6J (10/06)

In re   **Darrell K. Ortiz** _____   Case No. _____
                              Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,822.00 |
| a. Are real estate taxes included?                 Yes ___        No **X** | | |
| b. Is property insurance included?                 Yes ___        No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 448.00 |
| b. Water and sewer | $ | 83.00 |
| c. Telephone | $ | 118.00 |
| d. Other   **cable and internet** | $ | 105.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 200.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 40.00 |
| 7. Medical and dental expenses | $ | 517.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 110.00 |
| 10. Charitable contributions | $ | 480.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 66.00 |
| b. Life | $ | 238.00 |
| c. Health | $ | 51.00 |
| d. Auto | $ | 111.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 481.73 |
| b. Other   **TV** | $ | 166.00 |
| c. Other   **IRA** | $ | 833.00 |
| d. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **gifts** | $ | 100.00 |
| Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 6,869.73 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| 20. STATEMENT OF MONTHLY NET INCOME | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 3,902.76 |
| b.   Average monthly expenses from Line 18 above | $ | 6,869.73 |
| c.   Monthly net income (a. minus b.) | $ | -2,966.97 |

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Darrell K. Ortiz**                                      Case No.
_____   _____
                          Debtor(s)        Chapter    **7**   _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
___**188**___ sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my
knowledge, information, and belief.

Date   **January 12, 2007**_____        Signature    **/s/ Darrell K. Ortiz**_____
                                                            **Darrell K. Ortiz**
                                                            Debtor

        *Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 7
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Darrell K. Ortiz**

Debtor(s)

Case No.

Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,731.00** | **2007 - Heatmaster,s Inc. (employer)** |
| **$26,572.00** | **2006 Ortiz Mechanical Contractors, Inc.** |
| **$25,965.00** | **2006 - Heatmaters (since 9/11/06)** |
| **$7,500.00** | **2006 - paid by Fifth Third Bank after closing Ortiz Accounts** |
| **$90,533.40** | **2005 - Ortiz Mechanical Contractors** |
| **$93,101.33** | **2004 - Ortiz Mechanical Contractors, Inc.** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$5,600.00** | **2006 - Unemployment** |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **SG Supply v. Darrell Ortiz, Case No. 06 CH 08770** | **Personal Guaranty** | **Circuit Court Cook County Mechanics Lien** | **Pending** |

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **Christian Hills Church 9001 W. 159th St. Tinley Park, IL 60477** | | **Weekly** | **$4,325.89/year** |

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Crane, Heyman, Simon, Welch & Clar**<br>**135 S. LaSalle Street**<br>**Suite 3705**<br>**Chicago, IL 60603** | **12/27/06** | **$2,799.00 from Christine and Darrell Joint Checking Account** |
| **Consumer Credit Counseling Service of Greater Atlanta, Inc.**<br>**100 Edgewood Ave., Ste. 1800**<br>**Atlanta, GA 30303** | **1/5/07** | **$50.00** |

**10. Other transfers**

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Darrell and Christine Ortiz,**<br>**as joint tenants to Christine J. Ortiz living trus** | **January 2006** | **shares of stock in Bell South and AT&T, fair market value: approx $52,000 of which 1/2 belongs to Christine J. Ortiz** |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Charter One Bank**<br>**Orland Hills, IL** | **Money Market account 4502471223** | **$86,625.44 - 5/24/06 - paid off debt to Fifth Third Bank** |

5

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

6

None
■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Ortiz Mechanical Contractors, Inc.** | 36-3623144 | 15343 S. 70th Ct. Orland Park, IL 60462 | **Mechanical Contractor** | 1/24/89 - 12/31/05 |
| **Ortiz Real Estate LLC** | 36-4311788 | 15343 S. 70th Ct. Orland Park, IL 60462 | **Owned building** | 8/26/99 - 12/31/05 |

None
■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

7

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Lloyd Financial Services Ltd**<br>**Robert Lloyd**<br>**15127 S. 73rd Ave**<br>**Orland Park, IL 60462** | **2000 through 2005** |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Lloyd Financial Services** | **15127 S. 73rd Ave.**<br>**Orland Park, IL 60462** | **2000 - 2005** |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Lloyd Financial Services Ltd** | **15127 S. 73rd Ave.**<br>**Orland Park, IL 60462** |
| **Darrell Ortiz** | **Ortiz Mechanical Contractors, Inc.**<br>**15343 S. 70th Ct.**<br>**Orland Park, IL 60462** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Ffith Third Bank**<br>**1701 W. Golf Rd.**<br>**Rolling Meadows, IL 60008** | **2004 - 2005** |

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐
■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ☐
■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐
■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐
■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ☐
■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ☐
■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date   **January 12, 2007**                          Signature   **/s/ Darrell K. Ortiz**

                                                                                    **Darrell K. Ortiz**

                                                                                    Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Darrell K. Ortiz**                                            Case No.  _____

                                                     Debtor(s)           Chapter    **7**  _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☐    I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐    I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☐    I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **-NONE-** | | | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

Form 8 Cont.
(10/05)

In re    **Darrell K. Ortiz**                                                    Case No. _____
                                              Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
(Continuation Sheet)

Date   **January 12, 2007**                    Signature   **/s/ Darrell K. Ortiz**
                                                           **Darrell K. Ortiz**
                                                           Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re  **Darrell K. Ortiz**

_____   Case No. _____
Debtor(s)   Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept...................................................... | $ | **5,299.00** |
| Prior to the filing of this statement I have received............................................ | $ | **5,299.00** |
| Balance Due...................................................................................................... | $ | **0.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **January 12, 2007**   _____   **/s/ SCOTT R. CLAR**   _____
**SCOTT R. CLAR**
**Crane, Heyman, Simon, Welch & Clar**
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777**

---

B 201 (04/09/06)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## **Chapter 11**: **Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## **Chapter 12**: **Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### **Certificate of Attorney**

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| **SCOTT R. CLAR** | X **/s/ SCOTT R. CLAR** | **January 12, 2007** |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777**

### **Certificate of Debtor**

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| **Darrell K. Ortiz** | X **/s/ Darrell K. Ortiz** | **January 12, 2007** |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) | X | |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Darrell K. Ortiz**                               Case No.                            

                                 Debtor(s)           Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                          **628**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **January 12, 2007**                        **/s/ Darrell K. Ortiz**

                                                   **Darrell K. Ortiz**

                                                     Signature of Debtor

AFMS/Jiffy Lube
P.O. Box 1610
Ellicott City, MD 21041-1610

American Chamber Of Commerce
5315 N. Cumberland Ave., Ste. 315
Chicago, IL 60656

Analysts, Inc.
P.O. Box 2955
Torrance, CA 90509-2955

AIM Investment Services, Inc.
P.O. Box 4739
Houston, TX 77210-4739

American Engineers, Inc.
3 W. College Dr.
Arlington Heights, IL 60004

Andee Boiler & Welding Co.
7649 S. State St.
Chicago, IL 60619-2316

Fred J. Albrecht
245 Chatuga Way
Loudon, TN 37774

American Express

Apex Supply Co., Inc.
d/b/a The Home Depot Supply
P.O. Box 101802
Atlanta, GA 30392-1802

All Electric Motor Repair & Service
6726 S. Ashland Ave.
Chicago, IL 60636

American Express
P.O. Box 297879
Fort Lauderdale, FL 33329-7879

Apple Chevrolet
8585 W. 159th St.
Tinley Park, IL 60477

All Power Took, Inc.
921 Estes Ct.
Schaumburg, IL 60193

American Express
2965 W. Corporate Lakes Blvd.
Fort Lauderdale, FL 33331

Applied Controls and Contractors
539-541 W. Taft Drive
South Holland, IL 60473-2030

All Seasons Uniforms Inc.
1319 Howard St.
Elk Grove Village, IL 60007

American Hoist And Manlift, Inc.
10300 S. Cicero Ave., Suite 325
Oak Lawn, IL 60453

Applied Mechanical Sales, Inc.
770 N. Church Rd., Ste. J
Elmhurst, IL 60126

All Steel Ind. Metal FAB, Inc.
53-3 W/ 123rd {;ace
Alsip, IL 60803

American Igloo Builders, Inc.
504 North Ave.
Libertyville, IL 60048

ARCO Mechanical Equipment
Sales Co.
1000 Industrial Dr., Unit B 1C
Bensenville, IL 60106-1258

Allied Building Products
2512 S. Clearbrook
Arlington Heights, IL 60005

American Society of Professional
Estimators

Arthur R. Baker, Inc.
140 W. 168th St.
South Holland, IL 60473

Allied Wast Services #721
P. O. Box 9001154
Louisville, KY 40290-1154

Ameritemp Ltd.
9246 Trinity Drive
Lake In The Hills, IL 60156

ASC Pumping Equipment
P.O. Box 68-5043
Milwaukee, WI 53268-5043

Amber Mechanical Contractors
11950 Central Ave.
Alsip, IL 60803-3402

Amico Corporation
85 Fulton Way
Richmond Hill
ON L4B 2n4

Ashland Propane
61525 Vincennes
P.O. Box 1108
South Holland, IL 60473-7108

Associated Ophthalmologists SC
219 N. Hammes Ave.
Joliet, IL 60435-8114

B.E.G. Lower Tage Sd.
233 Eisenhower Lane S.
Lombard, IL 60148-5407

Bearing Headquarters Co.
A. Headco Co.
P.O. Box 6267
Broadview, IL 60155

AT&T Broadband
P.O. Box 277019
Atlanta, GA 30384-7019

Baer Associates Engineers, Ltd
5225 West Tough Ave.
Skokie, IL 60077

BECO Electric Co., Inc.
5627 W. 120th St.
Alsip, IL 60803

AT&T Office Long Distance
P.O. Box 9001309
Louisville, KY 40290-1309

Baker Miller Markoff & Krasny, LLC
29 N. Wacker Dr. 5th Fl.
Chicago, IL 60606

Bennett & Brosseau
Roofing, Inc.
1316 Marquette Dr.
Romeoville, IL 60446

ATC
1300 Remington Rd., Ste. N
Schaumburg, IL 60173

Banner Plumbing Supply
7255 Cottage Grove Ave.
Chicago, IL 60619

Benshaw, Inc.
1659 E. Sutter Rd.
Glenshaw, PA 15116-1745

Atlas Companies
5050 N. River Rd.
Schiller Park, IL 60176

Barker Metalcraft
1701 W. Belmont
Chicago, IL 60657

Berner International Corp.
Lockbox 360415 M
Pittsburgh, PA 15251

Atlas Copco
Compressors, Inc.
P.O. Box 91730
Chicago, IL 60693

Barlow Mechanical Sales
P.O. Box 801
Plainfield, IL 60544

Berry Machine & Fabricating
%Merchants Capital Corp.
135 S. LaSalle St., Dept. 1401
Chicago, IL 60674-1401

Austin Electric, Inc.
231 S. Frontage Rd., Unit 14
Hinsdale, IL 60521

Barr Mechanical Sales
28140 Bradley Rd.
Libertyville, IL 60048

Best Messenger Service
671 Executive Dr.
Hinsdale, IL 60521-5603

Automated Control Technologies
8330 S. Madison St., Ste. 900
Hinsdale, IL 60521

Barry Amin & Associates
P.O. Box 681309
Schaumburg, IL 60168-1309

Binzel Industries, Inc.
3320 Tollway Drive
Rolling Meadows, IL 60008

Automatic Building Controls
1580 N. Northwest Highway
Park Ridge, IL 60068

BBM
Engineering
38715 N. Drexel Boulevard
Antioch, IL 60002

Bluegrass Promotional
Marketing, LLC, Non Alliance
P.O. Box 890194
Charlotte, NC 28289-0194

B&H Technical Services, Inc.
9100 Louisiana St.
Building A
Merrillville, IN 46410

Beaconmedaes
P.O. Box 601452
Charlotte, NC 28260-1452

Bornquist, Inc.
4539 Paysphere Circle
Chicago, IL 60674-4539

Bowman and Assoc., Inc.
3802 34th St.
Moline, IL 61265

Carrier Corporation
P.O. Box 93844
Chicago, IL 60673-3844

Chicago Dept. of Revenue
City of Chicago, Gen. Cont. LIC.
P.O. Box 388249
Chicago, IL 60638-8249

Bruker Co.
1200 Greenleaf Ave.
Elk Grove Village, IL 60007-5534

Carts of Chicago Catering
P.O. Box 895
Elk Grove Village, IL 60007

Chicago Pipe & Boiler
Covering Co.
1570 Barclay Blvd.
Buffalo Grove, IL 60089

BTU Company, Inc.
770 Pasquinelli Drive
Westmont, IL 60559

Castle Construction
3062 W. 167th St.
Harvey, IL 60426

Chicago Suburban Express, Inc.
P.O. Box 388568
Chicago, IL 60638

Bullock Logan & Assoc.
169 Crossen Ave.
Elk Grove Village, IL 60007

CB Kramer Sales & Service
Dept. 4043, Box 2088
Milwaukee, WI 53201-2088

Chicago Wilcox Mfg. Co.
16928 State Street
P.O. Box 126
South Holland, IL 60473

Burbank's Complete Auto
and Truck Repair, Inc.
8410 S. Oketo Ave.
Bridgeview, IL 60455

Centimark
845 Hawthorne Lane
West Chicago, IL 60185

Christine Ortiz
15425 S. Cherrywood C.t
Orland Park, IL 60462

Bushnell, Inc.
2110 Oxford Rd.
Des Plaines, IL 60018-1920

Central Contractors, Inc.
4655 W. 137th St.
Bridgeview, IL 60455

CIMCO Refridgeration
65 Villiers St.
Toronto, Ontario
Canada M5A3S1

C.I.M.M., INC.
7400 Channel Rd.
Skokie, IL 60076

Central Steel & Wire Co.
P.O. Box 5100
Chicago, IL 60680

Cipher Electric Ld.
110 W. 2nd St.
Aurora, IL 60506

CADD/CAMM Tools, Inc.
3350 Salt Creek Lane
Ste. 114
Arlington Heights, IL 60005

CFI Computer Forms
P.O. Box 23456
Portland, OR 97281-3456

Citi Gold Advantage Card
Citi Cards
P.O. Box 6412
The Lakes, NV 88901-6412

Cambridge Electric, Inc.
P.O. Box 727
Elburn, IL 60119

Charcoal Supply
1186 N. Cherry Ave.
Chicago, IL 60622

Citibank AAdvantage Business Card
P.O. Box 6309
The Lakes, NV 88901-6309

Captive Aire Systems, Inc.
P.O. Box 60270
Charlotte, NC 28260

Chase Automotive Finance
P.O. Box 15700
Wilmington, DE 19886-5700

CitiBank USA NA
701 E. 60th St.
Sioux Falls, SD 57104

Citizens Automobile Finance
One Citizens Dr.
Riverside, RI 02915-3000

Clifisial Revision-Jones West
901 S. Larkin Ave.
Joliet, IL 60436

Consolidated Freightways
P.O. Box 73615
Chicago, IL 60673-7615

City of Chicago
General Contractors License
P.O. Box 388249
Chicago, IL 60638-8249

Columbia Pipe & Supply Co.
1209 Paysphere Circle
Chicago, IL 60674

Constant Communications
4139 W. 123rd St.
Alsip, IL 60658

City of Chicago-Dept. of Rev.
City of Chicago
P.O. Box 88298
Chicago, IL 60680-1298

ComEd
Bill Payment Center
Chicago, IL 60668

Construction Resource
Technology, Inc.
1515 Indian River Blvd., Bld.A-2
Vero Beach, FL 32960

City of Oak Forest
15440 S. Central Ave.
Oak Forest, IL 60452

Composite Steele Products, Inc.
1220 W. Main St.
Melrose Park, IL 60160

Continental Electrical
5900 Howard St.
Skokie, IL 60077

Clark Gasket
500 W. 31st St.
Chicago, IL 60616

Compressed Air Co.
2401 Gardner Rd.
Broadview, IL 60155

Contractor Express, Inc.
7474 S. Madison St.
Willowbrook, IL 60527

Cleats Manufacturing Co., Inc.
1855 S. Kilbourn Ave.
Chicago, IL 60623

Computer Maintenance Service, Inc.
19231 Henry Dr.
Mokena, IL 60448

Contractors Credit
1001 Warrenville Rd.
Lisle, IL 60532

CNA Insurance
CCC Third Party Deductibles
23400 Network Place
Chicago, IL 60673-1234

Con-Way Central Express
10080 S. Harlem Ave.
Bridgeview, IL 60455

Contractors Industrial Supply Co.
3080-84 N. Lake Terrace
Glenview, IL 60025

CNA Surety
8137 Innovation Way
Chicago, IL 60682-0081

Concepts and Designs, MS
P.O. Box 1013
Wixom, MI 48393-1013

Control Engineering Corp.
2000 York Rd.
Suite 102
Oak Brook, IL 60523

Cochrane Compressor Co.
P.O. Box 1458
Olympia Fields, IL 60461-1458

Concord Excavating, LLC
12157 Oxford Court
Lemont, IL 60439

Control Solutions
811 Ogden Ave.
Lisle, IL 60532

Coil Company
P.O. Box 956
Paoli, PA 19301

Conserv, Inc.
9190 Corporation Dr., Ste. 104
Indianapolis, IN 46256

Control'd Engineering
P.O. Box 2474
Glen Ellyn, IL 60138-2474

Controlled Environment
Testing & Balancing
1350 Remington Rd., Ste. U
Schaumburg, IL 60173

Custom Electric Systems
774 Foster Ave.
Bensenville, IL 60106

Designtek Assoc., Inc.
301 White Street
Suite E&F
Frankfort, IL 60413

Convergint Technologies, LLC
35257 Eagle Way
Chicago, IL 60678-1352

Custom Sheetmetal & Supply
7053 Barry Street
Des Plaines, IL 60018

Diamond Threaded Products
5125 W. 123rd St.
Alsip, IL 60803

Cornerstone Solutions
4731 Willow Springs Rd.
La Grange, IL 60525-6130

Custom Tire, Inc.
4201 W. Midlothian Turnpike
Midlothian, IL 60445

Digital Blue, Inc.
8200 W. 185th Street, Ste. L
Tinley Park, IL 60477

Corporate Express, Inc.
1301 International Pkwy.
Woodridge, IL 60517

Cyrus Shank Company
4645 W. Roosevelt Rd.
Cicero, IL 60804

Digital Printing Center
832 W. Erie Street
Chicago, IL 60622

CRG Auto Repair
8035 W. 189th St.
Mokena, IL 60448

D. Wexler & Sons, Inc.
4821 S. Aberdeen St.
Chicago, IL 60609

Diversified Machinery, Inc.
11497 Lakewood St.
Crown Point, IN 46307

Critical Data Solutions
1432 Druid Hills Ct.
Naperville, IL 60563

DC Transport, Inc.
1300 E. Devon Ave.
Elk Grove Village, IL 60007

Don Falls
12753 LaCrosse Ave.
Alsip, IL 60658

Culligan
9400 W. Enterprise Dr.
Mokena, IL 60448-8321

Deerbart Financial Services, Inc.
2590 E. Devon Ave., Ste. 207
Des Plaines, IL 60018-4937

Dorian Electric Co.
3502 W. 95th St.
Evergreen Park, IL 60805

Current Labels
P.O. Box 310
Athens, PA 18810-0301

Delta Control Products
2031 W. Rose Garden Lane
Phoenix, AZ 85027

DP Systems, LLC
1041 Republic Dr.
Addison, IL 60101-0828

Custom Connection, Inc.
55 W. Irving Park, Rd.
Roselle, IL 60172

Deltha-Therm Corp.
398 W. Liberty St.
Wauconda, IL 60084

Dreisilker Electric Motor
36249 Treasury Center
Chicago, IL 60694-6200

Custom Design Tile
P.O. Box 128
Crete, IL 60417

Des Champs Labs. 'ECore'Hts
P.O. Box 798-211
Saint Louis, MO 63179-8000

Dreyer Medical Clinic
P.O. Box 2091
Aurora, IL 60507

Drywall Design, Inc.
262 Sherry Lane
Chicago Heights, IL 60411

Eclipse Combustion, Inc.
P.O. Box 71424
Chicago, IL 60694

Energy Improvement Products, Inc.
2200 W. Higgins Rd., Ste. 355
Schaumburg, IL 60195

Dualtemp Companies
4301 S. Packers Ave.
Chicago, IL 60609

ECS Electrical Contractors, Inc.
3845 W. 166th Place
Markham, IL 60428

Englewood Electrical Supply
P.O. Box 91426
Chicago, IL 60693

DunBar Insulation Co.
445 Madison
Calumet City, IL 60409

Edstrom Industries, Inc.
819 Bakke Ave.
Waterford, WI 53185-4299

Equipment Storage Corp.
7450 S. Ashland
Chicago, IL 60636

Dynamic Electric, Inc.
12800 S. Cicero
Alsip, IL 60803

EFR Fire Equipment
P.O. Box 635
Mokena, IL 60448

Erie Vehicle Body
60 E. 51st St.
Chicago, IL 60615

Dynamic Fastner
P.O. Drawer 16837
Kansas City, MO 64133-0937

Eighner's Flowers
17928 Dixie Highway
Homewood, IL 60430

ESP Assoc., Ltd.
999 Remington Blvd., Ste. E
Bolingbrook, IL 60440

E.F. Wood/C.A.S.H.
2300 Hammond Drive
Schaumburg, IL 60173

Electric Medic
30W260 Butterfield Rd., Ste. 281
Warrenville, IL 60555

Evapco c/o Bullock Logan & Asso
169 Crossen Ave.
Elk Grove Village, IL 60007

E.L. Pruitt Co.
P.O. Box 3306-3090 Colt Rd.
Springfield, IL 62708

Elfco
7613 W. 100th Place
Bridgeview, IL 60455

Evapco, Inc.
P.O. Box 630272
Baltimore, MD 21263

E/C Vibrations & Balancing Services
726 Lunt
Schaumburg, IL 60193

Elgin Roofing Company
366 Bluff City Blvd.
Elgin, IL 60120-8324

Evergreen Oak Electric
P.O. Box 549
Midlothian, IL 60445

Eagle Truck Rebuilders
3030 W. 139th St.
Blue Island, IL 60406

Elite Roofing & Construction, Inc.
15016 S. Hamlin
Midlothian, IL 60445

Evergreen Oak Electric
P.O. Box 549
Midlothian, IL 60445-0549

Earthwise Environmental Inc.
21 W. 415 N. Ave., Ste. 200
Lombard, IL 60148-1107

Empire Home Services, LLC
7045 N. Ridgeway Ave.
Lincolnwood, IL 60712

EZ Electrical
7243 S. Jeffrey Blvd.
Chicago, IL 60649

F.H. Paschen
8725 W. Higgins Rd.
Chicago, IL 60630

First Insurance Funding Corp.
450 E. LaSalle St. Dept. 6075
Chicago, IL 60674-8075

Fluid Sealing Consultants, Inc.
502 Doral Dr.
Schererville, IN 46375

Falls Mechanical Insulation
7703 W. 99th St.
Hickory Hills, IL 60457

First Midwest Bank
P.O. Box 9003
Gurnee, IL 60031

FMSI
1001 Warrenville Rd.
Lisle, IL 60532

Falson Supply Co., Inc.
P.O. Box 158
Franklin Park, IL 60131

Five Star Safety Equipment, Inc.
4N240 Cavalry Dr., Unit D
Bloomingdale, IL 60108-2301

Ford Credit
P.O. Box 219825
Kansas City, MO 64121-9825

Fastway
19152 S. Blackhawk Parkway
Mokena, IL 60448

FLC Instruments, Inc.
1019 Airpark Dr.
Sugar Grove, IL 60554-9585

Freeway Ford Truck Sales
8448 45th St.
Lyons, IL 60534

FDC Corporation
P.O. Box 1047
Elk Grove Village, IL 60009-1047

Fleet Fueling
P.O. Box 6293
Carol Stream, IL 60197-6293

Fresh Aire, Inc.
38 Waitkus Drive
Lemont, IL 60439

Ferguson Enterprises, Inc.
#968
4558 Collections Center Dr.
Chicago, IL 60693

Fleet Pro, Inc.
7911 W. 157th St.
Orland Park, IL 60462

Full Circle, Inc.
P.O. Box 911386
Dallas, TX 75391-1386

FES Midwest, Inc.
167 Country Commons Rd.
Cary, IL 60013

Fleming Hanson Sales
3010 Woodcreek Dr., Ste. E
Downers Grove, IL 60515

G&O Thermal Supply Co.
5435 Northwest Highway
Chicago, IL 60630-1191

FES Systems, Inc.
3475 Board Rd.
York, PA 17402-6934

Flomech, Inc.
4253 Elm St.
Downers Grove, IL 60515

G.W. Berkheimber Co., Inc.
P.O. Box 1247
Portage, IN 46368-9047

Fifth Third Bank
P.O. Box 630337
Cincinnati, OH 45263-0001

Flowserve US, Inc.
P.O. Box 91329
Chicago, IL 60693

Gatwood Crane Service, Inc.
2345 E. Hamilton Rd.
Arlington Heights, IL 60005

Filter Services Illinois
2555 United Lane
Elk Grove Village, IL 60007

Fluid Air Products
7535 Plaza Ct.
Hinsdale, IL 60521

Gem Electric Supply, Inc.
3135 W. 95th St.
Evergreen Park, IL 60805

Gems Sensors, Inc.
P.O. Box 96860
Chicago, IL 60693

GreatBank Algonquin
234 S. Randall Rd.
Algonquin, IL 60102

Harris and Associates
809 W. Joliet Highway
New Lenox, IL 60451

Gladwin Machinery & Supply Co.
131 N. Lively Blvd.
Elk Grove Village, IL 60007

Greenheck
Bin 145
Milwaukee, WI 53288-0145

Harris Bank
Barrington NA
P.O. Box 6201
Carol Stream, IL 60197-6201

Glass America
1440 Momentum Place
Chicago, IL 60689-5314

Gus Berthold Electric Co.
1900 W. Carroll Ave.
Chicago, IL 60612

Harrison Publishing House
P.O. Box 320
995 Industrial Pk. Rd.
Littleton, NH 03561-0320

Global Energy Solutions, Inc.
531 East Roosevelt Rd.
Wheaton, IL 60187

Guzinski Builders, Inc.
5705 Midlothian Turnpike
Midlothian, IL 60445

Harry J. Kloepper
1832 Johns Drive
Glenview, IL 60025

Global Watr Technology
The OakBrook Terrace Atrium
17W220-22nd St., Ste. 240
OakBrook Terrace, IL 60181

H.A. Phillips & Co.
1775 Wallace Ave.
Saint Charles, IL 60174-3402

Hartzell Fan, Inc.
P.O. Box 919
Piqua, OH 45356

Glow Electric
13437 Kolmar Lane
Midlothian, IL 60445

Hacia
901 W. Jackson Blvd.
Suite 205
Chicago, IL 60607

Hatchell and Associates
414 W. Fullerton
Elmhurst, IL 60126-1435

Gradebeam, LLC
343W. Erie St., Ste. 420
Chicago, IL 60610

Halogen Supply Company
4653 W. Lawrence Ave.
Chicago, IL 60630

Heisler Green Chemical
1116 W. 47th Place
Chicago, IL 60609

Graphic Screen Printing
15640 S. 70th Ct.
Orland Park, IL 60462

Hansen Technologies Corp.
P.O. Box 945917
Atlanta, GA 30394-5917

Helsel-Jefferson Elec., Inc.
P.O. Box 310
Chicago Heights, IL 60144-0310

Great Lakes Metals Corp.
8920 S. Octavia Ave.
Bridgeview, IL 60455

Hard Rock Concrete Cutters, Inc.
984 Lee St.
Des Plaines, IL 60016-6646

Hemingway, Inc.
15300 Greenwood Road
South Holland, IL 60473-1998

Great Lakes Reit
1011 E. Touhy
Des Plaines, IL 60018

Harrington Industrial Plastics
P.O. Box 5128
14480 Yorba Ave.
Chino, CA 91708-5128

Hennig Gasket & Seals, Inc.
2350 W. Cullerton St.
Chicago, IL 60608-2515

Henry Pratt Co.
Dept. CH 10355
Palatine, IL 60055-0355

Home Free Service, Inc.
P.O. Box 584
Lockport, IL 60441

Illinois Dept. of Public Aid
State Disbursement Unit
P.O. Box 8000
Wheaton, IL 60189-8000

Hertz Equipment Rental Corp.
P.O. Box 26390
Oklahoma City, OK 73126-0360

Hometite Insulation
9418 Corsair Rd., Unit A
Frankfort, IL 60423

Illinois Dept. of Revenue
Retailers Occupation Tax
62797-0001

Highpoint Construction
7860 Steger Rd.
Frankfort, IL 60423

Houston Roof Curbs & Sheet Metal, I
4108 W. Division St.
Chicago, IL 60651

Illinois Dept. of Revenue
P.O. Box 88294
Chicago, IL 60680-1294

Hilco Distributing
1501 N. Kingsbury
Chicago, IL 60622

Hudson Technologies Co.
P.O. Box 33132
Hartford, CT 06150-3132

Illinois Dept. of Revenue
P.O. Box 19045
Springfield, IL 62794-9045

Hill-Rom
1069 State Rd. 46 East
Batesville, IN 47006

Huey Reprographics
19 S. Wabash Ave., 3rd Fl.
Chicago, IL 60603

Illinois Mechanical Sales
2627 N. Western Ave.
Chicago, IL 60647-2086

Hilti Inc.
P.O. Box 382002
Pittsburgh, PA 15250-8002

Humana, Inc.
Employers Health Insurance
P.O. Box 0599
Carol Stream, IL 60132-0599

Illinois Pump Repairs, Inc.
301 Amendodge Drive
Joliet, IL 60431

Hiram Electrical Contractors, Inc.
1351 W. Foster Ave.
Chicago, IL 60640

Hyre Electric Co.
2320 W. Ogden Ave.
Chicago, IL 60608

Illinois State Toll Hwy
Authority-Vilation Proc. Cntr.
135 S. LaSalle, Dept. 8021
Chicago, IL 60674-8021

Hoh Chemicals, Inc.
500 S. Vermont St.
Palatine, IL 60078

Illco, Inc.
P.O. Box 1330
Aurora, IL 60507

Illinois Student Assistance Comm
P.O. Box 904
Deerfield, IL 60015

Holland Applied Technologies
7050 High Grove Blvd.
Willowbrook, IL 60527

Illini Hi Reach Inc.
13633 Main Street
Lemont, IL 60439-3776

IMC Instruments, Inc.
N60W14434 Kaul Ave.
Menomonee Falls, WI 53051

Holland Printing, Inc.
1007 E. 162nd St.
South Holland, IL 60473

Illinois Dept. Empl. Security
P.O. Box 803412
Chicago, IL 60680

Imperial Crane Services, Inc.
7500 W. Imperial Dr.
Bridgeview, IL 60455

Independent Testing & Balancing
28365 Davis Parkway
Suite 202
Warrenville, IL 60555

Industrial Commercial Design
8706 Timbers Pointe Dr.
Tinley Park, IL 60477

Industrial Consultants, LLC
P.O. Box 833
Owasso, OK 74055

Industrial Welder Rebuilders
11706 S. Mayfield
Alsip, IL 60803

Integrated Technology Group
17475 Palmer Blvd.
Homewood, IL 60430

International Environmental
P.O. Box 270544
Oklahoma City, OK 73127

International Equipment, Inc.
619 South Maple
Grant Park, IL 60940

International Test & Balance
380 Northwest Highway
Des Plaines, IL 60016-2201

Invevnsys
Dept. CH10099
Palatine, IL 60055-0099

IVM Corporation
399 Hammond Ave.
Elgin, IL 60120

J&C Metal Doors, Inc.
9306 W. 163rd Place
Tinley Park, IL 60477

J. Mooncotch Crane Rental
9735 Industrial Dr.
Bridgeview, IL 60455

J.A. Frate, Inc.
P.O. Box 497
Crystal Lake, IL 60039-0497

J.P. Larsen, Inc.
5615 W. 120th Place
Alsip, IL 60803

Jack's
6638-44 West 26th Place
Berwyn, IL 60402

Jack's Specialized Services, Inc.
4947 W. 173rd St.
Country Club Hills, IL 60478

Jacobs Facilities, Inc.
2222 S. Riverside Plaza
Chicago, IL 60606

Jadco Research & Engineering
4006 N. Nashville Ave.
Chicago, IL 60634

Jadco/Air Design Systems, Inc.
4006 N. Nashville Ave.
Chicago, IL 60634

Jadco/Air Filter Engineers
4006 N. Nashville Ave.
Chicago, IL 60634

Jadco/Applied Mechanical Sales
4006 N. Nashville Ave.
Chicago, IL 60634

Jadco/Automatic Building Contr
4006 N. Nashville Ave.
Chicago, IL 60634

Jadco/Barr Mechanical
4006 N. Nashville Ave.
Chicago, IL 60634

Jadco/Brucker Co.
4006 N. Nashville Ave.
Chicago, IL 60634

Jadco/Bullock Logan
4006 N. Nashville Ave.
Chicago, IL 60634

Jadco/Control Solutions
4006 N. Nashville Ave.
Chicago, IL 60634

Jadco/Evapco
c/o Bullock Logan
4006 N. Nashville Ave.
Chicago, IL 60634

Jadco/Falls Mechanical Insulation
4006 N. Nashville Ave.
Chicago, IL 60634

Jadco/Fluid Air Products
4006 N. Nashville Ave.
Chicago, IL 60634

Jadco/Hatchell & Assoc., Inc.
4006 N. Nashville Ave.
Chicago, IL 60634

Jadco/Hemmingway
4006 N. Nashvile Ave.
Chicago, IL 60634

Jadco/HOH Chemicals
4006 N. Nashville Ave.
Chicago, IL 60634

Jadco/International
Test & Balance
4006 N. Nashville Ave.
Chicago, IL 60634

Jadco/Invensys Bldg System
4006 N. Nashville Ave.
Chicago, IL 60634

Jadco/Kewanee Builder
4006 N. Nashville Ave.
Chicago, IL 60634

Jadco/McQuay Intl.
4006 N. Nashville Ave.
Chicago, IL 60634

Jadco/Nickelson Industrial
Service, Inc.
4006 N. Nashville Ave.
Chicago, IL 60634

Jadco/Super Radiator Sales/Maddock
4006 N. Nashville Ave.
Chicago, IL 60634

Jadco/Temperature Equipment Corp.
4006 N. Nashville Ave.
Chicago, IL 60634

JDL Systems, Inc.
13222 Meadowlark Dr.
Orland Park, IL 60462

Jeff Concrete Cutters
6331 N. Natoma
Chicago, IL 60631

Jiffy Lube
Sound Billing
P.O. Box 620130
Middleton, WI 53562

JM Polcurr, Inc.
907 E. 31st
La Grange Park, IL 60526

Joe Rizza Ford
8100 W. 159th St.
Orland Park, IL 60462

John J. Moroney & Co.
P.O. Box 320
Summit Argo, IL 60501

John W. Thomson Co.
8803 S. Genoa Ave.
Chicago, IL 60620

Johnson Controls, Inc.
3007 Malmo Dr.
Arlington Heights, IL 60005

Johnson Marcraft
P.O. Box 790051
Saint Louis, MO 63179

Johnson Pipe & Supply Co.
999 W. 37th St.
Chicago, IL 60609

Johnstone Supply
4606 W. 138th St.
Midlothian, IL 60445

Joliet Jr. College
1215 Houbolt Rd.
Joliet, IL 60431-8938

Jones & Cleary Roofing
and Sheetmetal
6838 S. Chicago Ave.
Chicago, IL 60637

Jordan Valve c/o Antel Corp.
669 Executive D.
Hinsdale, IL 60521

JRS Construction Co.
25668 N. Gilmer Rd.
Mundelein, IL 60060

K & K Iron Works, Inc.
5100 S. Lawndale
La Grange, IL 60525

K-Hvac Ind. Inc. d/b/a AAA Servic
161 Ontario-Unit 2
Frankfort, IL 60423

Kallemeyn
Kallemeyn Auto Center, Inc.
12145 S. Ridgeland Ave.
Palos Heights, IL 60463

Kara Company, Inc.
5255 Dansher Rd.
La Grange, IL 60525

Keeprite Refrigeration
159 Roy Blvd., P.O. Box 2020
Brantford, Ontario
CN N3T5y6

Kel-Tech Electric
229 E. Hellen Rd.
Palatine, IL 60067

Key Equipment Finance
Payment Processing Center
P.O. Box 203901
Houston, TX 77216-3901

Kirk Miller, Inc.
P.O. Box 27707
Riverdale, IL 60827-7707

Leland Enterprises, Inc.
1040 Main St.
Lombard, IL 60148

Key West Metal Industries, Inc.
7415 W. 90th Ct.
Bridgeview, IL 60455

LaGrange Crane Service, Inc.
6180 River Rd.
La Grange, IL 60525

Lennox Industries, Inc.
P.O. Box 910549
Dallas, TX 75391-0549

Klever Green
11649 W. 194th St.
Mokena, IL 60448

Lakeland Heating and Cooling
219 Lake Ave.
Lake Villa, IL 60046

Letterman/Signage, Inc.
19912 S. Wolf Rd.
Mokena, IL 60448

Klotz Environmental Prod. Inc.
P.O. Box 2258
Schiller Park, IL 60176

Lancaster Transportation
8020 Alabama Ave.
Willowbrook, IL 60527

Levy Restaurants
7994 Collections Center Drive
Chicago, IL 60693

Knickerbocker Roofing and Pavi
1628 S. Lathrop
Harvey, IL 60426

Lance Construction Supply
4225 W. Ogden Ave.
Chicago, IL 60623

Liebert Corporation
P.O. Box 70474
Chicago, IL 60673

Knight Security Alarms, Inc.
P.O. Box 333
New Lenox, IL 60451-0333

Lanier Worldwide, Inc.
820 Jorie, Suite 120
Oak Brook, IL 60523

Lienguard, Inc.
1000 Jorie Blvd.
Oak Brook, IL 60523

Kolbi Pipe Marker Co.
2304 Foster Ave.
Wheeling, IL 60090

Lara McDonald Design, Inc.
3108 S. Rt. 59
Naperville, IL 60564

Lift Works, Inc.
1201 W. Hawthorne Lane
West Chicago, IL 60185

Krack Corporation
2437 Collections Center Dr.
Chicago, IL 60693

LaRoche Industries, Inc.
P.O. Box 532414
Atlanta, GA 30353-2414

Lifting Gear Hire Corporation
7431 W. 90th St.
Midlothian, IL 60445

Krause Constuction LLC
3330 Edison Ave.
Blue Island, IL 60406

Law Office of Burton A. Brown
205 W. Wacker Dr., Ste. 922
Chicago, IL 60606

Lindab, Inc.
W. 501896
P.O. Box 7777
Philadelphia, PA 19175-1896

Kropp Equipment, Inc.
1020 Kennedy Ave.
Schererville, IN 46375

Legend Electrical Sales
553 W. Carboy Rd.
Mount Prospect, IL 60056-5775

Linear Electric, Inc.
15346 S. 70th Ct.
Orland Park, IL 60462

Litgen Concrete Cutting
1020 Nerge Rd.
Elk Grove Village, IL 60007

Marc Promotions
7702 Lakeview Parkway W. Dr.
Indianapolis, IN 46268

Med. Con., Inc.
P.O. Box 244
Antioch, IL 60002

Loftus & Loftus
Attorneys at Law
646 Busse Highway
Park Ridge, IL 60068

Marco Supply Company
P.O. Box 78293
Milwaukee, WI 53278-0293

Meilner Mechanical Sales
19 W. College Drive
Arlington Heights, IL 60004-1954

Louis Imbert Corporation
7030 N. Austin Ave.
Niles, IL 60714

Martin Whalen Office Solutions, Inc
18630 S. 81st Ave.
Tinley Park, IL 60477

Meineke
9502 W. 179th St.
Tinley Park, IL 60477

M&O Insulation Co.
P.O. Box 759
Homewood, IL 60430-8759

Marzullo Supply
8833 S. Kedzie Ave.
Evergreen Park, IL 60805

Metal Products
15700 S. Parker Rd.
Lockport, IL 60441

M.Difoggio & Sons
13929 S. Kostner Ave.
Midlothian, IL 60445

Material Handling Services, Inc.
336 W. Armory Drive
South Holland, IL 60473

Meters & Controls
505 W. Wrightwood Ave.
Elmhurst, IL 60126

M.G. Electric Service, Inc.
1450 E. Algonquin Rd.
Arlington Heights, IL 60005

Maund, Richard & Assoc.
2505 W. 1437th St.
Posen, IL 60469

Metro Electric Co.
3723 N. Milwaukee Ave.
Chicago, IL 60641-3035

Maddock Industries
2720 W. Chicago Ave.
Chicago, IL 60622

McMaster - Carr Supply Company
P.O. Box 7690
Chicago, IL 60680-7690

Metrolift, Inc.
679 Heartland Dr.
Sugar Grove, IL 60554

Magnum Construction Services, Inc.
17405 W. 145th St.
Lockport, IL 60441

McQuay c/o Brucker Co.
1200 Greenleaf Ave.
Elk Grove Village, IL 60007

Michael Goss Photography
2448 W. Chicago Ave.
Orland Park, IL 60462

Mammoth, Inc.
P.O. Box 9333
Minneapolis, MN 55440-9333

McQuay c/o Thermosystems
1153 N. Main St.
Lombard, IL 60148

Michuda Construction
11204 S. Western Ave.
Chicago, IL 60643

Manning Systems, Inc.
P. O. Box 419429
Kansas City, MO 64141

McQuay International
1056 Solution Court
Chicago, IL 60677-1000

Mid Lakes Distributing
1029-37 W. Adams St.
Chicago, IL 60607-2995

Mid-States Refrigeration Supply
Inc.
P.O. Box 11005
South Bend, IN 46634

Mid-Town Petroleum, Inc.
9707 S. 76th Ave.
Bridgeview, IL 60455

Midwest Environmental Sales, Inc.
415 S. William St.
Mount Prospect, IL 60056

Midwest Glass Co.
2630 W. Bradley Place
Chicago, IL 60618

Midwest Helecopter
Airways, Inc.
525 Executive Dr.
Willowbrook, IL 60527

Midwest Masonry, Inc.
1335 Wilhelm
Suite A
Mundelein, IL 60060

Midwest Suburban Publishing
P.O. Box 757
Tinley Park, IL 60477

Midwest Trading Co.
12349 S. LaTrobe
Alsip, IL 60658

Midwest Welding Supply, Inc.
5318 S. Kedzie Ave.
Chicago, IL 60632

Millipore Corporation
80 Asby Rd.
Bedford, MA 01730

Minster Mechanical Sales
2420 Halsted St.
Chicago Heights, IL 60411

Mobile Air, Inc.
800 E. Mandoline Ave.
Madison Heights, MI 48071

Mobile Mini, Inc.
P.O. Box 79149
Phoenix, AZ 85062-9149

Monarch Marketing Group
3357 Collection Center Drive
Chicago, IL 60693

Monroe Transportation Services
1051 S. Westwood Ave.
Addison, IL 60101

Moore Supply Company
2100 W. 80th St.
Chicago, IL 60620

Motion Industries
P.O. Box 98412
Chicago, IL 60693

MSI Marking Services
P.O. Box 240027
8625 N. Faulkner Rd.
Milwaukee, WI 53224

Muck Engineering, Inc.
9972 Pacific Ave.
Franklin Park, IL 60131

Munch's Supply
1901 Ferro Dr.
New Lenox, IL 60451

Mycom North America, Inc.
P.O. Box 31001-0812
Pasadena, CA 91110-0812

Nalco
P.O. Box 70716
Chicago, IL 60673-0716

National City Bank
P.O. Box 856153
Louisville, KY 40285-6153

National Construction Rentals
1894 Plain Ave.
Aurora, IL 60505

National Roofing Corp.
7641 S. Kedzie Ave.
Chicago, IL 60652-1507

National Waste Services & IRS
P.O. Box 900154
Louisville, KY 40290-1154

National Welding Supply Co., Inc.
P.O. Box 1407
Bloomington, IL 61702-1407

Nelson Insulation Company
386 Hollow Hill Dr.
North Chicago, IL 60064

NES Rentals
P. O. Box 8500-1226
Philadelphia, PA 19178-1226

New York Blower
7660 Quincy St.
Suite 100
Willowbrook, IL 60527

Newark In One
P.O. Box 94151
Palatine, IL 60094-4151

North States Steel
919 Eagle Drive
Bensenville, IL 60106

Omega Engineering, Inc.
One Omega Dr., Box 4047
Stamford, CT 06907-0047

Newman & Boyer, Ltd.
900 Maple Road
Homewood, IL 60430

Northern Illinois
Steele Supply Co.
P.O. Box 2146
Joliet, IL 60434-2146

Omni Pumps
9224 Chestnut Ave.
Franklin Park, IL 60131

Next Day Toner
11411 W. 183rd St.
Suite H
Orland Park, IL 60467

Northwest Electric Supply
600 E. Rand Road
Mount Prospect, IL 60056

Ortiz Mechanical Contractors, Inc.
15343 S. 70th Court
Orland Park, IL 60462

NH3 Team, Inc.
P.O. Box 152
Delphos, OH 45833

Northwestern Memorial Hosp.
259 E. Erie, Ste. 300
Chicago, IL 60611

Ortiz Mechanical Contractors, Inc.
15343 S. 70th Ct.
Orland Park, IL 60462

Niagara Blower Co.
673 Ontario St.
Buffalo, NY 14207

Northwestern Memorial Physicians Gr
75 Remittance Dr., #1865
Chicago, IL 60675-1865

Ortiz Real Mechanical Contractors
15343 S. 70th Court
Orland Park, IL 60462

Nickelson Industrial Service
8501 S. Baltimore Ave.
Chicago, IL 60617-2636

Northwestern Mutual Life
P.O. Box 3009
Milwaukee, WI 53201-3009

Outokumpu Heatcraft
USA LLC
P.O. Box 7247-6785
Philadelphia, PA 19170-6785

Nicor Gas
P.O. Box 416
Aurora, IL 60568-0001

Novaspect
1776 Commerce Dr.
Elk Grove Village, IL 60007

Overnite Transportation Co.
P.O. Box 79755
Baltimore, MD 21279-0755

NMACP, Inc.
1501 Lee Highway
Suite 202
Arlington, VA 22209

Nu Way Disposal Service, Inc.
19012 S. Wolf Rd.
Mokena, IL 60448

P and G. Engineering Co.
11924 S. 88th Ave.
Palos Park, IL 60464

Nolan Builder & Tank Service
8531 Vincennes
Chicago, IL 60620-1929

Nutemp
3348 S. Pulaski Rd.
Chicago, IL 60623

P&M National Sales
708 County Line Rd.
Streamwood, IL 60107

Norgas Controls, Inc.
1512 Resource Dr.
Burlington, KY 41005

Occupational Training Supply Co.
12601 S. Springfield
Alsip, IL 60803

Pameco Corporation
Dept. 77102
P.O. Box 77000
Detroit, MI 48277-0102

Park Supply of Ferguson
Enterprise, Inc. #1408
12808 Collections Center Dr.
Chicago, IL 60693

Precision Blue
9010 Woodcreek Lane
Downers Grove, IL 60515

Proven Business Systems
9726 W. 194th St.
Mokena, IL 60448

Parker Hannifen Corp.
Refrigeration Specialties
7867 Collection Center Dr.
Chicago, IL 60693

Precision Control Systems, Inc.
405 E. Ridge Rd.
Griffith, IN 46319

Pump Specialties, Inc.
9428 W. 47th St.
Brookfield, IL 60513

Phoenix Air Control
219 Williams St.
Bensenville, IL 60106

Precision Powder Coating
371 E. Praire Street, Unit D
Crystal Lake, IL 60014

QBE Insurance Corp.
119 N. Park Ave.
Suite 310, Rovkville Center
Rockville Centre, NY 11570

Pipe Freezing Services
P.O. Box 387
Antioch, IL 60002

Premium Assignment Corp.
P.O. Box 3100
Tallahassee, FL 32315-3100

Quality Crane Service, Inc.
P.O. Box 1175
Frankfort, IL 60423

Piping Technology & Products, Inc.
P.O. Box 34506
Houston, TX 77234-4506

Preservation Services, Inc.
221 E. Rocbarr
Romeoville, IL 60446

Quick Wrap Bag
P.O. Box 290
Cobb, CA 95426

Pitney Bowes, Inc.
P.O. Box 856042
Louisville, KY 40285-6042

Pro Fastening Systems, Inc.
44 E. University Dr.
Arlington Heights, IL 60004

Quickpen International
384 Inverness Dr. South
Suite 200
Englewood, CO 80112

Plumbing Express, Inc.
9526 Corsair Rd.
Frankfort, IL 60423

Pro-Fab Sheet Metal, Inc.
852 Lively Blvd.
Wood Dale, IL 60191-1202

Quill Corporation
P.O. Box 94081
Palatine, IL 60094-4081

Porter Pipe and Supply
35049 Eagle Way
Chicago, IL 60678-1350

Professional Computer Group
11302 S. Harlem Ave.
Worth, IL 60482

R & J Construction Supply
Company, Inc.
30 W. 180 Butterfield Rd.

Powertron Power Systems
1250 Touhy Ave.
Elk Grove Village, IL 60007

Profile Systems LLC
1000 E. 80th Place
Suite 777
Merrillville, IN 46410-5644

R. Cleveland
U.G. Technologies Corp.
95 Center Drive
Gilberts, IL 60136

Praxair Distribution, Inc.
Dept. CH 10660
Palatine, IL 60055-0660

Proforma Corporate
Marketing Solutions
P.O. Box 640814
Cincinnati, OH 45264-0814

R. Gingerich Co.
820 N. Nebraska
Shabbona, IL 60550

R.B. Hayward Co.
9556 River Street
Schiller Park, IL 60176

Rior Concrete
604 Wyandot Drive
Palos Heights, IL 60463

Rbot Consulting
P.O. Box 841
Wheaton, IL 60189

R.S. Means Co., Inc.
P.O. Box 7247 - 6961
Philadelphia, PA 19170-6961

Rick's Sandblasting
13332 Bell Rd.
Lemont, IL 60439

Roughneck Concrete
Drilling and Sawing Co.
8400 Lehigh Ave.
Morton Grove, IL 60053

Radiant Optics, Inc.
19510 144th Ave. NE
Suite B-7
Woodinville, WA 98072

Ricoh Corporation
P.O. Box 73213
Chicago, IL 60673-7213

Rovanco Piping Systems
20535 SE Frontage Rd.
Joliet, IL 60431

Randall Industries
741 S. Route 83
Elmhurst, IL 60126-4228

Ritter Technology, LLC
P.O. Box 8500-4285
Philadelphia, PA 19178-4285

Royal Crane Service, Inc.
P.O. Box 1858
Bridgeview, IL 60455

Rankin Construction Heaters, Inc.
1051 N. Main, Suite D
Lombard, IL 60148

RJW Transport, Inc.
P.O. Box 700
Bloomingdale, IL 60108

Ryan Herco Products Corp.
P.O. Box 10369
Burbank, CA 91510-0369

Ranshell's Inc.
Muffler and Brake
13901 Burnham Ave.
Chicago, IL 60633

RKD Construction Supplies
11633 W. Grand Ave.
Melrose Park, IL 60164-1302

S.G. Supply Co.
12900 Throop St.
Riverdale, IL 60827-6424

Red-D-Arc, Inc.
P.O. Box 532618
Atlanta, GA 30353-2618

Robert Lloyd & Company
15127 S. 73rd Ave.
Orland Park, IL 60462

S.S.O., LLC
N 3714 20th Ct.
Montello, WI 53949

Reed Contruction Data
P.O. Box 2241
Carol Stream, IL 60132-2241

Roeda Signs
16931 State St.
South Holland, IL 60473

Safety Meeting Outlines
P.O. Box 700
Frankfort, IL 60423

Rental Max LLC
908 E. Roosevelt Rd.
Wheaton, IL 60187

Roof Products & Systems
P.O. Box 6500
Chicago, IL 60680-6500

Safeway Services, Inc.
O.S. 490 Route 83
Oakbrook, IL 60181

RFS Construction, Inc.
9022 S. Odell
P.O. Box 1133
Bridgeview, IL 60455

Root Bros. Mfg & Supply co.
10307-25 S. Mighigan Ave.
Chicago, IL 60628

Safeway Steel Products
O.S. 490 Route 83
Oakbrook Terrace, IL 60181

Sage Software
P.O. Box 728
Beaverton, OR 97075-0728

Severn Trent Pipeline
Services, Inc.
P.O. Box 7777-W4120
Philadelphia, PA 19175-4120

Courtside Controls
488 W. Milwaukee
Chicago, IL 60602

SBC
Bill Payment Center
Chicago, IL 60663-0001

SG Supply
12900 Throop
Riverdale, IL 60827

Southwest Town
10450 W. 163rd Place
Orland Park, IL 60467-5445

SBC
P.O. Box 5082
Saginaw, MI 48605-5082

Sharlen Electric Co.
P.O. Box 17597
Chicago, IL 60617

Spencer Turbine Company
P.O. Box 530678
Atlanta, GA 30353-0678

Schindler Elevator Corp.
P.O. Box 93050
Chicago, IL 60673-3050

Sheet Metal Werks
455 E. Algonquin Rd.
Arlington Heights, IL 60005

Springer Bule Print
Service Inc.
10640 S. Western Ave.
Chicago, IL 60643

Secretary of State
Jesse White Dept. Bus. Services
501 S. 2nd St.
Springfield, IL 62756-5510

Shefsky & Froelich
111 E. Wacker Dr., Ste. 2800
Chicago, IL 60601

Squire Cogswell
1111 Lakeside Dr.
Gurnee, IL 60031-4099

Self-Tech Communications
3807 W. 46th St.
Chicago, IL 60632

Si-Tech
12057 S. Page
Riverdale, IL 60827

Standard Bank & Trust
2400 W. 95th St.
Evergreen Park, IL 60642

Sellers Engineering Co.
P.O. Box 48
Danville, KY 40423-0048

Siemens Building Technology, Inc.
Building Automation
7850 Collections Center Drive
Chicago, IL 60693

Standard Bank & Trust
9700 W. 131st St.
Palos Park, IL 60464

Selling Dynamics, LLC
715 W. Algonquin Rd.
Arlington Heights, IL 60005

Signs of Success
Presidents Plaza
8600 N. Bryn Mawr Ave. St. 800
Chicago, IL 60631

Standard Bank & Trust Co.
2400 W. 95th St.
Evergreen Park, IL 60805

Sen Tech Corporation
5745 Progress Rd.
Indianapolis, IN 46241

Snook Equipment Rental
1200 N. Divisioin
Morris, IL 60450

Standard Cartage Co., Inc.
2400 S. 27th Ave.
Broadview, IL 60155

Service Systems Mechanical
Contractors, Inc.
7206 Stonweir Point
Mchenry, IL 60050

South Side Control Supply
488 N. Milwaukee Ave.
Chicago, IL 60610

Staples
Dept. 51 - 7819499236
P.O. Box 9020
Des Moines, IA 50368-9020

Steam Sales Corporation
55A Stonehill Rd.
Oswego, IL 60543

Super Electric Construction Co.
7361
Chicago, IL 60678-7361

The Drawing Board
P.O. Box 6213
Carol Stream, IL 60197-6213

Steiner Electric Company
2665 Paysphere Circle
Chicago, IL 60674-2665

Super Radiator Coils
c/0o Maddock Industries, Inc.
2720 W. Chicago Ave.
Chicago, IL 60634

The Glenrock Co.
135 S. LaSalle St.
Dept. 4206
Chicago, IL 60674-4206

Stevenson Crane Service
410 Stevenson Dr.
Bolingbrook, IL 60440

Super Radiator Coils
104 Peavy Rd.
Chaska, MN 55318

The Home Depot
Dept. 32-2003688649
Credit Services-PO.O Box 6029
The Lakes, NV 88901-6029

STG Commercial Credit
P.O. Box 419327
Kansas City, MO 64141

Superamerica Group
P.O. Box 740587
Cincinnati, OH 45274-0587

The Lombard Co.
4245 W. 123rd St.
Alsip, IL 60803

Stock Yards Hardware
& Supply Co, Inc.
4187 S. Halsted St.
Chicago, IL 60609

T.B.I. Inc.
626 Thomas Drive
Bensenville, IL 60106

The Mobile Storage Group
P.O. Box 12058
La Crescenta, CA 91224

Sugar, Friedberg & Felsenthal
30 N. LaSalle St., Ste. 3000
Chicago, IL 60602

T.J. Harrington
19024 Harding Ave.
Flossmoor, IL 60422

The Pate Company
245 Eisenhower Lane South
Lombard, IL 60148

Sun Air Conditioning, Inc.
Dept. 1009
P.O. Box 121009
Dallas, TX 75312-1009

T/R Construction Services, J.V.
200 S. Michigan Ave. #200
Chicago, IL 60604

The Trane Company
P.O. Box 98167
Chicago, IL 60693

SunBelt Rentals
P.O. Box 409211
Atlanta, GA 30384-9211

Technical Systems
Dept. 73
Tulsa, OK 74182

The Welding Center, Inc.
7400 S. Central Ave.
Chicago, IL 60638

Sunscource
P. O. Box 73063
Chicago, IL 60673-7063

Telephonics, Inc.
P.O. Box 817
Huntley, IL 60142

The Whalen Co.
P.O. Box 1390
Easton, MD 21601

SunSource Technologies
NW 7806
P.O. Box 1450
Minneapolis, MN 55485-7809

Temperature Equipment Corp.
1778 Paysphere Circle
Chicago, IL 60674

Thermflo, Inc.
251 Holbrook Dr.
Wheeling, IL 60090

Thermosystems, Inc.
1153 N. Main St.
Lombard, IL 60148

Tilance Pump Company
1300 W. Adams St.
Chicago, IL 60607

U.S.A.M.M. Inc.
7400 Channel Rd.
Skokie, IL 60076-6005

Thilman and Fillippini, Inc.
2425 Payshere Circle
Chicago, IL 60674

Trane Chicago-Aurora Service
P.O. Box 98167
Chicago, IL 60693

Unistrut Corporation
Dept. CH 10552
Palatine, IL 60055-0552

Thomas Pump Co., Inc.
2301 E. Liberty Street
Aurora, IL 60504

Triumph Bearing
P.O. Box 2067
Joliet, IL 60434

United Parcel Services
Lock Box 577
Carol Stream, IL 60132

Thorne Associates, Inc.
1450 W. Randolph
Chicago, IL 60607

TRS Automatic Transmission Rep
13811 Southwest Highway
Orland Park, IL 60462

United Rebuilders, Inc.
450 E. Sandfrd Blvd.
Mount Vernon, NY 10550-7046

Thybar Corporation
37913 Eagleway
Chicago, IL 60678-1379

True Comfort Services, Inc.
1056 S. Lewis Ave.
Lombard, IL 60148

United Refridgeration, Inc.
P.O. Box 951333
Dallas, TX 75395

Timberline Forms
P.O. Box 681
Tarrytown, NY 10591

Tyco Thermal Controls
2505 W. 147th St.
Posen, IL 60469

United Rentals
P.O. Box 503330
Saint Louis, MO 63150-3330

Timberline Softwear Corp.
P. O. Box 728
Beaverton, OR 97075-0728

Tyco Valves & Controls, LP
Dept. 0789
P.O. Box 120001
Dallas, TX 75312-0789

Universal Asbestos Removal, Inc.
20W201 101st, Ste. D
Lemont, IL 60439

Tire Kingdom
P.O. Box 116992
Atlanta, GA 30368

U.S. Data Products, Inc.
17981 Sky Park Circle
Building 39, Ste. B
Irvine, CA 92614

Universal Power & Control
146 Easy Stree
Carol Stream, IL 60188

Tithe Corp.
1809 Bayard St.
Baltimore, MD 21230

U.S. Dismantlement, LLC
2600 South Throop St.
Chicago, IL 60608

US Filter
P.O. Box 360766
Pittsburgh, PA 15250-6766

Tony Borik
1206 Towpath Lane
Wilmington, IL 60481

U.S. Treasury
Internal Revenue Service
Kansas City, MO 64999

US Gas
P.O. Box 592
Willow Springs, IL 60480

USA Coil & Air
P.O. Box 578
Devault, PA 19432

Water Energizers, Inc.
9006 Middle Rd., Ste. A
Jeffersonville, IN 47130

Whirent, Inc.
3228 S. Wood St.
Chicago, IL 60608


USF Holland, Inc.
P.O. Box 9021
Holland, MI 49422-9021

Webco
711 N. Prince Lane
Springfield, MO 65802

Winternitz, Inc.
235 Anthony Trail
Northbrook, IL 60062-2000


V.J. Mattson Company
9200 W. 191st St.
Mokena, IL 60448

Wellbuilt Equipment
617 S. Maple
Grant Park, IL 60940

Wisco
2200 N. Western Ave.
Chicago, IL 60647


Vent Products Co., Inc.
1901 S. Kilbourn Ave.
Chicago, IL 60623

Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306

WM. J. Matthews, Inc.
215 N. Laflin St.
Chicago, IL 60607-1407


Vent-A Klin
51 Botsford Place
Buffalo, NY 14216

Wesco
P.O. Box 96404
Chicago, IL 60693-6404

Wrisco Industries, Inc.
6075 W. 115th St.
Alsip, IL 60803


Victaulic Tool Co.
P.O. Box 31
Easton, PA 18044-0031

Westbend Mutual Insurance
Commercial Insurance Dept.
1900 S. 18th Ave.
West Bend, WI 53095

York International Corp.
Unitary Products Group
P.O. Box 601390
Charlotte, NC 28260


W.L. Engler
1035 N. Throop St.
Chicago, IL 60622-4097

Westside Rub-R-Wall, Inc.
P.O. Box 4159
Lisle, IL 60532

Zonatherm Products, Inc.
251 Holbrook Drive
Wheeling, IL 60090-5826


W.W. Grainger, Inc.
Dept. 136-836370411
Palatine, IL 60038-0001

Will County Clerk
Will County Office Building
302 N. Chicago St.
Joliet, IL 60432

Zurich North America
NW 5131-05-P.O. Box 1450
Minneapolis, MN 55485-1450


Wallproz, Inc.
781 S. Midlothian Rd., #385
Mundelein, IL 60060

Will County Treasurer
302 N. Chicago
Joliet, IL 60432


Warehouse Direct Office
Products
1601 W. Algonquin Rd.
Mount Prospect, IL 60056

Williamson & Co.
3334 Main St.
Skokie, IL 60076