UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| ORTIZ, DARRELL K | ) | CASE NO. 07-00598 ERW |
| | ) | |
| Debtor(s) | ) | HON. EUGENE R. WEDOFF |

## TRUSTEE'S FINAL REPORT AND ACCOUNT
### (PRE-DISTRIBUTION REPORT)

To:    THE HONORABLE EUGENE R. WEDOFF
       BANKRUPTCY JUDGE

       NOW COMES GUS A. PALOIAN, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.     GUS A. PALOIAN was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on January 12, 2007. An order for relief under Chapter 7 was entered on January 12, 2007. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.     The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed as necessary and appropriate; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.     The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.     A summary of the Trustee's Final Report as of October 10, 2008 is as follows:

|   |   |   |
|---|---|---|
| a. | RECEIPTS (See Exhibit C) | $ 363,180.33 |
| b. | DISBURSEMENTS (See Exhibit C) | $ 117,569.80 |
| c. | NET CASH available for distribution | $ 245,610.53 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | |

| | | | |
|---|---|---|---|
| 1. | Trustee compensation requested (See Exhibit E) | | $19,106.24 |
| 2. | Trustee Expenses (See Exhibit E) | | $0.00 |
| 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit G) | | $84,482.19 |
| 4. | Estimated compensation and expense reimbursement request (See Exhibit G) | | $0.00 |

5.    The Bar Date for filing unsecured claims expired on September 4, 2007.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (as necessary and appropriate, a copy of the Trustee's proposed distribution is attached as Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a | Allowed unpaid secured claims | $99,914.37 |
| b | Chapter 7 administrative and 28 U.S.C. §1930 claims | $17,114.22 |
| c | Allowed Chapter 11 administrative claims | $0.00 |
| d | Allowed priority claims | $0.00 |
| e | Allowed unsecured claims | $113,209.10 |

7.    Trustee proposes that unsecured creditors receive a distribution of 100.00% of allowed claims.

8.    Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $58,691.59. Professional's compensation and expense requested but not yet allowed is $25,790.60. The total of Chapter 7 professional fees and expenses requested for final allowance is $84,482.19.

9.    A fee of $5,299.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

DATE: October 10, 2008

RESPECTFULLY SUBMITTED

/s/ Gus A. Paloian
GUS A. PALOIAN
131 S. DEARBORN
SUITE 2400
CHICAGO, IL  60603

CH2 20220878.1

EXHIBIT A

**TASKS PERFORMED BY TRUSTEE**

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of Financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.

1.      The Trustee prepared semi-annual reports to the United States Trustee's Office.

2.      The Trustee managed the estate's cash on hand. This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.

3.      The Trustee examined the Debtor's schedules and records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets.

4.      The Trustee liquidated significant stock and business property for a benefit to the Estate in the amount of $96,717.60.

5.      The Trustee attended to tax issues concerning the estate. The Trustee retained accountants to prepare the Estate tax returns.

6.      The Trustee reviewed and analyzed the claims filed in this case, including numerous communications with creditors regarding their case inquiries and/or verification of their claims. Additionally, the Trustee prepared numerous omnibus claims objections and agreed motions for entry of agreed orders regarding claims.

7.      The Trustee engaged in extensive negotiations with an alleged secured creditor of the Estate regarding the Estate's interest in various parcels of real estate and entered into a settlement with such creditor resulting in the Estate's recovery of real estate of significant value.

8.      The Trustee effectuated the sale of the Estate's real property, including attending to pre-closing matters, preparing closing documents and attending the closing of the real property. The sale of the Estate's real property resulted in a benefit to the Estate in the amount of $245,000.00.

EXHIBIT B

## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto | |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto | |

| | |
|---|---|
| TOTAL RECEIPTS | $363,180.33 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $266,579.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $317,579.00 |

CH2 20220878.1

Form 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Case No.:   07-00598   ERW   Judge: EUGENE R. WEDOFF
Case Name:   ORTIZ, DARRELL K

For Period Ending: 10/17/08

Trustee Name:   GUS A. PALOIAN, TRUSTEE
Date Filed (f) or Converted (c):   01/12/07 (f)
341(a) Meeting Date:   02/12/07
Claims Bar Date:   09/04/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. STOCK AND BUSINESS INTERESTS 2000 SHARES IN STOCK OF HOLOGIC, AND 200 SHARES IN SMURFIT STONE, AT&T AND BELL SOUTH. | 51,000.00 | 96,675.38 | | 96,675.38 | FA |
| 2. REAL PROPERTY SALE OF 2 PROPERTIES IN OAK FOREST, IL | 0.00 | 244,867.77 | | 265,000.00 | FA |
| 3. CASH ON HAND | 35.00 | 0.00 | DA | 0.00 | FA |
| 4. BANK ACCOUNTS CHECKING ACCOUNT - CHASE BANK, ACCT. NO. 111001025306 | 60.00 | 0.00 | DA | 0.00 | FA |
| 5. HOUSEHOLD GOODS AND FURNISHINGS FURNITURE | 150.00 | 0.00 | DA | 0.00 | FA |
| 6. WEARING APPAREL CLOTHING | 200.00 | 0.00 | DA | 0.00 | FA |
| 7. FIREARMS AND HOBBY EQUIPMENT HANDGUN | 80.00 | 0.00 | DA | 0.00 | FA |
| 8. INTEREST IN INSURANCE POLICIES FIRST PENN LIFE INSURANCE, POLICY NO. d26889 | 17,500.00 | 0.00 | DA | 0.00 | FA |
| 9. PENSION PLANS AND PROFIT SHARING DARRELL ORTIZ 401K | 98,000.00 | 0.00 | DA | 0.00 | FA |

LFORM1

Ver: 14.10a

Page: 2

Form 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 07-00598   ERW   Judge: EUGENE R. WEDOFF
Case Name: ORTIZ, DARRELL K

Trustee Name: GUS A. PALOIAN, TRUSTEE
Date Filed (f) or Converted (o): 01/12/07 (f)
341(a) Meeting Date: 02/12/07
Claims Bar Date: 09/04/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. PENSION PLANS AND PROFIT SHARING DARRELL ORTIZ IRA | 134,254.00 | 0.00 | DA | 0.00 | FA |
| 11. STOCK AND BUSINESS INTERESTS ORTIZ MECHANICAL CONTRACTORS, INC. - INSOLVENT | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. AUTOMOBILES AND OTHER VEHICLES FOUR 2001 ATV BIKES - $400 EACH | 16,000.00 | 0.00 | DA | 0.00 | FA |
| 13. AUTOMOBILES AND OTHER VEHICLES ATV TRAILER | 300.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1,504.95 | Unknown |
| TOTALS (Excluding Unknown Values) | $317,579.00 | $341,543.15 | | $363,180.33 | |

Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee liquidated stock and real property. A tax accountant has been hired to prepare tax returns. Claims review is complete. Upon resolution of the remaining claims objections, the Final Report will be prepared.

Initial Projected Date of Final Report (TFR): 12/31/07     Current Projected Date of Final Report (TFR): 12/31/08

LF0RM1

Ver. 14.10a

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 07-00598 -ERW |
|---|---|
| Case Name: | ORTIZ, DARRELL K |
| Taxpayer ID No: | *******8717 |
| For Period Ending: | 10/17/08 |

| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4112 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/12/07 | 1 | LEGENT CLEARING | LIQUIDATION OF STOCK | 1129-000 | 96,675.38 | | 96,675.38 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 42.22 | | 96,717.60 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 82.14 | | 96,799.74 |
| 09/21/07 | 000201 | BANK OF AMERICA | MISCELLANEOUS EXPENSE OF THE ESTATE REDEMPTION OF PROPERTY TAXES FOR LOT 1 AND LOT 2 (NEEDED IN ORDER TO SELL PROPERTY) | 2500-000 | | 5,654.22 | 91,145.52 |
| 09/26/07 | | Transfer to Acct #*******4141 | Bank Funds Transfer | 9999-000 | | 40,000.00 | 51,145.52 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.200 | 1270-000 | 65.16 | | 51,210.68 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.200 | 1270-000 | 52.20 | | 51,262.88 |
| 11/14/07 | | Transfer to Acct #*******4141 | Bank Funds Transfer | 9999-000 | | 3,000.00 | 48,262.88 |
| 11/20/07 | 2 | CHICAGO TITLE AND TRUST COMPANY | WIRE DEPOSIT   Memo Amount: 265,000.00 | 1110-000 | 244,867.77 | | 293,130.65 |
| | | CHICAGO TITLE AND TRUST COMPANY | WIRE DEPOSIT   Memo Amount: ( 5,037.73 )   PROPERTY TAXES | 2820-000 | | | |
| | | | Memo Amount: ( 1,844.50 )   CLOSING COSTS | 2500-000 | | | |
| | | PAUL FREITAG | BROKER'S COMMISSION   Memo Amount: ( 5,300.00 ) | 3510-000 | | | |
| | | RUBEN VALLEJO | BROKER'S COMMISSION   Memo Amount: ( 7,950.00 ) | 2500-000 | | | |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.200 | 1270-000 | 137.44 | | 293,268.09 |
| 12/27/07 | | Transfer to Acct #*******4141 | Bank Funds Transfer | 9999-000 | | 34,000.00 | 259,268.09 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.100 | 1270-000 | 284.13 | | 259,552.22 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 223.76 | | 259,775.98 |
| 02/07/08 | 000202 | INTERNAL REVENUE SERVICE | TAX RETURN FOR TAX YEAR 2007 | 2990-000 | | 8,346.00 | 251,429.98 |
| 02/07/08 | 000203 | ILLINOIS DEPARTMENT OF REVENUE | TAX RETURNS FOR TAX YEAR 2007 | 2990-000 | | 2,764.00 | 248,665.98 |
| | | | Page Subtotals | | 342,430.20 | 93,764.22 | |

LFORM24

Ver. 14.10a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| Case No: | 07-00598 -ERW | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Case Name: | ORTIZ, DARRELL K | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | ******4112 Money Market Account (Interest Earn |
| Taxpayer ID No: | ******8717 | | |
| For Period Ending: | 10/17/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/07/08 | 000204 | INTERNATIONAL SURETIES, LTD. | TRUSTEE BOND BLANKET BOND DISBURSEMENT | 2300-000 | | 220.43 | 248,445.55 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 130.67 | | 248,576.22 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 113.08 | | 248,689.30 |
| 04/23/08 | 000205 | DARRELL K. ORTIZ | DEBTOR'S EXEMPTION | 8100-002 | | 3,755.00 | 244,934.30 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 81.46 | | 245,015.76 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.350 | 1270-000 | 72.63 | | 245,088.39 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 50.90 | | 245,139.29 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 51.91 | | 245,191.20 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 51.91 | | 245,243.11 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 50.26 | | 245,293.37 |
| 10/10/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 15.08 | | 245,308.45 |
| 10/10/08 | | Transfer to Acct #******4141 | Final Posting Transfer | 9999-000 | | 245,308.45 | 0.00 |

|  | | | COLUMN TOTALS | | 343,048.10 | 343,048.10 | |
|  | | | Less:  Bank Transfers/CD's | | 0.00 | 322,308.45 | |
|  | | | Subtotal | | 343,048.10 | 20,739.65 | |
|  | | | Less:  Payments to Debtors | | | 3,755.00 | |
|  | | | Net | | 343,048.10 | 16,984.65 | |

| Memo Allocation Receipts: | 265,000.00 |
| Memo Allocation Disbursements: | 20,132.23 |
| Memo Allocation Net: | 244,867.77 |

Page Subtotals        617.90        249,283.88

Ver. 14.10a

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

| Case No: | 07-00598 -ERW | | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Case Name: | ORTIZ, DARRELL K | | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******8717 | | Account Number / CD #: | ******4141  BofA Checking Account |
| For Period Ending: | 10/17/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/26/07 | | Transfer from Acct #*******4112 | Bank Funds Transfer | 9999-000 | 40,000.00 | | 40,000.00 |
| 09/26/07 | 002001 | SEYFARTH SHAW LLP | ATTORNEY FEES & EXPENSES FIRST INTERIM FEES FOR PERIOD 5/1/07 THROUGH 7/31/07, PURSUANT TO COURT ORDER ENTERED 9/26/07 | | | 24,288.20 | 15,711.80 |
| | | | Fees         24,257.00 | 3110-000 | | | 15,711.80 |
| | | | Expenses         31.20 | 3120-000 | | | 15,711.80 |
| 09/26/07 | 002002 | GUS A. PALOIAN, TRUSTEE | TRUSTEE COMPENSATION FIRST INTERIM FEES FOR PERIOD 5/1/07 THROUGH 7/31/07, PURSUANT TO COURT ORDER ENTERED 9/26/07 | 2100-000 | | 15,013.50 | 698.30 |
| * 10/03/07 | 002003 | STANDARD BANK AND TRUST COMPANY | MISCELLANEOUS EXPENSE OF THE ESTATE CHARGE TO OBTAIN COPY OF UNRECORDED TRUSTEE DEED FROM THE LAND TRUST | 2500-004 | | 50.00 | 648.30 |
| 11/14/07 | | Transfer from Acct #*******4112 | Bank Funds Transfer | 9999-000 | 3,000.00 | | 3,648.30 |
| 11/14/07 | 002004 | JEFFREY FREITAG 10409 LISMOSRE CT. ORLAND PARK, IL 60462 | MISCELLANEOUS EXPENSE OF THE ESTATE WEED REMOVAL FROM LOTS 15351 AND 15359 70TH COURT, OAK FOREST, IL | 2990-000 | | 350.00 | 3,298.30 |
| 11/14/07 | 002005 | COOK COUNTY TREASURER | COUNTY TAXES PIN NO. 28-18-100-029-0000 2006 TAXES | 4700-000 | | 1,344.97 | 1,953.33 |
| 11/14/07 | 002006 | COOK COUNTY TREASURER | COUNTY TAXES PIN NO. 28-18-100-028-0000 2006 TAXES | 4700-000 | | 1,297.86 | 655.47 |
| 12/27/07 | | Transfer from Acct #*******4112 | Bank Funds Transfer | 9999-000 | 34,000.00 | | 34,655.47 |
| 12/27/07 | 002007 | SEYFARTH SHAW LLP | ATTORNEY FEES & EXPENSES FOR PERIOD 8/1/07 THROUGH 11/15/07 | | | 34,403.39 | 252.08 |
| | | | Fees         33,833.80 | 3110-000 | | | 252.08 |
| | | | Expenses         569.59 | 3120-000 | | | 252.08 |
| * 08/25/08 | 002003 | STANDARD BANK AND TRUST COMPANY | Stop Payment Reversal | 2500-004 | | -50.00 | 302.08 |

| | | Page Subtotals | 77,000.00 | 76,697.92 |

Ver. 14.10a

LFORM24

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Case No:        07-00598 -ERW
Case Name:      ORTIZ, DARRELL K

Taxpayer ID No:      *******8717
For Period Ending:   10/17/08

Trustee Name:              GUS A. PALOIAN, TRUSTEE
Bank Name:                 BANK OF AMERICA, N.A.
Account Number / CD #:     ******4141  BofA Checking Account

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/10/08 | | Transfer from Acct #*******4112 | Transfer In From MMA Account | 9999-000 | 245,308.45 | | 245,610.53 |
| | | | COLUMN TOTALS | | 322,308.45 | 76,697.92 | 245,610.53 |
| | | | Less: Bank Transfers/CD's | | 322,308.45 | 0.00 | |
| | | | Subtotal | | 0.00 | 76,697.92 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 76,697.92 | |

|  |  |  |
|---|---|---|
| Memo Allocation Receipts: | 0.00 | |
| Memo Allocation Disbursements: | 0.00 | |
| Memo Allocation Net: | 0.00 | |

| Total Allocation Receipts: | 265,000.00 |
|---|---|
| Total Allocation Disbursements: | 20,132.23 |
| Total Memo Allocation Net: | 244,867.77 |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | 343,048.10 | 16,984.65 | 10,131.41 |
| Money Market Account (Interest Earn - *******4112 | | | 0.00 |
| BofA Checking Account - *******4141 | 0.00 | 76,697.92 | 245,610.53 |
| | 343,048.10 | 93,682.57 | 245,610.53 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        245,308.45        76,697.92        0.00

Ver. 14.10a

LFORM24

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| ORTIZ, DARRELL K | ) | CASE NO. 07-00598 ERW |
| | ) | |
| Debtor(s) | ) | HON. EUGENE R. WEDOFF |

## DISTRIBUTION REPORT

I, <u>GUS A. PALOIAN</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Debtor's Exemption: | $3,755.00 |
| Secured Claims: | $99,914.37[1] |
| Chapter 7 Administrative Expenses: | $29,883.34 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| Other Priority Claims (507(a)(9)): | $0.00 |
| General Unsecured Claims: | $70,017.88 |
| Tardily-Filed Unsecured Claims: | $0.00 |
| Fines, Penalties & Punitive Damages: | $0.00 |
| Post-Petition Interest: | $6,358.72 |
| Surplus to Debtor: | $39,436.22[2] |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $245,610.53 |

---

[1] Pursuant to Court Order, secured creditor receives 71.70% of total surplus amount of $139,350.59.
[2] Pursuant to Court Order, Debtor receives 28.30% of total surplus amount of $139,350.59.

CH2 20220878.1

**EXHIBIT D**

## DISTRIBUTION REPORTS

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $120,702.65 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| TEE 1 | GUS A. PALOIAN, TRUSTEE | $19,106.24 | $4,092.74 |
| | Trustee Compensation | | |
| MISC. EXP. | BANK OF AMERICA | $5,654.22 | $0.00 |
| | Closing Costs from Sale of Property | | |
| TAXES | ILLINOIS DEPARTMENT OF REVENUE | $2,764.00 | $0.00 |
| | Other Chapter 7 Administrative Expenses | | |
| TAXES | INTERNAL REVENUE SERVICE | $8,346.00 | $0.00 |
| | Other Chapter 7 Administrative Expenses | | |
| MISC. EXP. | JEFFREY FREITAG | $350.00 | $0.00 |
| | Other Chapter 7 Administrative Expenses | | |
| TEE ATTY 1 | SEYFARTH SHAW LLP | $24,288.20 | $0.00 |
| | Attorney for Trustee Fees | | |
| TEE ATTY2 | SEYFARTH SHAW LLP | $33,833.80 | $0.00 |
| | Attorney for Trustee Fees | | |
| TEE ATTY 3 | SEYFARTH SHAW LLP | $23,617.00 | $23,617.00 |
| | Attorney for Trustee Fees | | |
| TEE ATTY2 | SEYFARTH SHAW LLP | $569.59 | $0.00 |
| | Attorney for Trustee Expenses | | |
| TEE ATTY 3 | SEYFARTH SHAW LLP | $446.10 | $446.10 |
| | Attorney for Trustee Expenses | | |
| ACCT | POPOWCER KATTEN, LTD. | $1,727.50 | $1,727.50 |
| | Accountant for Trustee Fees | | |
| | **CLASS TOTALS** | **$120,702.65** | **$29,883.34** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

CH2 20220878.1

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 2,642.83 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| PROP. TAX | COOK COUNTY TREASURER Real Property Tax Liens | $1,297.86 | $0.00 |
| PROP. TAX | COOK COUNTY TREASURER Real Property Tax Liens | $1,344.97 | $0.00 |

CH2 20220878.1

| | | |
|---|---|---|
| **CLASS TOTALS** | **$2,642.83** | **$0.00** |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full | $ 70,017.88 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000010 | EVERGREEN OAK ELECTRIC | $352.65 | $352.65 |
| | General Unsecured 726 | | |
| 000013 | HALOGEN SUPPLY COMPANY | $10,478.12 | $10,478.12 |
| | General Unsecured 726 | | |
| 000018 | COMED | $162.46 | $162.46 |
| | General Unsecured 726 | | |
| 000021 | AMERICAN EXPRESS TRAVEL RELATED SVC | $42,360.63 | $42,360.63 |
| | General Unsecured 726 | | |
| 000030 | COMED | $162.46 | $162.46 |
| | General Unsecured 726 | | |
| 000036 | DIMITRI TSOULCALAS DDS | $16,501.56 | $16,501.56 |
| | General Unsecured 726 | | |
| | **CLASS TOTALS** | **$70,017.88** | **$70,017.88** |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 6,358.72 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000021 | AMERICAN EXPRESS TRAVEL RELATED SVC | $3,847.01 | $3,847.01 |
| | General Unsecured 726 | | |
| 000018 | COMED | $14.75 | $14.75 |
| | General Unsecured 726 | | |
| 000030 | COMED | $14.75 | $14.75 |
| | General Unsecured 726 | | |
| 000036 | DIMITRI TSOULCALAS DDS | $1,498.60 | $1,498.60 |
| | General Unsecured 726 | | |
| 000010 | EVERGREEN OAK ELECTRIC | $32.03 | $32.03 |
| | General Unsecured 726 | | |
| 000013 | HALOGEN SUPPLY COMPANY | $951.58 | $951.58 |
| | General Unsecured 726 | | |
| | CLASS TOTALS | $6,358.72 | $6,358.72 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Exemption    DARRELL K. ORTIZ, *Debtor*, *Claim for Exemption* | $3,755.00 | 100% |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 99,914.37 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | CAPX | $99,914.37 | $99,914.37 |
| | Real Estate-Non-consensual Liens | | |
| | CLASS TOTALS | $99,914.37 | $99,914.37 |

CH2 20220878.1

| 19. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 39,436.22 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | ORTIZ, DARRELL K | $39,436.22 | $39,436.22 |
| | Surplus Funds Paid to Debtor 726 | | |
| | **CLASS TOTALS** | **$39,436.22** | **$39,436.22** |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| U | 000037 | Fleet Fueling<br>Wright Express Financial Services<br>POB 639<br>Portland, ME 04103 | 3,942.48 | DISALLOWED |
| U | 000035 | Nelson Insulation Company<br>386 Hollow Hill Dr.<br>North Chicago, IL 60064 | 29,030.00 | DISALLOWED |
| U | 000034 | Applied Controls and Contracting Services Inc<br>539-541 W Taft Drive<br>South Holland, IL 60473 | 3,907.50 | DISALLOWED |
| U | 000033 | Precision Control Systems, Inc.<br>405 E. Ridge Rd.<br>Griffith, IN 46319 | 24,070.00 | DISALLOWED |
| U | 000032 | Loftus & Loftus<br>Attorneys at Law<br>646 Busse Highway<br>Park Ridge, IL 60068 | 6,702.00 | DISALLOWED |
| U | 000031 | Conserv, Inc.<br>9190 Corporation Dr., Ste. 104<br>Indianapolis, IN 46256 | 71,541.00 | WITHDRAWN |
| U | 000029 | Michael T. Nigro/Nigro & Westfall<br>Attorney for Lift Works, Inc.<br>1793 Bloomingdale Road<br>Glendale Heights, IL 60139 | 1,962.03 | DISALLOWED |
| U | 000028 | Motion Industries<br>P.O. Box 1477<br>Birmingham, AL 35201-1477 | 127.99 | DISALLOWED |
| U | 000027 | Phoenix Air Control<br>219 Williams St.<br>Bensenville, IL 60106 | 11,286.68 | DISALLOWED |
| U | 000026 | G.W. Berkheimber Co., Inc.<br>c/o Euler Hermes, UMA<br>600 S Seventh St<br>Louisville, KY 40201 | 22,320.15 | DISALLOWED |
| U | 000025 | Illco, Inc.<br>P.O. Box 1330<br>Aurora, IL 60507 | 15,950.64 | DISALLOWED |
| U | 000024 | Industrial Consultants, LLC<br>P.O. Box 833<br>Owasso, OK 74055 | 2,045.00 | DISALLOWED |
| U | 000023 | Litgen Concrete Cutting<br>1020 Nerge Rd.<br>Elk Grove Village, IL 60007 | 3,515.00 | DISALLOWED |
| U | 000022 | Controlled Environment Testing & Balancing<br>1350 Remington Rd., Ste. U<br>Schaumburg, IL 60173 | 2,750.00 | DISALLOWED |
| U | 000020 | Cyrus Shank Company<br>111 E Jefferson Ave<br>Naperville, IL 60540 | 424.88 | DISALLOWED |

| U | 000019 | Fred J. Albrecht<br>245 Chatuga Way<br>Loudon, TN 37774 | 1,700.00 | DISALLOWED |
|---|--------|------|----------|------------|
| U | 000017 | Illini Hi Reach Inc.<br>13633 Main Street<br>Lemont, IL 60439-3776 | 3,630.00 | DISALLOWED |
| U | 000016 | Ryan Herco Products Corp.<br>P.O. Box 588<br>Burbank, CA 91503 | 9,222.50 | DISALLOWED |
| U | 000015 | Water Energizers, Inc.<br>3008 Middle Rd., Ste. A<br>Jeffersonville, IN 47130 | 748.00 | DISALLOWED |
| U | 000014 | Thermflo, Inc.<br>251 Holbrook Dr.<br>Wheeling, IL 60090 | 9,820.00 | DISALLOWED |
| U | 000012 | Novaspect<br>1776 Commerce Dr.<br>Elk Grove Village, IL 60007 | 4,056.03 | DISALLOWED |
| U | 000011 | Dreisiker Electric Motor<br>36249 Treasury Center<br>Chicago, IL 60694-6200 | 4,969.04 | DISALLOWED |
| U | 000009 | All Seasons Uniforms Inc.<br>1319 Howard St.<br>Elk Grove Village, IL 60007 | 1,412.02 | DISALLOWED |
| U | 000008 | M&O Insulation Co.<br>P.O. Box 759<br>Homewood, IL 60430-8759 | 3,000.00 | DISALLOWED |
| U | 000007 | Preservation Services, Inc.<br>221 E. Rocbarr<br>Romeoville, IL 60446 | 2,193.00 | DISALLOWED |
| U | 000006 | Controlled Environment<br>Testing & Balancing<br>1350 Remington Rd., Ste. U<br>Schaumburg, IL 60173 | 950.00 | DISALLOWED |
| U | 000005 | K & K Iron Works, Inc.<br>5100 S. Lawndale<br>La Grange, IL 60525 | 987.79 | DISALLOWED |
| U | 000004 | FES Midwest, Inc.<br>167 Country Commons Rd.<br>Cary, IL 60013 | 7,226.66 | DISALLOWED |
| U | 000003 | Hiram Electrical Contractors, Inc.<br>1351 W. Foster Ave.<br>Chicago, IL 60640 | 5,600.00 | DISALLOWED |
| U | 000002 | Controlled Environment<br>Testing & Balancing<br>1350 Remington Rd., Ste. U<br>Schaumburg, IL 60173 | 1,800.00 | DISALLOWED |
| U | 000001 | Dreisilker Electric Motor<br>c/o Teller Levit & Silvertrust PC<br>11 E Adams St #800<br>Chicago, IL 60603 | 6,061.96 | DISALLOWED |

CH2 20220878.1

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:

_____
Gus A. Paloian, Trustee

CH2 20220878.1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| ORTIZ, DARRELL K | ) | CASE NO. 07-00598 ERW |
| | ) | |
| Debtor(s) | ) | HON. EUGENE R. WEDOFF |

## TRUSTEE'S APPLICATION FOR
## COMPENSATION AND EXPENSES

TO:   THE HONORABLE EUGENE R. WEDOFF
      BANKRUPTCY JUDGE

NOW COMES GUS A. PALOIAN, Trustee herein, pursuant to 11 U.S.C. §330, and requests $19,106.24 as compensation, $15,013.50 of which has previously been paid, and $0.00 for reimbursement of expenses, $0.00 of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total Disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $317,124.80. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $4,500.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $13,356.24 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |

| | |
|---|---|
| TOTAL COMPENSATION ALLOWED | $19,106.24 |
| TOTAL COMPENSATION PAID | $15,013.50 |
| AVAILABLE COMPENSATION | $4,092.74 |

**EXHIBIT E**

CH2 20220878.1

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                                              $0.00

    The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this 10th day of October, 2008.

/s/ Gus A. Paloian
SIGNATURE

GUS A. PALOIAN
131 S. DEARBORN
SUITE 2400
CHICAGO, IL  60603

CH2 20220878.1