IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 07-B-00598-ERW |
| ) | Chapter 7 |
| DARRELL K. ORTIZ, ) | |
| ) | Hon. Eugene R. Wedoff |
| Debtor. ) | |
| _____ ) | |

### ORDER ALLOWING, AWARDING, AND DIRECTING PAYMENT OF INTERIM COMPENSATION TO CHAPTER 7 TRUSTEE GUS A. PALOIAN

Upon the Second and Final Application (the "Application") for Allowance and Payment of Compensation to Chapter 7 Trustee Gus A. Paloian (the "Trustee") for the period of May 1, 2007, through July 31, 2007 (the "Application Period"); and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue of the above-captioned case (the "Case") and the Application being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Application having been provided and no other or further notice being required; and the Court having reviewed the Application and having heard the statement in support of the relief requested therein at a hearing held before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Application and at the Hearing establish sufficient cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Application is granted; and it is further

ORDERED that the Trustee is allowed and awarded $6,034.50 as reasonable Interim compensation (the "Trustee Fees") for actual and necessary services performed as the Chapter 7 Trustee in the Case during the Application Period, without prejudice to the Trustee's requesting additional compensation for the Application Period in a subsequent fee application or applications; and it is further

ORDERED that the Trustee is authorized to pay the Trustee Fees from the funds held by him on account in the Case.

Dated: _____

                                        HONORABLE EUGENE R. WEDOFF
                                        UNITED STATES BANKRUPTCY JUDGE