## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| In Re: | ) | Case No. 07-B-00598-ERW |
|  | ) | Chapter 7 |
| DARRELL K. ORTIZ, | ) |  |
|  | ) | Hon. Eugene R. Wedoff |
| Debtor. | ) |  |
|  | ) |  |
|  | ) |  |

## THIRD AND FINAL APPLICATION OF SEYFARTH, SHAW LLP FOR ALLOWANCE OF COMPENSATION AND EXPENSE REIMBURSEMENT AS COUNSEL FOR TRUSTEE

Pursuant to Sections 105(a) and 330 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 through 1330, *as amended* (the "Bankruptcy Code"), Seyfarth Shaw LLP ("Seyfarth"), as general counsel to Gus A. Paloian, not individually or personally, but solely in his capacity as the duly-appointed Chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of the above captioned debtor (the "Debtor"), hereby submits its Third and Final Application for Compensation and Reimbursement of Expenses (the "Application") for legal services performed and expenses incurred as general counsel to the Trustee during the period commencing on November 16, 2007[1] through the close of this case (the "Application Period"), and for other related relief.  In support of this Application, Seyfarth respectfully represents, as follows:

### INTRODUCTION

1.    Seyfarth makes this Application pursuant to:  (A) Sections 105(a) and 330 of the Bankruptcy Code;  (B) Rule 2016 of the Federal Rules of Bankruptcy Procedure (singularly, a "Rule";  collectively, the "Rules");  (C)  certain applicable provisions of the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11

---

[1] The Application Period includes sixteen (16) entries totaling $2,482.00 which inadvertently were omitted from Seyfarth's second fee application.

U.S.C. § 330, adopted by the Office of the United States Trustee (the "Guidelines"); (D) Rule

5082-1 of the Local Bankruptcy Rules (the "Local Rules") for the United States Bankruptcy

Court for the Northern District of Illinois (the "Court"); (E) that certain Order authorizing and

approving the employment of Seyfarth as the Trustee's general counsel; and (F) other

applicable case law (collectively, the "Authorities for Relief"). In this regard, Seyfarth has

made every reasonable effort to comply with the Authorities for Relief.

2.      In making this Application, Seyfarth respectfully seeks an Order of this Court

awarding and directing payment from the Estate of (i) allowance of compensation in the

amount of $22,912.00 (the "Fees") for professional services rendered by Seyfarth on behalf of

the Trustee during the Application Period, (ii) allowance of additional fees of $705.00 in order

to close the case, and (iii) reimbursement of actual and necessary expenses in the amount of

$466.10 (the "Expenses") incurred by Seyfarth in connection with rendering such professional

services to the Trustee in the above-captioned case (the "Case").

## JURISDICTION

3.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and

1334. This matter is before the Court pursuant to 28 U.S.C. § 157 and Internal Operating

Procedure 15(a) of the United States District Court for the Northern District of Illinois. Venue

of this Case and this Application is proper in this District pursuant to 28 U.S.C. §§ 1408 and

1409. Consideration of this Application is a core proceeding pursuant to 28 U.S.C. § 157(b)(1)

and (b)(2)(A) and/or (O). The predicates for the relief requested herein are 11 U.S.C. §§

328(a), 330, and 331, as supported by Rules 2002(a)(6), 2016(a), and 9034(e), and Local Rule

5082-1.

## FACTUAL AND PROCEDURAL BACKGROUND

4.  On January 12, 2007 (the "Petition Date"), the Debtor filed his voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

5.  Shortly thereafter, Gus A. Paloian was appointed as the Chapter 7 Trustee in the Case.

6.  On June 21, 2007, the Court entered the Employment Order, authorizing and approving Seyfarth's retention by the Trustee, retroactive to May 1, 2007.  (A copy of the Order of employment is attached hereto as **Exhibit 1**.)

## PRIOR APPLICATIONS FOR COMPENSATION
## AND EXPENSE REIMBURSEMENT

7.  On August 31, 2007 Seyfarth filed its First Interim Application for Compensation and Reimbursement of Expenses ("First Application").  Pursuant to the First Application, Seyfarth was awarded and paid interim compensation in the amount of $24,257.00 and reimbursement of expenses in the amount of $31.20.

8.  On November 30, 2007, Seyfarth filed its Second Interim Application for Compensation and Reimbursement of Expenses ("Second Application").  Pursuant to the Second Application, Seyfarth was awarded and paid interim compensation in the amount of $33,833.80 and reimbursement of expenses in the amount of $569.59.

9.  As part of this Application, Seyfarth requests that this Court grants that the monies previously awarded and paid to Seyfarth in connection with the First Application and the Second Application be deemed final.

## SUMMARY OF SERVICES RENDERED
## BY SEYFARTH TO THE TRUSTEE

10.    This is Seyfarth's Third and Final Application for Compensation and

Reimbursement of Expenses.  In this Application, Seyfarth seeks the allowance of $23,617.00

in compensation for reasonable and necessary services rendered on behalf of the Trustee,

including $705.00 estimated fees in order to close the case, and $466.10 in expense

reimbursement for actual out-of-pocket expenditures made during the Application Period.

11.    During the Application Period, Seyfarth has rendered 81.60 hours and estimates

that it will expend an additional 3.00 hours of professional services on behalf of the Trustee.

All of the Fees for which Seyfarth requests allowance and payment of compensation relate to

the Application Period.  In an effort to assist in evaluating this Application, Seyfarth has

characterized its services into the following five (5) separate subject matters.  All of these

services are individually identified in chronological order and by subject matter in **Exhibit 2**.

A.    <u>**Case Administration**</u>

Category A contains time expended by Seyfarth during the Application Period for legal

services rendered in connection with preparation of the Trustee's motion to retain accountants,

preparing documents and providing information, as needed, by the Trustee's accountants for the

preparation of the Estate's tax returns, advised the Trustee with respect to his duties under the

Bankruptcy Code, the final distribution, and with respect to the filing of his final report.

During the Application Period, Seyfarth expended 33.90 hours and incurred fees in the

amount of $9,854.50 in connection with these services.  In addition, Seyfarth estimates that it

will expend an additional 2.00 hours with a total value of $320.00 to assist the Trustee in his

final distribution.

**B.**   **Claims Administration and Analysis**

Category B contains time expended by Seyfarth during the Application Period for legal services rendered in connection with the review, analysis and resolution of claims. Seyfarth prepared the Trustee's omnibus objection to claims, motions for entry of agreed orders and certain individual objections to claims. As a result of these efforts, numerous claims were disallowed or expunged as not obligations of the Debtor.

During the Application Period, Seyfarth expended 31.30 hours and incurred fees in the amount of $9,030.50 in connection with these services.

**C.**   **Court Appearances**

Category C contains time expended by Seyfarth during the Application Period for legal services rendered in connection with court appearances made on behalf of the Trustee.

During the Application Period, Seyfarth expended 2.30 hours and incurred fees in the amount of $870.00 in connection with these services. In addition, Seyfarth estimates that it will expend an additional 1.00 hour with a total value of $385.00 for court appearances related to this final fee application and the Trustee's Final Report.

**D.**   **Real Estate**

Category D contains time expended by Seyfarth during the Application Period for legal services rendered in connection with the Estate by providing actual and necessary services that effectuated the sale of the Estate's real property, including attending to pre-closing matters, preparing closing documents, and attending the closing of the real property.

During the Application Period, Seyfarth expanded 9.50 hours and incurred fees in the amount of $2,825.00 in connection with these services.

This table indicates the respective hourly rates of Seyfarth professionals during the Application Period as adjusted from time to time by Seyfarth pursuant to its normal and customary billing practices.

13.    During the Application Period, Seyfarth made every reasonable effort to have the services that it rendered to the Trustee performed by those qualified professionals charging the lowest hourly rates consistent with the level of service, experience, and efficiency required of a given task.

14.    All of the Fees for which Seyfarth requests allowance were rendered and/or incurred in connection with the Case and in the discharge of Seyfarth's professional responsibilities as general counsel to the Trustee.

15.    Seyfarth respectfully submits that its services to the Trustee during the Application Period have, in all respects, been reasonable, necessary, and beneficial to the Estate, as further discussed herein.

## REASONABLENESS OF COMPENSATION REQUESTED

16.    In accordance with 11 U.S.C. § 330(a)(1), Seyfarth seeks reasonable compensation for actual and necessary services provided to the Trustee. Such compensation is fair based upon the time, nature, extent and value of such services and the hours expended and the expertise provided. Seyfarth's efforts have resulted in tangible and substantial benefit to the Estate, as discussed *supra.*

17.    Seyfarth has kept its time in tenths of an hour, or six minute increments, to most accurately reflect the specific tasks performed.

18.    Seyfarth has, to the best of its ability, kept to a minimum the amount of time spent

by its attorneys engaging in intra-office conferences and double-staffing hearings or depositions.

19.    Under the circumstances, the compensation requested by Seyfarth is fair and reasonable, and its allowance and payment, in full, is justified.

## COSTS FOR WHICH REIMBURSEMENT IS REQUESTED

20.    From November 16, 2007 through the close of this case, Seyfarth incurred expenses aggregating $466.10.  These expenses are the actual and necessary expenses incurred by Seyfarth during the Application Period and in connection with representation of the Trustee in these consolidated bankruptcy cases.

21.    Seyfarth Shaw has not requested reimbursement for facsimile charges, routine postage or secretarial overtime, as these charges are included in Seyfarth's hourly rates as part of its overhead.

22.    Annexed hereto as **Exhibit 3** is an itemized statement of expenses.  Exhibit 3 sets forth the date, type, amount and brief description of the expenses incurred.  The expenses consist entirely of copy charges at .10¢ per page.

## STATEMENT OF APPLICANT PURSUANT
## TO 11 U.S.C. § 504 AND FED R. BANKR. P. 2016

23.    Other than as provided in 11 U.S.C. § 504(b), Seyfarth has not shared or agreed to share any compensation or reimbursement received as a result of this case with any person, firm or entity.  No agreement or understanding exists between Seyfarth and any other person, firm or entity concerning the sharing of compensation or expense reimbursement received, or to be received, on account of this case.

## RELIEF REQUESTED

WHEREFORE, Seyfarth requests the entry of an Order:

A.   Allowing Seyfarth final compensation in the total amount of $23,617.00

B.   Allowing Seyfarth final expense reimbursement in the amount of $466.10;

C.   Allowing to Seyfarth all amounts previously awarded and paid as interim compensation and expense reimbursement to be deemed final;

D.   Granting such other and further relief as this Court deems proper.

Dated: October 13, 2008

Respectfully submitted,

GUS A. PALOIAN, not individually, but solely in his capacity as Trustee for the Chapter 7 Bankruptcy Estate of Darrell K. Ortiz

By: /s/ Gus A. Paloian
    Gus A. Paloian, Esq. (06188186)
    Sara E. Lorber, Esq. (6229740)
    SEYFARTH SHAW LLP
    131 South Dearborn Street
    Suite 2400
    Chicago, Illinois  60603
    Phone:  (312) 460-5000
    Facsimile:  (312) 460-7000

# EXHIBIT 1

# EXHIBIT 2

## CASE ADMINISTRATION

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| *08/31/07 | G. Paloian | 0.50 | 245.00 | Conference regarding compliance with Rule 2004 subpoenaes on insurance issues. |
| *10/03/07 | J. McManus | 0.50 | 97.50 | Run case closing distribution calculations. |
| 11/28/07 | J. McManus | 0.50 | 97.50 | Revise service list for 11/29 filing (.40); conference with N. Bouchard regarding service issues (.10). |
| 12/03/07 | J. McManus | 0.70 | 58.50 | Attend to banking ledger matters |
| 12/05/07 | C. Riecke | 0.40 | 132.00 | Review Andy Arnold case request and office conference with Trustee regarding same (.10); prepare correspondence to Chicago Title and Trust regarding same (.20); pull docket information for same (.10). |
| 12/10/07 | G. Paloian | 0.10 | 49.00 | Review affidavit. |
| 12/10/07 | N. Bouchard | 0.30 | 28.50 | Cause motion for entry of agreed order to be filed for G. Paloian (.10); oversee service of same (.20). |
| 12/10/07 | N. Bouchard | 0.20 | 16.50 | Prepare creditor service list including additional interested parties. |
| 12/12/07 | J. McManus | 0.20 | 39.00 | Revise Service List. |
| 12/27/07 | J. McManus | 0.40 | 78.00 | Conferences (3) with G. Paloian regarding sources of recoveries, settlement and case status matters (.20); retrieve ledger information for G. Paloian (.20). |
| 12/27/07 | J. McManus | 0.60 | 117.00 | Draft accountant retention motion. |
| 12/27/07 | G. Paloian | 1.10 | 539.00 | Prepare final report (.70); estimate distribution (.40). |
| 12/28/07 | J. McManus | 0.70 | 136.50 | Retrieve and revise Forms 1 & 2 (.40); forward Forms 1 & 2 to L. West for tax return preparation (.10); telephone conference with Epiq regarding revisions to memo allocations for real estate sale (.20). |
| 12/28/07 | J. McManus | 0.40 | 78.00 | Conference with G. Paloian regarding case status and closing (.10); run draft distribution report (.30). |
| 12/31/07 | J. McManus | 1.20 | 234.00 | Communications with L. West regarding information needed in order to prepare tax returns (.20); assemble and forward same (.20); arrange for TIP account to be opened (.20); prepare Motion to Retain Popowcer Katten (.60). |
| 01/02/08 | G. Paloian | 1.70 | 884.00 | Discuss case closing matters (.70);  prepare final report (1.00). |
| 01/03/08 | J. McManus | 0.20 | 44.00 | Continue review of file for cost basis information. |
| 01/04/08 | J. McManus | 0.40 | 88.00 | Revise Service List (.10); revise retention motion (.20); conference with S. Lorber regarding same (.10). |
| 01/07/08 | J. McManus | 0.30 | 66.00 | Cause Motion to be filed with the Court (.20); oversee service of same (.10). |

| 01/09/08 | J. McManus | 0.30 | 66.00 | Attend to banking matters and ledger clean-up for Annual Report. |
| 01/21/08 | S. Lorber | 0.10 | 38.50 | Confer with J. McManus regarding coverage of motion to retain accountant. |
| 01/22/08 | J. McManus | 0.70 | 66.00 | Telephone conference with L. West regarding tax returns (.10); assemble information regarding same (.20). |
| 01/29/08 | J. McManus | 0.70 | 154.00 | Review filed schedules (.20); revise scheduled assets in TCMS (.30); run and review Forms 1 & 2 for Annual Report (.20). |
| 01/31/08 | J. McManus | 0.50 | 110.00 | File Annual Report with the Court (.20); conference with G. Paloian regarding revisions to Forms 1 & 2 (.10); revise Forms 1 & 2 (.20). |
| 02/01/08 | J. McManus | 0.40 | 88.00 | Communications with L. West regarding tax return preparation (.20); update and forward Form 2 (.20). |
| 02/07/08 | J. McManus | 0.50 | 110.00 | Prepare prompt determination letters (.10); review tax returns (.10); draft checks to IRS and IDOR (.20); forward same to IRS and IDOR (.10). |
| 02/07/08 | G. Paloian | 0.10 | 52.00 | Review Estate tax returns. |
| 02/13/08 | J. McManus | 0.20 | 44.00 | Conference with G. Paloian regarding final tax returns (.10); consult with accountant regarding tax returns (.10). |
| 02/15/08 | J. McManus | 0.30 | 66.00 | Conference with G. Paloian regarding Final Report (.10); conference with L. West to confirm final tax returns (.10); review docket regarding final claims objections (.10). |
| 03/05/08 | J. McManus | 0.20 | 44.00 | Prepare case status report (.10); conference with G. Paloian regarding same (.10). |
| 03/09/08 | J. McManus | 0.40 | 88.00 | Review case orders. |
| 03/11/08 | J. McManus | 0.70 | 154.00 | Run draft final report (.60); consult with accountant regarding final tax returns (.10). |
| 03/14/08 | J. McManus | 0.40 | 88.00 | Prepare accountant fee application. |
| 03/18/08 | J. McManus | 0.40 | 88.00 | Revise accountant fee application. |
| 03/19/08 | N. Bouchard | 0.40 | 40.00 | Retrieve case orders for case closing. |
| 03/19/08 | J. McManus | 0.40 | 88.00 | Review case orders and assemble for case closing. |
| 03/20/08 | J. McManus | 1.10 | 242.00 | Prepare case closing documents (1.00); conference with N. Bouchard regarding same (.10). |
| 03/20/08 | N. Bouchard | 1.00 | 100.00 | Work with J. McManus on case closing. |
| 05/01/08 | G. Paloian | 1.00 | 520.00 | Advise the Trustee with respect to the preparation and filing of the Trustee's Final Report (.4); verify the proposed distribuiton and interest rate to be paid to claimants (.4); review final report (.2). |

| 07/07/08 | G. Paloian | 0.30 | 156.00 | Telephone conference with Ortiz counsel regarding dispute over residue of estate and language of settlement agreement. |
| 07/08/08 | G. Paloian | 0.80 | 416.00 | Appear in court on motion of Capital Crossing regarding residue of estate. |
| 07/24/08 | G. Paloian | 0.30 | 156.00 | E-mails regarding estate recoveries and dispute between debtor and capital crossing. |
| 08/06/08 | G. Paloian | 0.30 | 156.00 | Telephone conference with S. Clar, debtor's counsel regarding settlement efforts with Lehman/Cap Crossing counsel. |
| 08/07/08 | G. Paloian | 0.10 | 52.00 | Review settlement proposal. |
| 08/07/08 | J. McManus | 0.30 | 66.00 | Retrieve and review additional time detail to confirm Seyfarth's administrative claim for settlement purposes. |
| 08/08/08 | J. McManus | 0.20 | 44.00 | Communications with Debtor's counsel regarding settlement figures. |
| 08/08/08 | R. Knapp | 1.20 | 246.00 | Review outstanding unsecured claims and compute additional interest due based upon revised distribution date (.30); review additional time expended to add to Seyfarth fee request (.30); prepare memo to G. Paloian and J. McManus regarding: same and consequence of settlement with creditor leading to less estate surplus (.40); discuss same with G. Paloian and J. McManus (.20). |
| 08/11/08 | J. McManus | 0.20 | 44.00 | Communications with S. Clar regarding breakdown of claims for settlement purposes (.10); discuss same with R. Podorovsky (.10). |
| 08/11/08 | G. Paloian | 0.30 | 156.00 | Meet with R. Knapp re: administrative claim distribution and analysis. |
| 08/11/08 | R. Knapp | 0.30 | 61.50 | Correspondence to S. Clar detailing cash available for distribution after payment of administrative and unsecured claims. |
| 08/13/08 | G. Paloian | 0.30 | 156.00 | Review request for estate accounting. |
| 08/13/08 | R. Knapp | 0.40 | 82.00 | Prepare spreadsheet detailing receipts, administrative expenses paid to date and proposed final distribution (admin and unsecured claims) (.30); memo to G. Paloian regarding: same (.10). |
| 08/13/08 | R. Knapp | 0.30 | 61.50 | Review memo from creditors attorney (S. Gummow) questioning breakdown of estate receipts and expenses/proposed dividends (.10); compile detailed information clarifying numbers (.20). |
| 08/14/08 | G. Paloian | 0.30 | 156.00 | Communications with S. Gummow regarding estate accounting and follow up. |

CHI11473632

| 08/20/08 | G. Paloian | 0.30 | 156.00 | Review analysis of real estate sales proceeds. |
|---|---|---|---|---|
| 08/20/08 | R. Knapp | 0.90 | 184.50 | Review file for information and data regarding closing costs (.30); memo to J. Jones regarding: same (.20); prepare (supplemental) detailed analysis of sale proceeds from real property and closing costs (.40) |
| 08/22/08 | G. Paloian | 0.20 | 104.00 | Review Debtor response to CAPX motion. |
| 09/17/08 | G. Paloian | 0.40 | 208.00 | Telephone conferences regarding drafting of order on Capital Crossing motion. |
| 09/15/08 | G. Paloian | 1.00 | 520.00 | Telephone conference with G. Silver dispute between Capital Crossing and debtor. |
| 09/22/08 | J. McManus | 0.10 | 22.00 | Review figures in proposed Order of Capital Crossing. |
| 09/26/08 | J. McManus | 0.40 | 88.00 | Recalculate claims and include claim to Capital Crossing; discuss same with R. Podorovsky. |
| 09/26/08 | J. McManus | 1.20 | 264.00 | Review and verify analysis of distribution and calculation of surplus. |
| 09/30/08 | R. Knapp | 0.50 | 102.50 | Various phone conversations with J. McManus regarding: final distribution. |
| 09/30/08 | J. McManus | 1.80 | 396.00 | Telephone conferences with R. Podorovsky regarding edits to fee applications and fees of Seyfarth Shaw (.70); multiple revisions to Capital Crossing and surplus to debtor calculations (.70); draft memo to S. Gummow and S. Clar regarding proposed order (.20). |
| 10/06/08 | J. McManus | 0.20 | 44.00 | E-mail communications with S. Gummow and S. Clar regarding draft order to be submitted to Chambers. |
| 10/06/08 | G. Paloian | 0.50 | 260.00 | Review and analyze calculation in proposed order. |
| 10/08/08 | J. McManus | 0.20 | 44.00 | Deliver Draft Order to Judge Wedoff's Chambers. |
| 10/10/08 | G. Paloian | 0.30 | 156.00 | Review amendments to Trustee's final report. |
| 10/10/08 | J. McManus | 0.10 | 22.00 | Meet with G. Paloian re: final distribution. |
| **TOTAL** | | **33.90** | **$9,854.50** | |

**ESTIMATED TIME**

## CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| J. McManus | 1.00 | 220.00 | Compute the Trustee's final distribution (.4); prepare and file the Trustee's Final Distribution Report (.6). |
| N. Bouchard | 1.00 | 100.00 | Oversee the Trustee's final distribution. |
| **TOTAL** | **2.00** | **$320.00** | |

## CLAIMS ADMINISTRATION AND ANALYSIS

| | | | | |
|---|---|---|---|---|
| *09/06/07 | J. McManus | 0.40 | 78.00 | Update TCMS claims. |
| *10/10/07 | J. McManus | 0.40 | 78.00 | Import claims and assets into TCMS. |
| *10/24/07 | G. Paloian | 1.10 | 539.00 | Telephone conferences with creditors regarding recourse to Darrel Ortiz and proof of recourse. |
| *10/26/07 | G. Paloian | 0.60 | 294.00 | Telephone conference with representatives of ILLCO regarding personal recourse to Ortiz. |
| *11/01/07 | J. McManus | 0.30 | 58.50 | Update assets and claims ledgers. |
| *11/09/07 | J. McManus | 0.50 | 97.50 | Retrieve additional claims and review same. |
| 11/12/07 | J. McManus | 0.70 | 136.50 | Prepare draft distribution report (.20); import claims into TCMS (.20); review ledger regarding same (.10); update banking file (.20). |
| 11/16/07 | G. Paloian | 0.30 | 147.00 | Revise omnibus objection. |
| 11/16/07 | N. Bouchard | 0.50 | 47.50 | Prepare motion and agreed order withdrawing duplicate claim filed by Dreisilker Electric Motor for G. Paloian. |
| 11/16/07 | J. McManus | 0.50 | 97.50 | Assist N. Bouchard with preparation of Agreed Orders regarding claims. |
| 11/16/07 | G. Paloian | 0.30 | 147.00 | Telephone conferences regarding agreed orders withdrawing claims. |
| 11/18/07 | R. Knapp | 1.50 | 285.00 | Edit omnibus objection, attachment and affidavit to include additional claim filed (.20); prepare 29 individual orders disallowing claims (1.0); review and edit same (.20); memo to G. Paloian re: same (.10). |
| 11/19/07 | N. Bouchard | 0.20 | 19.00 | Revise agreed order regarding claim number 11 and email same to Arthur Rafael at Teller Levit. |
| 11/27/07 | G. Paloian | 0.60 | 294.00 | Telephone conference with A. Raphael regarding disallowance of client's claim (.30); telephone conference regarding Amex claim and treatment (.30). |
| 11/28/07 | G. Paloian | 0.50 | 245.00 | Telephone conference with S. Clar regarding omnibus objection and affidavit (.20); telephone conference with R. Knapp regarding revisions (.30). |
| 11/28/07 | R. Knapp | 1.00 | 190.00 | Phone conversation with G. Paloian regarding: edits to omnibus objection to include additional objectionable claims (.20); amend objection, schedule, orders and affidavit accordingly (.60); memo to G. Paloian regarding same and remaining claims not included in objection (.20). |
| 11/28/07 | J. McManus | 0.50 | 97.50 | Telephone conference R. Podorovsky regarding omnibus objection (.10); review same (.20); conference with G. Paloian regarding filing (.10); conference with N. Bouchard regarding outstanding Agreed Orders (.10). |

| 12/03/07 | G. Paloian | 0.50 | 245.00 | Telephone conference with creditor regarding support for claim against Ortiz and construction escrow (.30); communication regarding fee application (.20). |
|---|---|---|---|---|
| 12/05/07 | G. Paloian | 1.10 | 539.00 | Communications regarding Claim of Precision Control; telephone conference with CT&T regarding construction escrow file (.90); conferences regarding agreed orders on claims and omnibus objection (.20). |
| 12/06/07 | G. Paloian | 0.30 | 147.00 | Communication with A. Arnold of Precision regarding omnibus objection. |
| 12/06/07 | J. McManus | 1.10 | 214.50 | Review and revise Motion for Entry of Agreed Order regarding Claim No. 31 (.30); conference with G. Paloian regarding omnibus objection to claims (.10); revise same (.40); review additional claims for payment (.30). |
| 12/06/07 | N. Bouchard | 0.20 | 19.00 | Revise motion for entry of agreed order regarding claim number 31 filed by Conserv, Inc. for G. Paloian. |
| 12/07/07 | J. McManus | 0.80 | 156.00 | Revise Omnibus Objection to Claims (.40); conference with G. Paloian regarding same (.10); telephone conference with R. Podorovsky regarding new Federal Rules regarding omnibus objections (.20); review and forward same (.10). |
| 12/07/07 | G. Paloian | 0.30 | 147.00 | Telephone conference with debtor's counsel regarding affidavit in support of objections to claims. |
| 12/08/07 | R. Knapp | 1.00 | 190.00 | Review new Rule 3007 re: omnibus objection (.30); prepare memo to comply with Rule 3007 to claimants regarding omnibus objection (.50); review and edit objection for compliance (.20). |
| 12/10/07 | J. McManus | 1.90 | 370.50 | Finalize omnibus objection to claims (.40); revise Service List and Certificate of Service (.30); telephone conference R. Podorovsky regarding memos to be included with service of objection to claimants pursuant to revised Federal Rules (.20); retrieve same for 33 claimants (.30); cause objection to be filed with the Court (.40); oversee service of same (.20); review Agreed Order regarding Claim No. 31 (.10). |
| 12/10/07 | G. Paloian | 0.10 | 49.00 | Review claims register. |
| 12/11/07 | J. McManus | 0.50 | 97.50 | Review claims register for G. Paloian (.10); retrieve and review claims (.40). |
| 12/17/07 | J. McManus | 0.40 | 78.00 | Download claims (.10); update claims in TCMS (.30). |
| 12/27/07 | G. Paloian | 0.60 | 294.00 | Review claims. |
| 01/04/08 | G. Paloian | 0.50 | 260.00 | Review response of American Express to debtor's objection (.30); telephone conference with debtor's counsel regarding same (.20). |

| 01/08/08 | G. Paloian | 2.10 | 1,092.00 | Appear in court on Omnibus objection (1.20); revise orders (.30); investigate service on claims and ComEd claims (.30); conference with S. Clar regarding Amex claim and ComEd claims (.30). |
|---|---|---|---|---|
| 01/11/08 | G. Paloian | 0.30 | 156.00 | Telephone conferences with S. Clar regarding objection to ComEd claim (.20); review claim support (.10). |
| 01/18/08 | G. Paloian | 0.30 | 156.00 | Review claims 25, 33 and 35 regarding possible objection. |
| 01/23/08 | G. Paloian | 0.30 | 156.00 | Telephone conference with R. Knapp regarding further objections to claims. |
| 01/24/08 | J. McManus | 0.20 | 44.00 | Update claims ledger for Annual Report. |
| 01/24/08 | R. Knapp | 2.70 | 553.50 | Draft objection to claim 25 (.80); prepare order (.10); obtain copy of claim and review backup (.10); draft objection to claim 33 (.60); prepare order (.10); obtain copy of claim and review backup (.10); draft objection to claim 33 (.50); prepare order (.10); obtain copy of claim and review backup (.10); review IL secretary of state database for additional notice parties (.20). |
| 01/24/08 | J. McManus | 0.10 | 22.00 | Telephone conference R. Podorovsky regarding claims objections. |
| 01/28/08 | R. Knapp | 0.80 | 164.00 | Final review and edit of Objections to claim 25 (.20); 33 (.20); 35 (.20); memo to G. Paloian regarding same (.20). |
| 01/29/08 | R. Knapp | 0.30 | 61.50 | Phone conversation with Gus regarding: revisions to objections (.10); edit objections (.20). |
| 01/29/08 | G. Paloian | 0.20 | 104.00 | Review objections to claim Nos. 25, 33 and 35 (.10); telephone conference with R. Knapp regarding same (.10). |
| 01/30/08 | J. McManus | 0.60 | 132.00 | Revise 3 claims objections (.30); assemble for filing (.30). |
| 01/30/08 | N. Bouchard | 0.60 | 60.00 | Revise objections to claim numbers 25, 33 and 35 in preparation for filing for G. Paloian. |
| 01/31/08 | N. Bouchard | 1.00 | 100.00 | Cause three objections to claims to be filed with the court for G. Paloian (.30); oversee service of same (.60); calendar hearing dates regarding same (.10). |
| 02/01/08 | J. McManus | 0.90 | 198.00 | Revise claims objections (.40); assemble objections for filing (.20); prepare certificates of service (.20); conference with N. Bouchard regarding filing same (.10). |
| 02/13/08 | J. McManus | 0.30 | 66.00 | Investigate new address for claims objection to Claim No. 35 (.10); prepare Certificate of Service (.10); serve claimant at two new addresses (.10). |
| 02/14/08 | J. McManus | 0.50 | 110.00 | Final review of claims in preparation for Final Report. |
| 03/12/08 | J. McManus | 0.40 | 88.00 | Review claims register and compare same to TCMS claims ledger in preparation for Final Report (.40). |

CHI1114738632

| | | | | |
|---|---|---|---|---|
| 03/14/08 | J. McManus | 0.50 | 110.00 | Review claims ledger and register for final report purposes (.20); update TCMS ledger claims (.30). |
| **TOTAL** | | **31.30** | **$9,030.50** | |

## COURT APPEARANCES

| | | | | |
|---|---|---|---|---|
| 12/26/07 | G. Paloian | 0.50 | 245.00 | Court appearance on fee application. |
| 01/08/08 | J. McManus | 0.40 | 88.00 | Assemble Orders for omnibus objection hearing (.30); conference with G. Paloian regarding same (.10). |
| 01/22/08 | S. Lorber | 0.60 | 231.00 | Court appearance on motion to retain accountant. |
| 02/11/08 | C. Riecke | 0.10 | 36.50 | Memo to G. Paloian regarding S. Clar objection to claim up in court tomorrow. |
| 03/11/08 | S. Lorber | 0.70 | 269.50 | Prepare for and attend court hearing on claim objections. |
| **TOTAL** | | **2.30** | **$870.00** | |


## ESTIMATED TIME

## COURT APPEARANCES

| | | | | |
|---|---|---|---|---|
| | S. Lorber | 1.00 | 385.00 | Prepare for and attend court hearing on Seyfarth's Final Fee Application, the Trustee's Final Report. |
| **TOTAL** | | **1.00** | **$385.00** | |

CH1 11473863.2

## REAL ESTATE

| | | | | |
|---|---|---|---|---|
| *08/14/07 | G. Paloian | 0.90 | 441.00 | Attend to transfer documents. |
| *08/16/07 | J. McManus | 0.20 | 39.00 | Communications with realtor regarding sale (.10); conference with R. Freeman regarding same (.10). |
| *08/28/07 | J. McManus | 0.30 | 58.50 | Communications with J. Jones regarding closing matters (.20); telephone conference R. Vallejo regarding sale (.10). |
| *09/21/07 | N. Bouchard | 0.90 | 85.50 | Retrieve cashiers checks from Bank of America for David D. Orr, Cook County Clerk regarding payment of property taxes for G. Paloian. |
| *11/05/07 | J. McManus | 0.50 | 97.50 | Numerous communications with G. Paloian and J. Jones regarding closing matters and realtor listing agreement (.30); review file regarding agreement (.10); retrieve agreement and forward same to J. Jones (.10). |
| *11/14/07 | J. McManus | 0.70 | 136.50 | Communications with J. Jones and S. Southern regarding closing matters (.20); draft checks for payment of real property taxes for 2 parcels (.40); draft check for weed removal from properties (.10). |
| *11/15/07 | J. McManus | 0.20 | 39.00 | Communications with J. Jones regarding outstanding closing matters. |
| 11/16/07 | S. Southern | 0.10 | 25.50 | Sent closing statement and broker statement to Title Company on two different occasions. |
| 11/16/07 | J. Butler | 0.60 | 117.00 | Trip/to/from County building to obtain tax bills and pay 2006 real estate taxes. |
| 11/16/07 | G. Paloian | 0.20 | 98.00 | Conferences regarding closing of sale of real estate. |
| 11/20/07 | S. Southern | 0.30 | 76.50 | Compile closing documents. |
| 11/20/07 | J. Jones | 1.70 | 493.00 | Review settlement statement (.20); preparation of correspondence to W. Phillips regarding settlement statement and wire instructions (.20); attend closing (1.30). |
| 11/20/07 | G. Paloian | 1.00 | 490.00 | Conferences regarding settlement statement (.20); tcw CAPX regareding settlement and closing matters (.20); conferences with J. Jones regarding closing matters (.30); conferences with J. McManus regarding settlement documents and wire instructions (.30). |
| 12/10/07 | J. McManus | 0.40 | 78.00 | Update TCMS ledger to include real estate gross proceeds from sale (.30); conference with G. Paloian regarding same (.10). |
| 12/13/07 | J. McManus | 0.20 | 39.00 | Update ledger regarding real estate sale (.20). |
| 12/27/07 | G. Paloian | 0.50 | 245.00 | Review settlement with CAPX. |

| 01/02/08 | J. McManus | 0.50 | 110.00 | Review file regarding cost basis of real estate and stock (.20); conference with J. Jones regarding same (.10); communications with L. West regarding same (.20). |
| 02/07/08 | G. Paloian | 0.30 | 156.00 | Telephone conference with Debtors counsel regarding gain on sale of stock. |
| **TOTAL** | | **9.50** | **$2,825.00** | |

CHI 11473832

## ASSET ANALYSIS

| | | | | |
|---|---|---|---|---|
| *09/05/07 | J. McManus | 0.50 | 97.50 | Review schedules regarding additional assets (.10); update assets (.40). |
| 12/11/07 | J. McManus | 0.30 | 58.50 | Review scheduled assets. |
| 01/24/08 | J. McManus | 0.30 | 66.00 | Revise asset memo allocation in Ortiz bank ledger. |
| 01/25/08 | J. McManus | 0.50 | 110.00 | Update asset ledger and case notes for Annual Report. |
| **TOTAL** | | **1.60** | **$332.00** | |

# EXHIBIT 3

## DISBURSEMENTS

| Date | Disbursements | | Value |
|------|---------------|---|-------|
| 11/16/07 | Copying | .10 cents per page | 9.60 |
| 11/20/07 | Copying | .10 cents per page | 4.50 |
| 11/30/07 | Copying | .10 cents per page | 149.40 |
| 12/03/07 | Copying | .10 cents per page | 8.90 |
| 12/13/07 | Copying | .10 cents per page | 210.20 |
| 12/17/07 | Copying | .10 cents per page | 0.30 |
| 12/21/07 | Copying | .10 cents per page | 1.20 |
| 01/02/08 | Copying | .10 cents per page | 0.90 |
| 01/08/08 | Copying | .10 cents per page | 59.70 |
| 01/31/08 | Copying | .10 cents per page | 17.70 |
| 02/07/08 | Copying | .10 cents per page | 3.70 |

**Total Disbursements**                                              **$ 466.10**

CHI111473632

| Total Fees | Hours | Value |
|---|---|---|
| Case Administration | 33.90 | $10,174.50 |
| Claims Administration and Analysis | 31.30 | $9,030.50 |
| Court Appearances | 3.30 | $1,255.00 |
| Real Estate | 9.50 | $2,825.00 |
| Asset Analysis | 1.60 | $332.00 |
| **TOTAL** | **79.60** | **$23,617.00** |

ORTIZ SEYFARTH FEE APPLICATION