UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| ORTIZ, DARRELL K | ) | CASE NO. 07-00598 ERW |
| | ) | |
| Debtor(s) | ) | HON. EUGENE R. WEDOFF |

Social Security/Employer Tax ID Number:    XXX-XX-0591


**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 744, Chicago, Illinois 60604

   on:   **November 25, 2008**
   at:   **10:00 a.m.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

   a. Receipts                                    $363,180.33

   b. Disbursements                               $117,569.80

   c. Net Cash Available for Distribution         $245,610.53

4.   Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| GUS A. PALOIAN, TRUSTEE<br>Trustee Compensation | $15,013.50 | $4,092.74 | $0.00 |
| BANK OF AMERICA<br>Closing Costs from Sale of Property | $5,654.22 | $0.00 | $0.00 |
| ILLINOIS DEPARTMENT OF REVENUE<br>Other Chapter 7 Administrative | $2,764.00 | $0.00 | $0.00 |

| | Allowed | |
|---|---:|---:|
| INTERNAL REVENUE SERVICE<br>Other Chapter 7 Administrative | $8,346.00 | $0.00 | $0.00 |
| JEFFREY FREITAG<br>Other Chapter 7 Administrative | $350.00 | $0.00 | $0.00 |
| SEYFARTH SHAW LLP<br>Attorney for Trustee | $58,691.59 | $23,617.00 | $446.10 |
| POPOWCER KATTEN, LTD.<br>Accountant for Trustee | $0.00 | $1,727.50 | $0.00 |

5.  No Applications for Chapter 11 fees and administrative expenses have been filed.

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

7.  The Debtor's Exemption claim is allowed as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| Exemption | DARRELL K. ORTIZ | $3,755.00 | $0.00 |

8.  Claims of general unsecured creditors totaling $213,073.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.00% plus 5.0300% interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---:|---:|
| 10 | EVERGREEN OAK ELECTRIC | $352.65 | $384.68 |
| 13 | HALOGEN SUPPLY COMPANY | $10,478.12 | $11,429.70 |
| 18 | COMED | $162.46 | $177.21 |
| 21 | AMERICAN EXPRESS TRAVEL RELATED SVC | $42,360.63 | $46,207.64 |
| 30 | COMED | $162.46 | $177.21 |
| 36 | DIMITRI TSOULCALAS DDS | $16,501.56 | $18,000.16 |

9. Pursuant to §726(a)(6), the Surplus to Debtor claim is allowed as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 0 | ORTIZ, DARRELL K | $39,436.22 | $39,436.22[1] |

10. Pursuant to §506, the claim of the secured creditor has been allowed as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 0 | CAPX | $99,914.37 | $99,914.37[2] |

11. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

12. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

13. Debtor has been discharged.

14. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| AUTOMOBILES AND OTHER VEHICLES | $300.00 |
| AUTOMOBILES AND OTHER VEHICLES | $16,000.00 |
| STOCK AND BUSINESS INTERESTS | $0.00 |
| PENSION PLANS AND PROFIT SHARING | $134,254.00 |
| PENSION PLANS AND PROFIT SHARING | $98,000.00 |
| INTEREST IN INSURANCE POLICIES | $17,500.00 |
| FIREARMS AND HOBBY EQUIPMENT | $80.00 |
| WEARING APPAREL | $200.00 |
| HOUSEHOLD GOODS AND FURNISHINGS | $150.00 |
| BANK ACCOUNTS | $60.00 |
| CASH ON HAND | $35.00 |

Dated: **October 28, 2008**                    For the Court,

---

[1] Pursuant to the attached Court Order, Darrell K. Ortiz is to receive 28.30% of the total surplus funds of $139,350.59. The actual amounts in this report are slightly higher than the amounts reflected in the Order due to additional interest.

[2] Pursuant to the attached Court Order, CAPX is to receive 71.70% of the total surplus funds of $139,350.59. The actual amounts in this report are slightly higher than the amounts reflected in the Order due to additional interest.

|  |  |
|---|---|
| By: | **KENNETH S. GARDNER** |
|  | Kenneth S. Gardner |
|  | Clerk of the U.S. Bankruptcy Court |
|  | 219 S. Dearborn Street; 7th Floor |
|  | Chicago, IL 60604 |

Trustee:    Gus A. Paloian  
Address:    131 S. Dearborn  
               Suite 2400  
               Chicago, IL  60603  
Phone No.:  (312) 460-5360