## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| DARRELL K. ORTIZ | ) | Case No. 07-00598-ERW |
| | ) | |
| | ) | Hon. Eugene R. Wedoff |
| Debtor. | ) | |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE EUGENE R. WEDOFF
     BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as **Exhibit A**.

All checks have been cashed.  Attached as **Exhibit B** is the Form 2 which reflects check numbers, distribution amounts to creditors and a zero bank balance.  The final bank statement is attached as **Exhibit C** reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.

March 13, 2009 _____
DATE

/s/ Gus A. Paloian _____
TRUSTEE

CH2 20223627.1

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| ORTIZ, DARRELL K | ) | CASE NO. 07-00598 ERW |
| | ) | |
| Debtor(s) | ) | HON. EUGENE R. WEDOFF |

### DISTRIBUTION REPORT

I, GUS A. PALOIAN, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims: | $99,914.37[1] |
| Chapter 7 Administrative Expenses: | $29,903.34 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| Other Priority Claims (507(a)(9)): | $0.00 |
| General Unsecured Claims: | $70,017.88 |
| Tardily-Filed Unsecured Claims: | $0.00 |
| Fines, Penalties & Punitive Damages: | $0.00 |
| Post-Petition Interest: | $6,338.72 |
| Surplus to Debtor: | $39,436.22[2] |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $245,610.53 |

---

[1] Pursuant to Court Order, secured creditor receives 71.70% of total surplus amount of $139,350.59.
[2] Pursuant to Court Order, Debtor receives 28.30% of total surplus amount of $139,350.59.

CH2 20222549.1

## DISTRIBUTION REPORTS

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $120,722.65 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| TEE 1 | GUS A. PALOIAN, TRUSTEE | $19,106.24 | $4,092.74 |
| | Trustee Compensation | | |
| MISC. EXP. | BANK OF AMERICA | $5,654.22 | $0.00 |
| | Closing Costs from Sale of Property | | |
| TAXES | ILLINOIS DEPARTMENT OF REVENUE | $2,764.00 | $0.00 |
| | Other Chapter 7 Administrative Expenses | | |
| TAXES | INTERNAL REVENUE SERVICE | $8,346.00 | $0.00 |
| | Other Chapter 7 Administrative Expenses | | |
| MISC. EXP. | JEFFREY FREITAG | $350.00 | $0.00 |
| | Other Chapter 7 Administrative Expenses | | |
| TEE ATTY 1 | SEYFARTH SHAW LLP | $24,288.20 | $0.00 |
| | Attorney for Trustee Fees | | |
| TEE ATTY 2 | SEYFARTH SHAW LLP | $34,403.39 | $0.00 |
| | Attorney for Trustee Fees | | |
| TEE ATTY 3 | SEYFARTH SHAW LLP | $23,617.00 | $23,617.00 |
| | Attorney for Trustee Fees | | |
| TEE ATTY 3 | SEYFARTH SHAW LLP | $466.10 | $466.10 |
| | Attorney for Trustee Expenses | | |
| ACCT | POPOWCER KATTEN, LTD. | $1,727.50 | $1,727.50 |
| | Accountant for Trustee Fees | | |
| | CLASS TOTALS | $120,722.65 | $29,903.34 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

CH2 20222549.1

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 2,642.83 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| PROP. TAX | COOK COUNTY TREASURER Real Property Tax Liens | $1,297.86 | $0.00 |
| PROP. TAX | COOK COUNTY TREASURER Real Property Tax Liens | $1,344.97 | $0.00 |
| | CLASS TOTALS | $2,642.83 | $0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full | $ 70,017.88 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000010 | EVERGREEN OAK ELECTRIC General Unsecured 726 | $352.65 | $352.65 |
| 000013 | HALOGEN SUPPLY COMPANY General Unsecured 726 | $10,478.12 | $10,478.12 |
| 000018 | COMED General Unsecured 726 | $162.46 | $162.46 |
| 000021 | AMERICAN EXPRESS TRAVEL RELATED SVC General Unsecured 726 | $42,360.63 | $42,360.63 |
| 000030 | COMED General Unsecured 726 | $162.46 | $162.46 |
| 000036 | DIMITRI TSOULCALAS DDS General Unsecured 726 | $16,501.56 | $16,501.56 |
| | CLASS TOTALS | $73,772.88 | $70,017.88 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 6,338.72 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000021 | AMERICAN EXPRESS TRAVEL RELATED SVC | $3,834.91 | $3,834.91 |
| | General Unsecured 726 | | |
| 000018 | COMED | $14.70 | $14.70 |
| | General Unsecured 726 | | |
| 000030 | COMED | $14.70 | $14.70 |
| | General Unsecured 726 | | |
| 000036 | DIMITRI TSOULCALAS DDS | $1,493.89 | $1,493.89 |
| | General Unsecured 726 | | |
| 000010 | EVERGREEN OAK ELECTRIC | $31.93 | $31.93 |
| | General Unsecured 726 | | |
| 000013 | HALOGEN SUPPLY COMPANY | $948.59 | $948.59 |
| | General Unsecured 726 | | |
| | CLASS TOTALS | $6,338.72 | $6,338.72 |

| 17. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Exemption | DARRELL K. ORTIZ, *Debtor* *Claim for Exemptions* | $3,755.00 | $0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 99,914.37 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | CAPX | $99,914.37 | $99,914.37 |
| | Real Estate-Non-consensual Liens | | |
| | CLASS TOTALS | $99,914.37 | $99,914.37 |

| 19. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $ 39,436.22 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | ORTIZ, DARRELL K Surplus Funds Paid to Debtor  726 | $39,436.22 | $39,436.22 |
| | CLASS TOTALS | $39,436.22 | $39,436.22 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| U | 000037 | Fleet Fueling<br>Wright Express Financial Services<br>POB 639<br>Portland, ME 04103 | 3,942.48 | DISALLOWED |
| U | 000035 | Nelson Insulation Company<br>386 Hollow Hill Dr.<br>North Chicago, IL 60064 | 29,030.00 | DISALLOWED |
| U | 000034 | Applied Controls and Contracting Services Inc<br>539-541 W Taft Drive<br>South Holland, IL 60473 | 3,907.50 | DISALLOWED |
| U | 000033 | Precision Control Systems, Inc.<br>405 E. Ridge Rd.<br>Griffith, IN 46319 | 24,070.00 | DISALLOWED |
| U | 000032 | Loftus & Loftus<br>Attorneys at Law<br>646 Busse Highway<br>Park Ridge, IL 60068 | 6,702.00 | DISALLOWED |
| U | 000031 | Conserv, Inc.<br>9190 Corporation Dr., Ste. 104<br>Indianapolis, IN 46256 | 71,541.00 | WITHDRAWN |
| U | 000029 | Michael T. Nigro/Nigro & Westfall<br>Attorney for Lift Works, Inc.<br>1793 Bloomingdale Road<br>Glendale Heights, IL 60139 | 1,962.03 | DISALLOWED |
| U | 000028 | Motion Industries<br>P.O. Box 1477<br>Birmingham, AL 35201-1477 | 127.99 | DISALLOWED |
| U | 000027 | Phoenix Air Control<br>219 Williams St.<br>Bensenville, IL 60106 | 11,286.68 | DISALLOWED |
| U | 000026 | G.W. Berkheimber Co., Inc.<br>c/o Euler Hermes, UMA<br>600 S Seventh St<br>Louisville, KY 40201 | 22,320.15 | DISALLOWED |
| U | 000025 | Illco, Inc.<br>P.O. Box 1330<br>Aurora, IL 60507 | 15,950.64 | DISALLOWED |
| U | 000024 | Industrial Consultants, LLC<br>P.O. Box 833<br>Owasso, OK 74055 | 2,045.00 | DISALLOWED |
| U | 000023 | Litgen Concrete Cutting<br>1020 Nerge Rd.<br>Elk Grove Village, IL 60007 | 3,515.00 | DISALLOWED |
| U | 000022 | Controlled Environment<br>Testing & Balancing<br>1350 Remington Rd., Ste. U<br>Schaumburg, IL 60173 | 2,750.00 | DISALLOWED |
| U | 000020 | Cyrus Shank Company<br>111 E Jefferson Ave<br>Naperville, IL 60540 | 424.88 | DISALLOWED |

| | | | | |
|---|---|---|---|---|
| U | 000019 | Fred J. Albrecht<br>245 Chatuga Way<br>Loudon, TN 37774 | 1,700.00 | DISALLOWED |
| U | 000017 | Illini Hi Reach Inc.<br>13633 Main Street<br>Lemont, IL 60439-3776 | 3,630.00 | DISALLOWED |
| U | 000016 | Ryan Herco Products Corp.<br>P.O. Box 588<br>Burbank, CA 91503 | 9,222.50 | DISALLOWED |
| U | 000015 | Water Energizers, Inc.<br>3008 Middle Rd., Ste. A<br>Jeffersonville, IN 47130 | 748.00 | DISALLOWED |
| U | 000014 | Thermflo, Inc.<br>251 Holbrook Dr.<br>Wheeling, IL 60090 | 9,820.00 | DISALLOWED |
| U | 000012 | Novaspect<br>1776 Commerce Dr.<br>Elk Grove Village, IL 60007 | 4,056.03 | DISALLOWED |
| U | 000011 | Dreisiker Electric Motor<br>36249 Treasury Center<br>Chicago, IL 60694-6200 | 4,969.04 | DISALLOWED |
| U | 000009 | All Seasons Uniforms Inc.<br>1319 Howard St.<br>Elk Grove Village, IL 60007 | 1,412.02 | DISALLOWED |
| U | 000008 | M&O Insulation Co.<br>P.O. Box 759<br>Homewood, IL 60430-8759 | 3,000.00 | DISALLOWED |
| U | 000007 | Preservation Services, Inc.<br>221 E. Rocbarr<br>Romeoville, IL 60446 | 2,193.00 | DISALLOWED |
| U | 000006 | Controlled Environment<br>Testing & Balancing<br>1350 Remington Rd., Ste. U<br>Schaumburg, IL 60173 | 950.00 | DISALLOWED |
| U | 000005 | K & K Iron Works, Inc.<br>5100 S. Lawndale<br>La Grange, IL 60525 | 987.79 | DISALLOWED |
| U | 000004 | FES Midwest, Inc.<br>167 Country Commons Rd.<br>Cary, IL 60013 | 7,226.66 | DISALLOWED |
| U | 000003 | Hiram Electrical Contractors, Inc.<br>1351 W. Foster Ave.<br>Chicago, IL 60640 | 5,600.00 | DISALLOWED |
| U | 000002 | Controlled Environment<br>Testing & Balancing<br>1350 Remington Rd., Ste. U<br>Schaumburg, IL 60173 | 1,800.00 | DISALLOWED |
| U | 000001 | Dreisilker Electric Motor<br>c/o Teller Levit & Silvertrust PC<br>11 E Adams St #800<br>Chicago, IL 60603 | 6,061.96 | DISALLOWED |

CH2 20222549.1

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: December 3, 2008

_____
Gus A. Paloian, Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:

DARRELL K. ORTIZ,

                                    Debtor.

Chapter 7
Case No. 07-00598-ERW

Honorable Eugene R. Wedoff

### ORDER ALLOWING SEYFARTH SHAW LLP FEES AND EXPENSES

Upon the First and Final Application (the "Application") of Seyfarth Shaw LLP ("Seyfarth") for Allowance of Compensation as Counsel to Chapter 7 Trustee Gus A. Paloian ("Trustee"); and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Application having been provided and no other or further notice being required; and the Court having reviewed the Application and having heard the statement in support of the relief requested therein at a hearing before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Application and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Application is granted;

IT IS FURTHER ORDERED that Seyfarth is allowed $23,617.00 in final compensation;.

IT IS FURTHER ORDERED that Seyfarth is allowed $466.10 in final expense reimbursement;

CH1 11441349.1

IT IS FURTHER ORDERED that the Trustee is authorized and directed to pay Seyfarth the amount of $23,617.00 in compensation and $466.10 in expense reimbursement as part of his final distribution in this case after the Trustee's Final Distribution Report has been filed with the Court; and

IT IS FURTHER ORDERED that all amounts previously paid to Seyfarth as interim compensation and expense reimbursement be deemed final.

**ENTERED**

Dated: _____, 2008

NOV 2 5 2008

EUGENE R. WEDOFF
BANKRUPTCY JUDGE

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

CH1 11441349.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                    )   Case No. 07-B-00598-ERW
                                          )   Chapter 7
DARRELL K. ORTIZ,                         )
                                          )   Hon. Eugene R. Wedoff
            Debtor.                       )
                                          )
_____)

### ORDER ALLOWING, AWARDING, AND DIRECTING PAYMENT OF
### INTERIM COMPENSATION TO CHAPTER 7 TRUSTEE GUS A. PALOIAN

Upon the Second and Final Application (the "Application") for Allowance and Payment

of Compensation to Chapter 7 Trustee Gus A. Paloian (the "Trustee") for the period of May 1,

2007, through July 31, 2007 (the "Application Period");  and the Court having jurisdiction to

consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334;

and consideration of the Application and the relief requested therein being a core proceeding

pursuant to 28 U.S.C. § 157(b);  and venue of the above-captioned case (the "Case") and the

Application being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409;  and due

and sufficient notice of the Application having been provided and no other or further notice

being required;  and the Court having reviewed the Application and having heard the statement

in support of the relief requested therein at a hearing held before the Court (the "Hearing");  and

the Court having determined that the legal and factual bases set forth in the Application and at

the Hearing establish sufficient cause for the relief granted herein;  and upon all of the

proceedings had before the Court and after due deliberation and sufficient cause appearing

therefor, it is hereby

ORDERED that the Application is granted;  and it is further

$5,807.50

ORDERED that the Trustee is allowed and awarded $~~6,034.50~~ as reasonable Interim

compensation (the "Trustee Fees") for actual and necessary services performed as the Chapter 7

Trustee in the Case during the Application Period, without prejudice to the Trustee's requesting

additional compensation for the Application Period in a subsequent fee application or

applications; and it is further

ORDERED that the Trustee is authorized to pay the Trustee Fees from the funds held by

him on account in the Case.

Dated:   **2 5 NOV 2008**

HONORABLE EUGENE R. WEDOFF
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT B

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 07-00598 -ERW |
|---|---|
| Case Name: | ORTIZ, DARRELL K |
| Taxpayer ID No: | *******8717 |
| For Period Ending: | 01/09/09 |

| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4112 Money Market Account (Interest Earn... |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/12/07 | 1 | LEGENT CLEARING | LIQUIDATION OF STOCK Interest Rate 1.000 | 1129-000 | 96,675.38 | | 96,675.38 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 42.22 | | 96,717.60 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 82.14 | | 96,799.74 |
| 09/21/07 | 000201 | BANK OF AMERICA | MISCELLANEOUS EXPENSE OF THE ESTATE REDEMPTION OF PROPERTY TAXES FOR LOT 1 AND LOT 2 (NEEDED IN ORDER TO SELL PROPERTY) | 2500-000 | | 5,654.22 | 91,145.52 |
| 09/26/07 | | Transfer to Acct #*******4141 | Bank Funds Transfer | 9999-000 | | 40,000.00 | 51,145.52 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.200 | 1270-000 | 65.16 | | 51,210.68 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.200 | 1270-000 | 52.20 | | 51,262.88 |
| 11/14/07 | | Transfer to Acct #*******4141 | Bank Funds Transfer | 9999-000 | | 3,000.00 | 48,262.88 |
| 11/20/07 | | CHICAGO TITLE AND TRUST COMPANY | WIRE DEPOSIT Bank Serial #: 000000 | 9999-000 | 244,867.77 | | 293,130.65 |
| | 2 | CHICAGO TITLE AND TRUST COMPANY | Memo Amount:      265,000.00 WIRE DEPOSIT | 1110-000 | | | |
| | | | Memo Amount: (    5,037.73 ) PROPERTY TAXES | 2820-000 | | | |
| | | | Memo Amount: (    1,844.50 ) CLOSING COSTS | 2500-000 | | | |
| | | PAUL FREITAG | Memo Amount: (    5,300.00 ) BROKER'S COMMISSION | 3510-000 | | | |
| | | RUBEN VALLEJO | Memo Amount: (    7,950.00 ) BROKER'S COMMISSION | 2500-000 | | | |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.200 | 1270-000 | 137.44 | | 293,268.09 |
| 12/27/07 | | Transfer to Acct #*******4141 | Bank Funds Transfer | 9999-000 | | 34,000.00 | 259,268.09 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.100 | 1270-000 | 284.13 | | 259,552.22 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 223.76 | | 259,775.98 |
| 02/07/08 | 000202 | INTERNAL REVENUE SERVICE | TAX RETURN FOR TAX YEAR 2007 | 2990-000 | | 8,346.00 | 251,429.98 |
| 02/07/08 | 000203 | ILLINOIS DEPARTMENT OF REVENUE | TAX RETURNS | 2990-000 | | 2,764.00 | 248,665.98 |
| | | | Page Subtotals | | 342,430.20 | 93,764.22 | |

LFORM24

Ver. 14.20a

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| Case No.: | 07-00598 -ERW |
| Case Name: | ORTIZ, DARRELL K |
| Taxpayer ID No: | ******8717 |
| For Period Ending: | 01/09/09 |

| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | ******4112 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/07/08 | 000204 | INTERNATIONAL SURETIES, LTD. | FOR TAX YEAR 2007 TRUSTEE BOND BLANKET BOND DISBURSEMENT | 2300-000 | | 220.43 | 248,445.55 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 130.67 | | 248,576.22 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 113.08 | | 248,689.30 |
| 04/23/08 | 000205 | DARRELL K. ORTIZ | DEBTOR'S EXEMPTION | 8100-002 | | 3,755.00 | 244,934.30 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 81.46 | | 245,015.76 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.350 | 1270-000 | 72.63 | | 245,088.39 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 50.90 | | 245,139.29 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 51.91 | | 245,191.20 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 51.91 | | 245,243.11 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 50.26 | | 245,293.37 |
| 10/10/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 15.08 | | 245,308.45 |
| 10/10/08 | | Transfer to Acct #******4141 | Final Posting Transfer | 9999-000 | | 245,308.45 | |

| | | | COLUMN TOTALS | | 343,048.10 | 343,048.10 | |
| | | | Less: Bank Transfers/CD's | | 0.00 | 322,308.45 | |
| | | | Subtotal | | 343,048.10 | 20,739.65 | |
| | | | Less: Payments to Debtors | | | 3,755.00 | |
| | | | Net | | 343,048.10 | 16,984.65 | |

| Memo Allocation Receipts: | 265,000.00 |
| Memo Allocation Disbursements: | 20,132.23 |
| Memo Allocation Net: | 244,867.77 |

Page Subtotals  617.90  249,283.88

Ver. 14.20a

LFORM24

Page: 3

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-00598 -ERW | Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Case Name: | ORTIZ, DARRELL K | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | ******8717 | Account Number / CD #: | ******4141 BofA Checking Account |
| For Period Ending: | 01/09/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/26/07 | | Transfer from Acct #******4112 | Bank Funds Transfer | | 9999-000 | 40,000.00 | | 40,000.00 |
| 09/26/07 | 002001 | SEYFARTH SHAW LLP | ATTORNEY FEES & EXPENSES FIRST INTERIM FEES FOR PERIOD 5/1/07 THROUGH 7/31/07, PURSUANT TO COURT ORDER ENTERED 9/26/07 | | | | 24,288.20 | 15,711.80 |
| | | | Fees | 24,257.00 | 3110-000 | | | 15,711.80 |
| | | | Expenses | 31.20 | 3120-000 | | | 15,711.80 |
| 09/26/07 | 002002 | GUS A. PALOIAN, TRUSTEE | TRUSTEE COMPENSATION FIRST INTERIM FEES FOR PERIOD 5/1/07 THROUGH 7/31/07, PURSUANT TO COURT ORDER ENTERED 9/26/07 | | 2100-000 | | 15,013.50 | 698.30 |
| * 10/03/07 | 002003 | STANDARD BANK AND TRUST COMPANY | MISCELLANEOUS EXPENSE OF THE ESTATE CHARGE TO OBTAIN COPY OF UNRECORDED TRUSTEE DEED FROM THE LAND TRUST | | 2500-004 | | 50.00 | 648.30 |
| 11/14/07 | | Transfer from Acct #******4112 | Bank Funds Transfer | | 9999-000 | 3,000.00 | | 3,648.30 |
| 11/14/07 | 002004 | JEFFREY FREITAG 10409 LISMOSRE CT. ORLAND PARK, IL 60462 | MISCELLANEOUS EXPENSE OF THE ESTATE WEED REMOVAL FROM LOTS 15351 AND 15359 70TH COURT, OAK FOREST, IL | | 2990-000 | | 350.00 | 3,298.30 |
| 11/14/07 | 002005 | COOK COUNTY TREASURER | COUNTY TAXES PIN NO. 28-18-100-029-0000 2006 TAXES | | 4700-000 | | 1,344.97 | 1,953.33 |
| 11/14/07 | 002006 | COOK COUNTY TREASURER | COUNTY TAXES PIN NO. 28-18-100-028-0000 2006 TAXES | | 4700-000 | | 1,297.86 | 655.47 |
| 12/27/07 | | Transfer from Acct #******4112 | Bank Funds Transfer | | 9999-000 | 34,000.00 | | 34,655.47 |
| 12/27/07 | 002007 | SEYFARTH SHAW LLP | ATTORNEY FEES & EXPENSES FOR PERIOD 8/1/07 THROUGH 11/15/07 | | | | 34,403.39 | 252.08 |
| | | | Fees | 33,833.80 | 3110-000 | | | 252.08 |
| | | | Expenses | 569.59 | 3120-000 | | | 252.08 |
| * 08/25/08 | 002003 | STANDARD BANK AND TRUST COMPANY | Stop Payment Reversal | | 2500-004 | | -50.00 | 302.08 |

| | | | Page Subtotals | | | 77,000.00 | 76,697.92 | |

Ver. 14.20a

LFORM24

Page: 4

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:          07-00598 -ERW
Case Name:        ORTIZ, DARRELL K

Taxpayer ID No:       *******8717
For Period Ending:    01/09/09

Trustee Name:              GUS A. PALOIAN, TRUSTEE
Bank Name:                 BANK OF AMERICA, N.A.
Account Number / CD #:     *******4141 BofA Checking Account

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 10/10/08 | | Transfer from Acct #:*******4112 | STOP PAY ADD SUCCESSFUL; Transfer In From MMA Account | 9999-000 | 245,308.45 | | 245,610.53 |
| 12/03/08 | 002008 | POPOWCER KATTEN, LTD. 33 E. Wacker Drive, Suite 1550 Chicago, IL 60601-2207 | Claim ACCT, Payment 100.00000% ACCOUNTANT FEES FIRST AND FINAL FEE APPLICATION | 3410-000 | | 1,727.50 | 243,883.03 |
| 12/03/08 | 002009 | GUS A. PALOIAN, TRUSTEE | Claim TEE 1, Payment 21.42096% TRUSTEE COMPENSATION FIRST INTERIM FEES FOR PERIOD 5/1/07 THROUGH 7/31/07, PURSUANT TO COURT ORDER ENTERED 9/26/07 | 2100-000 | | 4,092.74 | 239,790.29 |
| 12/03/08 | 002010 | SEYFARTH SHAW LLP | Claim TEE ATTY 3, Payment 100.00000% ATTORNEY FEES & EXPENSES THIRD AND FINAL FEE APPLICATION; Fees 23,617.00; Expenses 466.10 | 3110-000 / 3120-000 | | 24,083.10 | 215,707.19 |
| 12/03/08 | 002011 | Evergreen Oak Electric P.O. Box 549 Midlothian, IL 60445 | Claim 000010, Payment 109.05430%; Claim 352.65; Interest 31.93 | 7100-000 / 7990-000 | | 384.58 | 215,322.61 |
| 12/03/08 | 002012 | Halogen Supply Company 4653 W. Lawrence Ave. Chicago, IL 60630 | Claim 000013, Payment 109.05306%; Claim 10,478.12; Interest 948.59 | 7100-000 / 7990-000 | | 11,426.71 | 203,895.90 |
| 12/03/08 | 002013 | ComEd 2100 Swift Drive Attn: Bankruptcy Section/Revenue Managem Oakbrook, IL 60523 | Claim 000018, Payment 109.04838% | 7100-000 / 7990-000 | | 177.16 | 203,718.74 |

Page Subtotals        245,308.45        41,891.79

Ver. 14.20a

LFORM24

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

| Case No: | 07-00598 -ERW |
|---|---|
| Case Name: | ORTIZ, DARRELL K |
| Taxpayer ID No: | ******8717 |
| For Period Ending: | 01/09/09 |

| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | ******4141  BofA Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 203,718.74 |
| 12/03/08 | 002014 | American Express Travel Related Svcs Co Inc Corp Card c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim 162.46<br>Interest 14.70<br>Claim 000021, Payment 109.05301% | 7100-000<br>7990-000 | | 46,195.54 | 203,718.74<br>157,523.20 |
| 12/03/08 | 002015 | ComEd 2100 Swift Drive Attn: Bankruptcy Section/Revenue Managem Oakbrook, IL 60523 | Claim 42,360.63<br>Interest 3,834.91<br>Claim 000030, Payment 109.04838% | 7100-000<br>7990-000 | | 177.16 | 157,523.20<br>157,523.20<br>157,346.04 |
| 12/03/08 | 002016 | Dimitri Tsoulcalas DDS 14624 John Humphrey Dr Orland Park, IL 60462 | Claim 162.46<br>Interest 14.70<br>Claim 000036, Payment 109.05302% | 7100-000<br>7990-000 | | 17,995.45 | 157,346.04<br>157,346.04<br>139,350.59 |
| 12/03/08 | 002017 | CAPX | Claim 16,501.56<br>Interest 1,493.89<br>Real Estate - Non Consensual | 7100-000<br>7990-000<br>4120-000 | | 99,914.37 | 139,350.59<br>139,350.59<br>39,436.22 |
| 12/03/08 | 002018 | DARRELL K ORTIZ 15425 CHERRYWOOD CT ORLAND PARK, IL 60462-4006 | Surplus Funds | 8200-002 | | 39,436.22 | 0.00 |

| | | Page Subtotals | 0.00 | 203,718.74 |
|---|---|---|---|---|

Ver. 14.20a

LFORM24

Page: 6

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-00598 -ERW |
| Case Name: | ORTIZ, DARRELL K |
| Taxpayer ID No: | *******8717 |
| For Period Ending: | 01/09/09 |

| Trustee Name: | GUS A. PALOIAN, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4141 BofA Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Memo Allocation Receipts: | 0.00 | | | 0.00 |
| | | | Memo Allocation Disbursements: | 0.00 | | | |
| | | | COLUMN TOTALS | | 322,308.45 | 322,308.45 | |
| | | | Less: Bank Transfers/CD's | | 322,308.45 | 0.00 | |
| | | | Subtotal | | 0.00 | 322,308.45 | |
| | | | Less: Payments to Debtors | 0.00 | | 39,436.22 | |
| | | | Net | | 0.00 | 282,872.23 | |
| | | | | | | | ACCOUNT BALANCES |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | |
| | | | TOTAL - ALL ACCOUNTS | | 343,048.10 | 16,984.65 | |
| | | Total Allocation Receipts: 265,000.00 | Money Market Account (Interest Earn - *******4112 | | | | |
| | | Total Allocation Disbursements: 20,132.23 | BofA Checking Account - *******4141 | | 0.00 | 282,872.23 | |
| | | Total Memo Allocation Net: 244,867.77 | | | 343,048.10 | 299,856.88 | |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | |

| | | Page Subtotals | | | 0.00 | 0.00 | Total Funds On Hand | 0.00 |

Ver: 14.20a

LFORM24

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:                              )        Chapter 7
                                    )
    DARRELL K. ORTIZ            )        Case No. 07-00598-ERW
                                    )
                                    )        Hon. Eugene R. Wedoff
        Debtor.          )

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:    THE HONORABLE EUGENE R. WEDOFF
       BANKRUPTCY JUDGE

    Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as **Exhibit A**.

    All checks have been cashed.  Attached as **Exhibit B** is the Form 2 which reflects check numbers, distribution amounts to creditors and a zero bank balance.  The final bank statement is attached as **Exhibit C** reflecting a balance of zero for this estate.

    The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.

January 9, 2009_____    /s/ Gus A. Paloian_____
DATE                     TRUSTEE

CH2 20223627.1

# EXHIBIT C

**Bank of America**

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number    3758784141
01 01 148 06 M0000 E#      1
Last Statement:    12/31/2008
This Statement:    01/30/2009

CLOSED

ESTATE OF
ORTIZ, DARRELL K, DEBTOR
GUS A. PALOIAN - TRUSTEE
07-00598
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****

Customer Service
1-877-757-8233

Page     1 of   2

Bankruptcy Case Number:0700598

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 01/01/2009 - 01/30/2009 | Statement Beginning Balance | | 39,436.22 |
| Number of Deposits/Credits | 0 | Amount of Deposits/Credits | .00 |
| Number of Checks | 1 | Amount of Checks | 39,436.22 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | .00 |
| Number of Enclosures | 1 | | |
| | | Service Charge | .00 |

### Withdrawals and Debits

Checks

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 2018 | 39,436.22 | 01/06 | 8892902669 | | | | |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 12/31 | 39,436.22 | 39,436.22 | 01/30 | .00 | .00 |
| 01/06 | .00 | .00 | | | |

Recycled Paper